# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Minisink Residents for Environmental Preservation and Safety, *et al*., Petitioners, | ) ) ) ) | |
| v. | ) ) | Nos. 12-1481 and 13-1018 (consolidated) |
| Federal Energy Regulatory Commission, Respondent. | ) ) | |

## UPDATED CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), the provisions of 28 U.S.C. § 2112, and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are: (1) the orders complained of, "Order Issuing Certificate," 140 FERC ¶ 61,045, issued July 17, 2012, "Order Denying and Dismissing Requests for Rehearing, Denying Requests to Reopen and Supplement the Record, and Denying Request for Stay," 141 FERC ¶ 61,198, issued December 7, 2012, and "Order Denying Requests for Rehearing," 142 FERC ¶ 61,077, issued January 31, 2013 in *Millennium Pipeline Company, L.L.C.*, FERC Docket No. CP11-515; and (2) the complete record upon which such orders were entered.

**Record**
**Item No.**     **Description**

**Docket No. CP11-515**

1.          Filed By: Millennium Pipeline Company, LLC
            Filed Date: 7/14/2011
            Accession No: 20110714-5034
            Description:  Application for Certificate of Public Convenience and
            Necessity of Millennium Pipeline Company, L.L.C. under CP11-515.

2.          Filed By: Millennium Pipeline Company, LLC
            Filed Date: 7/14/2011
            Accession No: 20110714-5043
            Description:  Continuation of Application for Certificate of Public
            Convenience and Necessity of Millennium Pipeline Company, L.L.C.
            under Docket No. CP11-515.

3.          Filed By: Millennium Pipeline Company, LLC
            Filed Date: 7/14/2011
            Accession No: 20110714-5044
            Description:  Continuation of Application for Certificate of Public
            Convenience and Necessity of Millennium Pipeline Company, L.L.C.
            under Docket No. CP11-515.

4.          Filed By: Millennium Pipeline Company, LLC
            Filed Date: 7/14/2011
            Accession No: 20110714-5045
            Description:  Continuation of Application for Certificate of Public
            Convenience and Necessity of Millennium Pipeline Company, L.L.C.
            under Docket No. CP11-515.

3

| Record Item No. | Description |
| --- | --- |

5.     Filed By: Millennium Pipeline Company, LLC
Filed Date: 7/14/2011
Accession No: 20110714-5046
Description:  Continuation of Application for Certificate of Public
Convenience and Necessity of Millennium Pipeline Company, L.L.C.
under Docket No. CP11-515.

6.     Filed By: Millennium Pipeline Company, LLC
Filed Date: 7/14/2011
Accession No: 20110714-5047
Description:  Continuation of Application for Certificate of Public
Convenience and Necessity of Millennium Pipeline Company, L.L.C.
under Docket No. CP11-515.

7.     Filed By: Stand Energy Corporation
Filed Date: 7/18/2011
Accession No: 20110718-5051
Description:  Motion to Intervene of Stand Energy Corporation under
CP11-515.

8.     Filed By: Millennium Pipeline Company, LLC
Filed Date: 7/26/2011
Accession No: 20110726-5019
Description:  Notification of Date and Location for Open House of
Millennium Pipeline Company, LLC under CP11-515.

9.     Issued By: SECRETARY OF THE COMMISSION, FERC
Filed Date: 7/27/2011
Accession No: 20110727-3011
Description:  Notice of Millennium Pipeline Company, LLC's 7/14/11
filing of an application requesting authorization to construct, own and
operate the Minisink Compressor Project under CP11-515.

4

**Record
Item No.**          **Description**

10.           Filed By: WPX Energy Marketing, LLC
              Filed Date: 8/4/2011
              Accession No: 20110804-5024
              Description:  Motion to Intervene and Comments in Support of WPX
              Energy Marketing, LLC under CP11-515.

11.           Filed By: Cullen and Dykman LLP
              National Grid Gas Delivery Companies
              Filed Date: 8/8/2011
              Accession No: 20110808-5029
              Description:  (doc-less) Motion to Intervene of National Grid Gas
              Delivery Companies, et. al. under CP11-515-000.

12.           Filed By: National Fuel Gas Distribution Corporation
              Filed Date: 8/10/2011
              Accession No: 20110810-5130
              Description:  Motion to Intervene of National Fuel Gas Distribution
              Corporation under CP11-515.

13.           Filed By: New York State Public Service Commission
              Filed Date: 8/11/2011
              Accession No: 20110811-5069
              Description:  (doc-less) Notice of Intervention of the York State
              Public Service Commission under CP11-515.

14.           Filed By: Millennium Pipeline Company, LLC
              Filed Date: 8/11/2011
              Accession No: 20110811-5087
              Description:  Notification of Clearance Letters for Millennium
              Pipeline Company, LLC under CP11-515.

| **Record Item No.** | **Description** |
|---|---|

15.     Filed Date: 8/12/2011
        Accession No: 20110812-5002
        Description:  Comments of Ibrahim Malick in Docket(s)/Project(s)
        CP11-515. Submission Date: 8/11/2011.

16.     Filed By: Individual No Affiliation
        Filed Date: 8/12/2011
        Accession No: 20110812-5017
        Description:  (doc-less) Motion to Intervene of Ibrahim Malick under
        CP11-515.

17.     Filed By: MMGS Inc.
        Filed Date: 8/12/2011
        Accession No: 20110812-5202
        Description:  Motion of MMGS Inc. for Leave to Intervene and
        Statement of Support under Docket No. CP11-515.

18.     Filed By: Individual No Affiliation
        Filed Date: 8/15/2011
        Accession No: 20110815-5030
        Description:  Comments of Haynes Currie in Docket(s)/Project(s)
        CP11-515. Submission Date: 8/15/2011.

19.     Filed By: Southwestern Energy Services Company
        Filed Date: 8/16/2011
        Accession No: 20110816-5021
        Description:  Motion to Intervene and Comments in Support of
        Southwestern Energy Services Company under CP11-515.

20.     Filed By: Individual No Affiliation
        Filed Date: 8/16/2011
        Accession No: 20110816-5023
        Description:  Comment of Shawna Swaine in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 8/16/2011.

6

| Record Item No. | Description |
|---|---|

21.   Filed By: Individual No Affiliation
      Filed Date: 8/16/2011
      Accession No: 20110816-5059
      Description:  Comment of Robert and Leanne Baum in
      Docket(s)/Project(s) CP11-515-000 Submission Date: 8/16/2011.

22.   Issued By: SECRETARY OF THE COMMISSION, FERC
      Filed Date: 8/17/2011
      Accession No: 20110817-3008
      Description:  Notice of intent to prepare an environmental assessment
      for the proposed Minisink Compressor Project and request for
      comments on environmental issues etc re Millennium Pipeline
      Company, LLC under CP11-515.

23.   Filed By: Individual No Affiliation
      Filed Date: 8/17/2011
      Accession No: 20110817-5011
      Description:  Comments of Frank DiMarco in Docket(s)/Project(s)
      CP11-515. Submission Date: 8/17/2011.

24.   Filed By: Individual No Affiliation
      Filed Date: 8/17/2011
      Accession No: 20110817-5033
      Description:  (doc-less) Motion to Intervene of Thomas B Wilinsky
      under CP11-515.

25.   Filed By: Individual No Affiliation
      Filed Date: 8/18/2011
      Accession No: 20110818-5001
      Description:  Comments of B. Arrindell in Docket(s)/Project(s) CP11-
      515. Submission Date: 8/17/2011.

7

| **Record Item No.** | **Description** |
|---|---|

26.          Filed By: Central Hudson Gas & Electric Corporation
Filed Date: 8/18/2011
Accession No: 20110818-5021
Description:  Motion to Intervene Out-of-Time of Central Hudson Gas & Electric Corporation under CP11-515.

27.          Filed By: Individual No Affiliation
Filed Date: 8/22/2011
Accession No: 20110822-5001
Description:  Comments of Victor DeJesus in Docket(s)/Project(s) CP11-515. Submission Date: 8/21/2011.

28.          Filed By: Individual No Affiliation
Filed Date: 8/22/2011
Accession No: 20110822-5005
Description:  Comments of Christina M Forino, After thoroughly reviewing Millennium Pipeline Company's application, I would like the following comments to be considered as FERC prepares the environmental assessment of the Minisink Compressor Project under CP11-515.

29.          Filed By: Individual No Affiliation
Filed Date: 8/23/2011
Accession No: 20110823-5002
Description:  Comments of JOHN A SALVATO in Docket(s)/Project(s) CP11-515. Submission Date: 8/22/2011.

30.          Filed By: Individual No Affiliation
Filed Date: 8/23/2011
Accession No: 20110823-5073
Description:  Comment of Michael Mojica in Docket(s)/Project(s) CP11-515-000 Submission Date: 8/23/2011.

8

| Record Item No. | Description |
| --- | --- |

31.    Filed By: Millennium Pipeline Company, LLC
       Filed Date: 8/23/2011
       Accession No: 20110823-5087
       Description:  Copy of Air Permit Application of Millennium Pipeline
       Company, LLC under CP11-515.

32.    Filed By: Individual No Affiliation
       Filed Date: 8/24/2011
       Accession No: 20110824-5014
       Description:  Comment of Leanne Baum in Docket(s)/Project(s)
       CP11-515-000 Submission Date: 8/24/2011.

33.    Filed By: Individual No Affiliation
       Filed Date: 8/24/2011
       Accession No: 20110824-5103
       Description:  Comment of Debbie Crowe in Docket(s)/Project(s)
       CP11-515-000 Submission Date: 8/24/2011.

34.    Filed By: Individual No Affiliation
       Filed Date: 8/30/2011
       Accession No: 20110830-5000
       Description:  Comments of Laurie Arias in Docket(s)/Project(s)
       CP11-515. Submission Date: 8/29/2011.

35.    Filed By: Individual No Affiliation
       Filed Date: 9/1/2011
       Accession No: 20110901-5094
       Description:  Comment of Jared Albert in Docket(s)/Project(s) CP11-
       515-000 Submission Date: 9/1/2011.

9

| Record Item No. | Description |
|---|---|

36.     Filed By: Individual No Affiliation
        Filed Date: 9/1/2011
        Accession No: 20110901-5118
        Description:  Comment of Carolyn Petschler in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 9/1/2011.

37.     Issued By: OFFICE OF ENERGY PROJECTS
        Filed Date: 9/6/2011
        Accession No: 20110906-4011
        Description:  Transcript of the 9/6/2011 Scoping Meeting held in
        Westtown New York re Millennium Pipeline Co, LLC's Minisink
        Compressor Project under CP11-515.

38.     Filed By: Individual No Affiliation
        Filed Date: 9/6/2011
        Accession No: 20110906-5002
        Description:  Comment of MARK REIFENBERG in
        Docket(s)/Project(s) CP11-515-000 Submission Date: 9/4/2011.

39.     Filed By: Individual No Affiliation
        Filed Date: 9/6/2011
        Accession No: 20110906-5003
        Description:  Comment of Mark Reifenberg in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 9/4/2011.

40.     Filed By: Individual No Affiliation
        Filed Date: 9/6/2011
        Accession No: 20110906-5004
        Description:  Comment of Ricki Block in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 9/4/2011.

10

**Record
Item No.**          **Description**

41.          Filed By: Individual No Affiliation
             Filed Date: 9/6/2011
             Accession No: 20110906-5006
             Description:  Comment of Paula da silva in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/4/2011.

42.          Filed By: Individual No Affiliation
             Filed Date: 9/6/2011
             Accession No: 20110906-5007
             Description:  Comment of Marie Coluccio in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/5/2011.

43.          Filed By: Individual No Affiliation
             Filed Date: 9/6/2011
             Accession No: 20110906-5008
             Description:  Comment of Mary Lou Carney in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/5/2011.

44.          Filed By: Individual No Affiliation
             Filed Date: 9/6/2011
             Accession No: 20110906-5009
             Description:  (doc-less) Out-of-Time Motion to Invervene of Pamilla
             Malik under CP11-515.

45.          Filed By: Individual No Affiliation
             Filed Date: 9/6/2011
             Accession No: 20110906-5010
             Description:  (doc-less) Motion to Intervene of Pamilla Malik under
             CP11-515.

11

**Record**
**Item No.**        **Description**

46.        Filed By: Individual No Affiliation
           Filed Date: 9/6/2011
           Accession No: 20110906-5011
           Description:  (doc-less) Motion to Intervene of Laurie A Arias under
           CP11-515.

47.        Filed By: Individual No Affiliation
           Filed Date: 9/7/2011
           Accession No: 20110907-5035
           Description:  Comment of Kelly Luposello in Docket(s)/Project(s)
           CP11-515-000 Submission Date: 9/7/2011

48.        Filed By: Individual No Affiliation
           Filed Date: 9/7/2011
           Accession No: 20110907-5097
           Description:  Report / Form of Peter Cook under CP11-515.

49.        Filed By: Individual No Affiliation
           Filed Date: 9/7/2011
           Accession No: 20110907-5117
           Description:  Comment of Michael Mojica in Docket(s)/Project(s)
           CP11-515-000 Submission Date: 9/7/2011.

50.        Filed By: Individual No Affiliation
           Filed Date: 9/8/2011
           Accession No: 20110908-5045
           Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
           CP11-515-000 Submission Date: 9/8/2011.

51.        Filed By: Individual No Affiliation
           Filed Date: 9/8/2011
           Accession No: 20110908-5101
           Description:  Comment of Larysa M Dyrszka in Docket(s)/Project(s)
           CP11-515-000 Submission Date: 9/8/2011.

12

**Record
Item No.          Description**

52.          Filed By: Individual No Affiliation
             Filed Date: 9/9/2011
             Accession No: 20110909-5031
             Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/9/2011.

53.          Filed By: Individual No Affiliation
             Filed Date: 9/12/2011
             Accession No: 20110912-5004
             Description:  Comment of Obed Marquez in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/10/2011.

54.          Filed By: Individual No Affiliation
             Filed Date: 9/12/2011
             Accession No: 20110912-5005
             Description:  Comment of Erica Stafford in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/11/2011.

55.          Filed By: Individual No Affiliation
             Filed Date: 9/12/2011
             Accession No: 20110912-5006
             Description:  Comment of Janet Stonick in Docket(s)/Project(s) CP11-
             515-000 Submission Date: 9/11/2011.

56.          Filed By: Individual No Affiliation
             Filed Date: 9/12/2011
             Accession No: 20110912-5027
             Description:  Comment of Carl M Truffi in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/12/2011.

13

**Record
Item No.**     **Description**

57.          Filed By: Individual No Affiliation
             Filed Date: 9/12/2011
             Accession No: 20110912-5044
             Description:  Comments of Ernest F Stonick in Docket(s)/Project(s)
             CP11-515. Submission Date: 9/12/2011.

58.          Filed By: Individual No Affiliation
             Filed Date: 9/12/2011
             Accession No: 20110912-5067
             Description:  Comment of Christina E. Sirico in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/12/2011.

59.          Filed By: Individual No Affiliation
             Filed Date: 9/13/2011
             Accession No: 20110913-5013
             Description:  Comment of Scott Burton in Docket(s)/Project(s) CP11-
             515. Submission Date: 9/13/2011.

60.          Filed By: Individual No Affiliation
             Filed Date: 9/13/2011
             Accession No: 20110913-5014
             Description:  Comment of Jennifer Caron in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/13/2011.

61.          Issued By: SECRETARY OF THE COMMISSION, FERC
             Filed Date: 9/14/2011
             Accession No: 20110914-3023
             Description:  Letter requesting Millennium Pipeline Company, LLC
             to file a complete response within 20 days re a Data Request under
             CP11-515.

14

**Record
Item No.        Description**

62.        Filed By: Individual No Affiliation
           Filed Date: 9/14/2011
           Accession No: 20110914-5004
           Description:  Comments of Nancy Brennan-Giuga in
           Docket(s)/Project(s) CP11-515. Submission Date: 9/13/2011.

63.        Filed By: Individual No Affiliation
           Filed Date: 9/14/2011
           Accession No: 20110914-5005
           Description:  Comments of Ernest F Stonick in Docket(s)/Project(s)
           CP11-515. Submission Date: 9/13/2011.

64.        Filed By: Individual No Affiliation
           Filed Date: 9/14/2011
           Accession No: 20110914-5006
           Description:  Comment of Jennifer Stonick in Docket(s)/Project(s)
           CP11-515-000 Submission Date: 9/13/2011.

65.        Filed By: Individual No Affiliation
           Filed Date: 9/14/2011
           Accession No: 20110914-5007
           Description:  Comment of Brian Pattay in Docket(s)/Project(s) CP11-
           515-000 Submission Date: 9/13/2011.

66.        Filed By: Individual No Affiliation
           Filed Date: 9/14/2011
           Accession No: 20110914-5008
           Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
           CP11-515-000 Submission Date: 9/13/2011.

15

| **Record Item No.** | **Description** |
|---|---|

67.    Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5009
Description:  Comment of JAMES PARCO in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/13/2011.

68.    Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5010
Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/13/2011.

69.    Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5011
Description:  Comment of Janet L. Stonick in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/13/2011.

70.    Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5012
Description:  Comment of Michael Sirico in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/13/2011.

71.    Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5043
Description:  Comment of Alex and Dolores Lombardo in
Docket(s)/Project(s) CP11-515-000 Submission Date: 9/14/2011.

16

| Record Item No. | Description |
|---|---|

**72.**     Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5058
Description:  Comment of L Distefano in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/14/2011

**73.**     Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5063
Description:  Comment of Donna in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/14/2011.

**74.**     Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5067
Description:  Comment of John Odland in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/14/2011.

**75.**     Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5078
Description:  Comment of roxanne adams in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/14/2011.

**76.**     Filed By: Individual No Affiliation
Filed Date: 9/14/2011
Accession No: 20110914-5081
Description:  Comment of Lisa Scott in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/14/2011.

17

**Record
Item No.**    **Description**

77.    Filed By: Individual No Affiliation
       Filed Date: 9/14/2011
       Accession No: 20110914-5098
       Description:  Supplemental Information / Request of Ernest F Stonick
       under CP11-515.

78.    Filed By: INDIVIDUAL
       Filed Date: 9/15/2011
       Accession No: 20110915-4007
       Description:  Comments from Sophie Said re bat population of
       Millenium Pipeline under CP11-515.

79.    Filed By: Individual No Affiliation
       Filed Date: 9/15/2011
       Accession No: 20110915-5002
       Description:  Comments of Lisa Alliegro in Docket(s)/Project(s)
       CP11-515. Submission Date: 9/14/2011.

80.    Filed By: Individual No Affiliation
       Filed Date: 9/15/2011
       Accession No: 20110915-5003
       Description:  Comments of Nicole Coluccio in Docket(s)/Project(s)
       CP11-515. Submission Date: 9/14/2011.

81.    Filed By: Individual No Affiliation
       Filed Date: 9/15/2011
       Accession No: 20110915-5004
       Description:  Comments of Alex Lombardo in Docket(s)/Project(s)
       CP11-515. Submission Date: 9/14/2011.

18

| Record Item No. | Description |
|---|---|

**82.**      Filed By: Individual No Affiliation
Filed Date: 9/15/2011
Accession No: 20110915-5005
Description:  Comments of Alyssa Coluccio in Docket(s)/Project(s)
CP11-515. Submission Date: 9/14/2011.

**83.**      Filed By: Individual No Affiliation
Filed Date: 9/15/2011
Accession No: 20110915-5006
Description:  Comments of Anne Hemmer in Docket(s)/Project(s)
CP11-515. Submission Date: 9/14/2011.

**84.**      Filed By: Individual No Affiliation
Filed Date: 9/15/2011
Accession No: 20110915-5007
Description:  Comments of Denise in Docket(s)/Project(s) CP11-515.
Submission Date: 9/14/2011.

**85.**      Filed By: Individual No Affiliation
Filed Date: 9/15/2011
Accession No: 20110915-5008
Description:  Comments of Malegxy Melendez-Roque in
Docket(s)/Project(s) CP11-515. Submission Date: 9/15/2011.

**86.**      Filed By: Individual No Affiliation
Filed Date: 9/15/2011
Accession No: 20110915-5009
Description:  Comments of Denise Slettene in Docket(s)/Project(s)
CP11-515. Submission Date: 9/15/2011.

19

**Record
Item No.**          **Description**

87.          Filed By: Individual No Affiliation
             Filed Date: 9/15/2011
             Accession No: 20110915-5035
             Description:  Comment of Gustavo Espinosa in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/15/2011.

88.          Filed By: Individual No Affiliation
             Filed Date: 9/15/2011
             Accession No: 20110915-5036
             Description:  Comment of Janice O'Keeffe in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/15/2011.

89.          Filed By: Individual No Affiliation
             Filed Date: 9/15/2011
             Accession No: 20110915-5046
             Description:  Comment of Donald G Mackay, JR in
             Docket(s)/Project(s) CP11-515-000 Submission Date: 9/15/2011.

90.          Filed By: Individual No Affiliation
             Filed Date: 9/15/2011
             Accession No: 20110915-5056
             Description:  Comment of Elaine McCann in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/15/2011.

91.          Filed By: Individual No Affiliation
             Filed Date: 9/15/2011
             Accession No: 20110915-5059
             Description:  Comment of antonio pinheiro in Docket(s)/Project(s)
             CP11-515-000 Submission Date: 9/15/2011.

20

**Record
Item No.**        **Description**

92.         Filed By: Individual No Affiliation
            Filed Date: 9/15/2011
            Accession No: 20110915-5068
            Description:  Comment of Peter Cook in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 9/15/2011.

93.         Filed By: Individual No Affiliation
            Filed Date: 9/15/2011
            Accession No: 20110915-5070
            Description:  Comment of Peter Cook in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 9/15/2011.

94.         Filed By: Individual No Affiliation
            Filed Date: 9/15/2011
            Accession No: 20110915-5082
            Description:  Comment of Nancy Russo in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 9/15/2011.

95.         Filed By: Individual No Affiliation
            Filed Date: 9/15/2011
            Accession No: 20110915-5083
            Description:  Comment of Barbara Liedtke in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/15/2011.

96.         Filed By: Individual No Affiliation
            Filed Date: 9/15/2011
            Accession No: 20110915-5096
            Description:  Comment of Eric Petschler in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/15/2011.

21

**Record
Item No.**      **Description**

97.      Filed By: Individual No Affiliation
         Filed Date: 9/15/2011
         Accession No: 20110915-5120
         Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 9/15/2011.

98.      Filed By: Individual No Affiliation
         Filed Date: 9/15/2011
         Accession No: 20110915-5125
         Description:  Comment of patricia a piccillo in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 9/15/2011.

99.      Filed By: Individual No Affiliation
         Filed Date: 9/15/2011
         Accession No: 20110915-5136
         Description:  Comment of Christine J. Gildea in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 9/15/2011.

100.     Filed By: Individual No Affiliation
         Filed Date: 9/15/2011
         Accession No: 20110915-5144
         Description:  Comment of Patricia Salvato in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 9/15/2011.

101.     Filed By: Individual No Affiliation
         Filed Date: 9/15/2011
         Accession No: 20110915-5145
         Description:  Comment of Christina E. Sirico in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 9/15/2011.

22

**Record
Item No.**     **Description**

102.      Filed By: Individual No Affiliation
          Filed Date: 9/15/2011
          Accession No: 20110915-5177
          Description:  Comment of john c gildea in Docket(s)/Project(s) CP11-
          515-000 Submission Date: 9/15/2011.

103.      Filed By: INDIVIDUAL
          Filed Date: 9/16/2011
          Accession No: 20110916-4006
          Description:  Comments of individual on endangered Indiana Bats
          under CP11-515.

104.      Filed By: INDIVIDUAL
          Filed Date: 9/16/2011
          Accession No: 20110916-4007
          Description:  Comments of an individual re Milleniums proposed
          compressor station under CP11-515.

105.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5000
          Description:  Comments of Glenn Slettene in Docket(s)/Project(s)
          CP11-515. Submission Date: 9/15/2011.

106.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5001
          Description:  Comments of Heidi Coppola in Docket(s)/Project(s)
          CP11-515. Submission Date: 9/15/2011.

23

**Record**
**Item No.**      **Description**

107.          Filed By: Individual No Affiliation
              Filed Date: 9/16/2011
              Accession No: 20110916-5002
              Description:  Comments of Kristen Nixon in Docket(s)/Project(s)
              CP11-515. Submission Date: 9/15/2011.

108.          Filed By: Individual No Affiliation
              Filed Date: 9/16/2011
              Accession No: 20110916-5003
              Description:  Comments of Sheri Gurney in Docket(s)/Project(s)
              CP11-515. Submission Date: 9/15/2011.

109.          Filed By: Individual No Affiliation
              Filed Date: 9/16/2011
              Accession No: 20110916-5004
              Description:  Comments of Karen Gartenberg in Docket(s)/Project(s)
              CP11-515. Submission Date: 9/15/2011.

110.          Filed By: Individual No Affiliation
              Filed Date: 9/16/2011
              Accession No: 20110916-5005
              Description:  Comments of Karen Gartenberg in Docket(s)/Project(s)
              CP11-515. Submission Date: 9/15/2011.

111.          Filed By: Individual No Affiliation
              Filed Date: 9/16/2011
              Accession No: 20110916-5006
              Description:  Comments of Karen Gartenberg in Docket(s)/Project(s)
              CP11-515. Submission Date: 9/15/2011.

24

| **Record Item No.** | **Description** |
|---|---|

112.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5007
         Description:  Comments of Karen Gartenberg in Docket(s)/Project(s)
         CP11-515. Submission Date: 9/15/2011.

113.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5009
         Description:  Comments of Desiree Giordano in Docket(s)/Project(s)
         CP11-515. Submission Date: 9/15/2011.

114.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5010
         Description:  Comments of Kim Kuiken in Docket(s)/Project(s) CP11-
         515. Submission Date: 9/15/2011.

115.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5011
         Description:  Comments of Jeffrey Galvin in Docket(s)/Project(s)
         CP11-515. Submission Date: 9/15/2011.

116.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5012
         Description:  Comments of Leonard & Rose Frattellone in
         Docket(s)/Project(s) CP11-515. Submission Date: 9/15/2011.

25

**Record
Item No.**     **Description**

117.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5014
          Description:  Comments of Suzannah L.B. Espinosa, PhD in
          Docket(s)/Project(s) CP11-515. Submission Date: 9/15/2011.

118.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5015
          Description:  Comments of Jared Albert in Docket(s)/Project(s) CP11-
          515. Submission Date: 9/15/2011.

119.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5016
          Description:  Comments of Lynn Frattellone in Docket(s)/Project(s)
          CP11-515. Submission Date: 9/16/2011.

120.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5017
          Description:  Comments of Robert Booth in Docket(s)/Project(s)
          CP11-515. Submission Date: 9/16/2011.

121.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5018
          Description:  Comments of Amelia Dombal in Docket(s)/Project(s)
          CP11-515. Submission Date: 9/16/2011.

26

**Record
Item No.**      **Description**

122.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5019
          Description:  Comments of Michelle Okeefe in Docket(s)/Project(s)
          CP11-515. Submission Date: 9/16/2011.

123.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5020
          Description:  Comments of Dede De Angelis in Docket(s)/Project(s)
          CP11-515. Submission Date: 9/16/2011.

124.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5027
          Description:  Comment of Louise Scher in Docket(s)/Project(s) CP11-
          515-000 Submission Date: 9/16/2011.

125.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5035
          Description:  Comment of Cathi Greiner in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 9/16/2011.

126.      Filed By: Individual No Affiliation
          Filed Date: 9/16/2011
          Accession No: 20110916-5036
          Description:  Comment of John P. Latini in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 9/16/2011.

**Record
Item No.     Description**

127.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5037
         Description:  Comment of Simone Demberg in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 9/16/2011.

128.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5038
         Description:  Comment of Lynn Gilson in Docket(s)/Project(s) CP11-
         515-000 Submission Date: 9/16/2011.

129.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5044
         Description:  Comment of Vicki Sullivan in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 9/16/2011.

130.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5049
         Description:  Comment of Maureen Neidnig in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 9/16/2011.

131.     Filed By: Individual No Affiliation
         Filed Date: 9/16/2011
         Accession No: 20110916-5050
         Description:  Comment of Vincent Giuga in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 9/16/2011.

28

| **Record**<br>**Item No.** | **Description** |
|---|---|

132.  Filed By: Orange County Department of Planning
     Filed Date: 9/16/2011
     Accession No: 20110916-5052
     Description:  Orange County Department of Planning comments
     related to the September 6, 2011 FERC Public Scoping Meeting on
     the Minisink Compressor Project, under Docket No. CP11-515.

133.  Filed By: Individual No Affiliation
     Filed Date: 9/16/2011
     Accession No: 20110916-5055
     Description:  Comment of James Parco in Docket(s)/Project(s) CP11-
     515-000 Submission Date: 9/16/2011.

134.  Filed By: Individual No Affiliation
     Filed Date: 9/16/2011
     Accession No: 20110916-5057
     Description:  Comment of domenic vecchioli in Docket(s)/Project(s)
     CP11-515-000 Submission Date: 9/16/2011.

135.  Filed By: Individual No Affiliation
     Filed Date: 9/16/2011
     Accession No: 20110916-5061
     Description:  Comment of Michael Mojica in Docket(s)/Project(s)
     CP11-515-000 Submission Date: 9/16/2011.

136.  Filed By: Individual No Affiliation
     Filed Date: 9/16/2011
     Accession No: 20110916-5066
     Description:  Comment of Jessica Briecke in Docket(s)/Project(s)
     CP11-515-000 Submission Date: 9/16/2011.

| Record Item No. | Description |
|---|---|

137.  Filed By: Individual No Affiliation
      Filed Date: 9/16/2011
      Accession No: 20110916-5081
      Description:  Comment of Ty Lain in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/16/2011.

138.  Filed By: Individual No Affiliation
      Filed Date: 9/16/2011
      Accession No: 20110916-5092
      Description:  Comment of Amy Koprowski in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/16/2011.

139.  Filed By: Individual No Affiliation
      Filed Date: 9/16/2011
      Accession No: 20110916-5096
      Description:  Comments of Shawn Cahill in Docket(s)/Project(s) CP11-515. Submission Date: 9/16/2011.

140.  Filed By: Individual No Affiliation
      Filed Date: 9/16/2011
      Accession No: 20110916-5102
      Description:  Comment of Elaina Burton in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/16/2011.

141.  Filed By: Individual No Affiliation
      Filed Date: 9/16/2011
      Accession No: 20110916-5106
      Description:  Comment of Nancy E DeSimone in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/16/2011.

30

**Record
Item No.**        **Description**

142.        Filed By: Individual No Affiliation
            Filed Date: 9/16/2011
            Accession No: 20110916-5112
            Description:  Comment of Catherine Okby in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/16/2011.

143.        Filed By: Individual No Affiliation
            Filed Date: 9/16/2011
            Accession No: 20110916-5116
            Description:  Comment of Ricardo A Arias in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/16/2011.

144.        Filed By: Individual No Affiliation
            Filed Date: 9/16/2011
            Accession No: 20110916-5117
            Description:  Comment of Ricardo A Arias in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/16/2011.

145.        Filed By: Individual No Affiliation
            Filed Date: 9/16/2011
            Accession No: 20110916-5133
            Description:  Comment of Loraine M Fitzgerald in
            Docket(s)/Project(s) CP11-515-000 Submission Date: 9/16/2011.

146.        Filed By: Individual No Affiliation
            Filed Date: 9/16/2011
            Accession No: 20110916-5147
            Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/16/2011.

| Record Item No. | Description |
|---|---|

147.    Filed By: Individual No Affiliation
Filed Date: 9/16/2011
Accession No: 20110916-5161
Description:  Comment of George Racz in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/16/2011.

148.    Filed By: Individual No Affiliation
Filed Date: 9/16/2011
Accession No: 20110916-5164
Description:  Comment of Annamarie Odland in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/16/2011.

149.    Filed By: INDIVIDUAL
Filed Date: 9/16/2011
Accession No: 20110919-0045
Description:  Comments of Marcia Racz fowarding confirming the passing of the resolution on 9/14 which was not followed through under CP11-515.

150.    Filed By: INDIVIDUAL
Filed Date: 9/19/2011
Accession No: 20110919-0026
Description:  Comments of Virginia and George Brown re the Millennium Pipeline Company, LLC's Minisink Compressor Project under CP11-515.

151.    Filed By: INDIVIDUAL
Filed Date: 9/19/2011
Accession No: 20110919-0029
Description:  Comments of Nancy LaCorte re the Millennium Pipeline Company, LLC's MInisink Compressor Project under CP11-515.

**Record**
**Item No.**        **Description**

152.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5000
            Description:  Comments of Jennifer Kassel in Docket(s)/Project(s)
            CP11-515. Submission Date: 9/16/2011.

153.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5001
            Description:  Comments of James Emery Jr. in Docket(s)/Project(s)
            CP11-515. Submission Date: 9/16/2011.

154.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5002
            Description:  Comments of Darcy Whyte in Docket(s)/Project(s)
            CP11-515. Submission Date: 9/16/2011.

155.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5003
            Description:  Comments of Tara Emery in Docket(s)/Project(s) CP11-
            515. Submission Date: 9/16/2011.

156.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5004
            Description:  Comments of Maria Racz in Docket(s)/Project(s) CP11-
            515. Submission Date: 9/16/2011.

33

| Record Item No. | Description |
|---|---|

**157.**     Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5005
Description:  Comments of Laureen E McCrae in Docket(s)/Project(s)
CP11-515. Submission Date: 9/16/2011.

**158.**     Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5006
Description:  Comment of Jessica Briecke in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/16/2011.

**159.**     Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5007
Description:  Comment of Janet L. Stonick in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/16/2011.

**160.**     Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5008
Description:  Comment of Susan Naples in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/16/2011.

**161.**     Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5009
Description:  Comment of Kathlee A. DeRose in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/16/2011.

34

**Record
Item No.**        **Description**

162.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5010
            Description:  Comment of Victor DeJesus in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/16/2011.

163.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5011
            Description:  Comment of Dien LeDuc in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 9/16/2011.

164.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5012
            Description:  Comment of Ibrahim Malick in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/16/2011.

165.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5013
            Description:  Comment of Victor DeJesus in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/16/2011.

166.        Filed By: Individual No Affiliation
            Filed Date: 9/19/2011
            Accession No: 20110919-5014
            Description:  Comment of Pamilla Malik in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/17/2011.

35

**Record**
**Item No.**     **Description**

167.     Filed By: Individual No Affiliation
          Filed Date: 9/19/2011
          Accession No: 20110919-5016
          Description:  Comment of Daniel Stafford in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 9/18/2011.

168.     Filed By: Individual No Affiliation
          Filed Date: 9/19/2011
          Accession No: 20110919-5019
          Description:  Comment of Becky Filipowski in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 9/18/2011.

169.     Filed By: Individual No Affiliation
          Filed Date: 9/19/2011
          Accession No: 20110919-5020
          Description:  Comment of Jenice Cuccovia in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 9/18/2011.

170.     Filed By: Individual No Affiliation
          Filed Date: 9/19/2011
          Accession No: 20110919-5021
          Description:  Comment of Carolyn in Docket(s)/Project(s) CP11-515-
          000 Submission Date: 9/18/2011.

171.     Filed By: Individual No Affiliation
          Filed Date: 9/19/2011
          Accession No: 20110919-5022
          Description:  Comment of Pamilla Malik in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 9/18/2011.

36

| Record Item No. | Description |
|---|---|

172.  Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5023
Description:  Comment of Carolyn Petschler in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/19/2011.

173.  Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5024
Description:  Comment of Pamilla Malik in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/19/2011.

174.  Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5049
Description:  Comment of Pamilla Malik in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/19/2011.

175.  Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5054
Description:  Report / Form of Maria Racz under CP11-515.

176.  Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5062
Description:  Comment of Pamilla Malik in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/19/2011.

177.  Filed By: Individual No Affiliation
Filed Date: 9/19/2011
Accession No: 20110919-5063
Description:  Comment of Pamilla Malik in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/19/2011.

37

| Record Item No. | Description |
|---|---|

178.      Filed By: Millennium Pipeline Company, LLC
          Filed Date: 9/19/2011
          Accession No: 20110919-5121
          Description:  Response to Data Request of Millennium Pipeline
          Company, LLC under CP11-515.

179.      Filed By: Millennium Pipeline Company, LLC
          Filed Date: 9/19/2011
          Accession No: 20110919-5122
          Description:  Response to Data Request of Millennium Pipeline
          Company, LLC under CP11-515.

180.      Filed By: Individual No Affiliation
          Filed Date: 9/20/2011
          Accession No: 20110920-5001
          Description:  Comment of Kevin J Derr in Docket(s)/Project(s) CP11-
          515-000 Submission Date: 9/20/2011.

181.      Filed By: Individual No Affiliation
          Filed Date: 9/20/2011
          Accession No: 20110920-5056
          Description:  Comment of Michael Mojica in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 9/20/2011.

182.      Filed By: ORANGE COUNTY DEPARTMENT OF PLANNING
          Filed Date: 9/21/2011
          Accession No: 20110921-0005
          Description:  Orange County Department of Planning submits
          supplemental information related to Millennium Pipeline, LLC's
          Minisink Compressor Project under CP11-515.

| Record Item No. | Description |
|---|---|

183.    Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 9/21/2011
Accession No: 20110921-4023
Description:  Letter requesting Millennium Pipeline Company, LLC to provide within 20 days the Environmental Information Request to assist in FERC's analysis of Millennium Pipeline certificate application under CP11-515.

184.    Filed By: Individual No Affiliation
Filed Date: 9/21/2011
Accession No: 20110921-5053
Description:  Comment of Jacqueline Heard in Docket(s)/Project(s) CP11-515-000 Submission Date: 9/21/2011.

185.    Filed By: TOWN OF MINSINK
Filed Date: 9/22/2011
Accession No: 20110922-0019
Description:  Town of Minsink submits notification of intervention relating to Millennium Pipeline application with FERC under CP11-515.

186.    Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 9/22/2011
Accession No: 20110922-4004
Description:  Letter requesting Millennium Pipeline Company, LLC to provide w/in 10 days the Data Request information to assist in FERC's analysis of the proposed application concerning the Minisink Compressor Project under CP11-515.

187.    Filed By: Damascus Citizens for Sustainability, Inc.
Filed Date: 9/22/2011
Accession No: 20110922-5037
Description:  Motion to Intervene by Damascus Citizens for Sustainability, Inc. under CP11-515.

39

| Record Item No. | Description |
|---|---|

**Record
Item No.**    **Description**

188.    Filed By: Damascus Citizens for Sustainability, Inc.
Filed Date: 9/22/2011
Accession No: 20110922-5038
Description:  Attachment I (Albert - Merzbach) to Motion to Intervene
by Damascus Citizens for Sustainability, Inc. under CP11-515.

189.    Filed By: Damascus Citizens for Sustainability, Inc.
Filed Date: 9/22/2011
Accession No: 20110922-5039
Description:  Attachment I (O'Neil - Stafford) to Motion to Intervene
by Damascus Citizens for Sustainability, Inc. under CP11-515.

190.    Filed By: Damascus Citizens for Sustainability, Inc.
Filed Date: 9/22/2011
Accession No: 20110922-5041
Description:  Attachment II to Motion to Intervene by Damascus
Citizens for Sustainability, Inc. under CP11-515.

191.    Filed By: Individual No Affiliation
Filed Date: 9/22/2011
Accession No: 20110922-5119
Description:  Comment of Deborah Lain in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/22/2011.

192.    Filed By: Individual No Affiliation
Filed Date: 9/23/2011
Accession No: 20110923-5003
Description:  Comment of Thomas Salamone in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/23/2011.

40

**Record
Item No.        Description**

193.        Filed By: Millennium Pipeline Company, LLC
            Filed Date: 9/23/2011
            Accession No: 20110923-5079
            Description:  Letter in Response to a Request For Information
            Concerning the Minisink Compressor Project of Millennium Pipeline
            Company, LLC under CP11-515.

194.        Filed By: Individual No Affiliation
            Filed Date: 9/26/2011
            Accession No: 20110926-5001
            Description:  Comment of mike in Docket(s)/Project(s) CP11-515-000
            Submission Date: 9/24/2011.

195.        Issued By: ENERGY PROJECTS, OFFICE OF
            Filed Date: 9/28/2011
            Accession No: 20110928-3029
            Description:  Letter requesting Millennium Pipeline Company, LLC
            to provide additional environmental information w/in 10 days in order
            to assist FERC in the analysis of the certificate application under
            CP11-515.

196.        Filed By: Individual No Affiliation
            Filed Date: 9/28/2011
            Accession No: 20110928-5002
            Description:  Comment of Michael Keenan in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 9/27/2011.

197.        Filed By: Millennium Pipeline Company, LLC
            Filed Date: 9/28/2011
            Accession No: 20110928-5071
            Description:  Responses to FERC Staff Data Requests Dated
            September 21, 2011 of Millennium Pipeline Company, LLC under
            CP11-515.

41

**Record
Item No.**     **Description**

198.     Filed By: Individual No Affiliation
Filed Date: 9/28/2011
Accession No: 20110928-5137
Description:  Comment of Jim H Delaune in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/28/2011.

199.     Filed By: Individual No Affiliation
Filed Date: 9/29/2011
Accession No: 20110929-5001
Description:  Comment of Michael Mojica in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/28/2011.

200.     Filed By: Individual No Affiliation
Filed Date: 9/29/2011
Accession No: 20110929-5004
Description:  Comment of Selena Marquez in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/28/2011.

201.     Filed By: Individual No Affiliation
Filed Date: 9/29/2011
Accession No: 20110929-5077
Description:  Comment of Peter alliegro in Docket(s)/Project(s) CP11-
515-000 Submission Date: 9/29/2011.

202.     Filed By: Individual No Affiliation
Filed Date: 9/29/2011
Accession No: 20110929-5081
Description:  Comment of Nancy A Sardo in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/29/2011.

42

| Record Item No. | Description |
|---|---|

203.    Filed By: Millennium Pipeline Company, LLC
        Filed Date: 9/30/2011
        Accession No: 20110930-5129
        Description:  Response of Millennium Pipeline Company, LLC to
        FERC Staff Data Requests Dated September 14, 2011 under CP11-
        515.

204.    Filed By: Millennium Pipeline Company, LLC
        Filed Date: 9/30/2011
        Accession No: 20110930-5180
        Description:  Copy of Water Permit Application for the Minisink
        Compressor Project of Millennium Pipeline Company, LLC under
        CP11-515.

205.    Filed By: Millennium Pipeline Company, LLC
        Filed Date: 9/30/2011
        Accession No: 20110930-5200
        Description:  Response to FERC Staff Data Requests Dated
        September 22, 2011 of Millennium Pipeline Company, LLC under
        CP11-515.

206.    Filed By: Millennium Pipeline Company, LLC
        Filed Date: 9/30/2011
        Accession No: 20110930-5201
        Description:  Response to FERC Staff Data Requests Dated
        September 22, 2011 of Millennium Pipeline Company, LLC under
        CP11-515.

207.    Filed By: Individual No Affiliation
        Filed Date: 10/3/2011
        Accession No: 20111003-5000
        Description:  Comment of Christina E. Sirico in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 9/30/2011.

43

| Record Item No. | Description |
|---|---|

**208.**    Filed By: Individual No Affiliation
Filed Date: 10/3/2011
Accession No: 20111003-5001
Description:  Comment of Jennifer Weber in Docket(s)/Project(s)
CP11-515-000 Submission Date: 9/30/2011.

**209.**    Filed By: Individual No Affiliation
Filed Date: 10/3/2011
Accession No: 20111003-5007
Description:  Comment of Nancy Giuga in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/1/2011.

**210.**    Filed By: Individual No Affiliation
Filed Date: 10/3/2011
Accession No: 20111003-5008
Description:  Comment of lisa Alliegro in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/1/2011.

**211.**    Filed By: Individual No Affiliation
Filed Date: 10/3/2011
Accession No: 20111003-5009
Description:  Comment of Vincent Giuga in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/1/2011.

**212.**    Filed By: Millennium Pipeline Company, LLC
Filed Date: 10/4/2011
Accession No: 20111004-5070
Description:  Response to FERC Staff Data Requests Dated September 21, 2011 of Millennium Pipeline Company, LLC under CP11-515.

44

| Record Item No. | Description |
|---|---|

213.    Filed By: Millennium Pipeline Company, LLC
        Filed Date: 10/4/2011
        Accession No: 20111004-5081
        Description:  Response to FERC Staff Data Requests Dated
        September 28, 2011 of Millennium Pipeline Company, LLC under
        CP11-515.

214.    Filed By: Individual No Affiliation
        Filed Date: 10/5/2011
        Accession No: 20111005-5011
        Description:  Comment of Christina E. Sirico in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 10/5/2011.

215.    Filed By: Individual No Affiliation
        Filed Date: 10/5/2011
        Accession No: 20111005-5037
        Description:  Comment of antonio pinheiro in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 10/5/2011.

216.    Filed By: Millennium Pipeline Company, LLC
        Filed Date: 10/5/2011
        Accession No: 20111005-5081
        Description:  Response to FERC Staff Data Requests Dated
        September 21, 2011 of Millennium Pipeline Company, LLC under
        CP11-515.

217.    Filed By: Individual No Affiliation
        Filed Date: 10/6/2011
        Accession No: 20111006-5000
        Description:  Comments of Carolyn Petschler in Docket(s)/Project(s)
        CP11-51. Submission Date: 10/5/2011.

45

**Record
Item No.**          **Description**

218.          Filed By: Individual No Affiliation
              Filed Date: 10/6/2011
              Accession No: 20111006-5058
              Description:  Comment of Maria Racz in Docket(s)/Project(s) CP11-
              515-000 Submission Date: 10/6/2011.

219.          Filed By: Individual No Affiliation
              Filed Date: 10/6/2011
              Accession No: 20111006-5072
              Description:  Comment of Maria Racz in Docket(s)/Project(s) CP11-
              515-000 Submission Date: 10/6/2011.

220.          Filed By: Individual No Affiliation
              Filed Date: 10/6/2011
              Accession No: 20111006-5116
              Description:  Comment of james j. lawler in Docket(s)/Project(s)
              CP11-515-000 Submission Date: 10/6/2011.

221.          Filed By: INDIVIDUAL
              Filed Date: 10/7/2011
              Accession No: 20111007-0004
              Description:  Comments of Arthur Scrima re the Ground Zero
              recovery work under CP11-515.

222.          Filed By: Individual No Affiliation
              Filed Date: 10/7/2011
              Accession No: 20111007-5000
              Description:  Comments of Frank LoSauro in Docket(s)/Project(s)
              CP11-515. Submission Date: 10/7/2011.

46

**Record
Item No.**        **Description**

223.        Filed By: Individual No Affiliation
            Filed Date: 10/7/2011
            Accession No: 20111007-5001
            Description:  Comments of John Odland in Docket(s)/Project(s)
            CP11-515. Submission Date: 10/7/2011.

224.        Filed By: Individual No Affiliation
            Filed Date: 10/7/2011
            Accession No: 20111007-5035
            Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 10/7/2011.

225.        Filed By: Individual No Affiliation
            Filed Date: 10/7/2011
            Accession No: 20111007-5060
            Description:  Comment of Michael Mojica in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 10/7/2011.

226.        Filed By: Individual No Affiliation
            Filed Date: 10/7/2011
            Accession No: 20111007-5065
            Description:  Report / Form of Michael Mojica under CP11-515,
            Video uploads from Brookfield, CT gas compression station visit on
            10-02-2011.

227.        Filed By: Millennium Pipeline Company, LLC
            Filed Date: 10/7/2011
            Accession No: 20111007-5128
            Description:  Millennium Pipeline Company, LLC's Response to
            FERC Staff Data Requests Dated September 21, 2011 of under CP11-
            515.

| Record Item No. | Description |
|---|---|

228.     Filed By: Millennium Pipeline Company, LLC
Filed Date: 10/7/2011
Accession No: 20111007-5154
Description:  Revisions to Access Driveway and Wetland Impacts for the Minisink Compressor Project of Millennium Pipeline Company, LLC under CP11-515.

229.     Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 10/11/2011
Accession No: 20111011-3006
Description:  Letter requesting Millennium Pipeline Company, LLC to submit additional information within 10 days re the Data Request under CP11-515.

230.     Filed By: Individual No Affiliation
Filed Date: 10/11/2011
Accession No: 20111011-5001
Description:  Comment of George Racz in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/7/2011.

231.     Filed By: Individual No Affiliation
Filed Date: 10/11/2011
Accession No: 20111011-5004
Description:  Comment of George Racz in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/9/2011.

232.     Filed By: Individual No Affiliation
Filed Date: 10/11/2011
Accession No: 20111011-5013
Description:  Comment of flavia bacarella in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/10/2011.

48

| Record<br>Item No. | Description |
|---|---|

233.     Filed By: Individual No Affiliation
         Filed Date: 10/11/2011
         Accession No: 20111011-5014
         Description:  Comment of Marie Coluccio in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/10/2011.

234.     Filed By: Individual No Affiliation
         Filed Date: 10/11/2011
         Accession No: 20111011-5015
         Description:  Comment of Julie Takatsch in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/10/2011.

235.     Filed By: Individual No Affiliation
         Filed Date: 10/11/2011
         Accession No: 20111011-5016
         Description:  Comment of Vincent Coluccio in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/10/2011.

236.     Filed By: Individual No Affiliation
         Filed Date: 10/11/2011
         Accession No: 20111011-5017
         Description:  Comment of Keith Stewart in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/10/2011.

237.     Filed By: Individual No Affiliation
         Filed Date: 10/11/2011
         Accession No: 20111011-5018
         Description:  Comment of lisa Alliegro in Docket(s)/Project(s) CP11-
         515-000 Submission Date: 10/10/2011.

49

| Record Item No. | Description |
|---|---|

238.    Filed By: Individual No Affiliation
        Filed Date: 10/11/2011
        Accession No: 20111011-5113
        Description:  Comment of John Odland in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/11/2011.

239.    Filed By: Millennium Pipeline Company, LLC
        Filed Date: 10/11/2011
        Accession No: 20111011-5167
        Description:  Response of Millennium Pipeline Company, LLC to FERC Staff Data Requests Dated September 21, 2011 under CP11-515.

240.    Filed By: Individual No Affiliation
        Filed Date: 10/11/2011
        Accession No: 20111011-5181
        Description:  Comment of Donna Biondollilo in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/11/2011.

241.    Filed By: Individual No Affiliation
        Filed Date: 10/11/2011
        Accession No: 20111011-5194
        Description:  Comment of Dolores Lombardo in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/11/2011.

242.    Filed By: Individual No Affiliation
        Filed Date: 10/11/2011
        Accession No: 20111011-5196
        Description:  Comment of alexander Lombardo in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/11/2011.

50

| Record Item No. | Description |
|---|---|

243.     Filed By: INDIVIDUAL
Filed Date: 10/12/2011
Accession No: 20111012-0055
Description:  Motion to Intervene Out-of-Time and Comments of Michael Mojica re Millennium Pipeline's gas compression station proposal under CP11-515.

244.     Filed By: Individual No Affiliation
Filed Date: 10/12/2011
Accession No: 20111012-5009
Description:  Comment of Michael Razukiewicz in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/11/2011.

245.     Filed By: Individual No Affiliation
Filed Date: 10/12/2011
Accession No: 20111012-5010
Description:  Comment of Marie Coluccio in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/11/2011.

246.     Filed By: Individual No Affiliation
Filed Date: 10/12/2011
Accession No: 20111012-5011
Description:  Comment of Vincent Coluccio in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/12/2011.

247.     Filed By: Individual No Affiliation
Filed Date: 10/12/2011
Accession No: 20111012-5076
Description:  Comment of Michael Mojica in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/12/2011.

51

**Record**
**Item No.**     **Description**

248.     Filed By: Individual No Affiliation
         Filed Date: 10/12/2011
         Accession No: 20111012-5091
         Description:  Comment of Shawn Cahill in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/12/2011.

249.     Filed By: Individual No Affiliation
         Filed Date: 10/12/2011
         Accession No: 20111012-5102
         Description:  Comment of Michael Mojica in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/12/2011.

250.     Filed By: INDIVIDUAL
         Filed Date: 10/12/2011
         Accession No: 20111013-0075
         Description:  Comments of Marie Kosen re Millennium Pipeline's
         Northeast-07 Natural Gas Pipeline Project under CP11-515.

251.     Filed By: Individual No Affiliation
         Filed Date: 10/13/2011
         Accession No: 20111013-5000
         Description:  Comments of Thomas Salamone in Docket(s)/Project(s)
         CP11-515. Submission Date: 10/12/2011.

252.     Filed By: Individual No Affiliation
         Filed Date: 10/13/2011
         Accession No: 20111013-5001
         Description:  Comments of Thomas Salamone in Docket(s)/Project(s)
         CP11-515. Submission Date: 10/12/2011.

52

| Record Item No. | Description |
| --- | --- |

253.   Filed By: Individual No Affiliation
       Filed Date: 10/13/2011
       Accession No: 20111013-5002
       Description:  Comments of DENISE SLETTENE in
       Docket(s)/Project(s) CP11-515. Submission Date: 10/12/2011.

254.   Filed By: Individual No Affiliation
       Filed Date: 10/13/2011
       Accession No: 20111013-5003
       Description:  Comments of Ed Murphy in Docket(s)/Project(s) CP11-515. Submission Date: 10/13/2011.

255.   Filed By: Individual No Affiliation
       Filed Date: 10/13/2011
       Accession No: 20111013-5039
       Description:  Comment of Annamarie Odland in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/13/2011.

256.   Filed By: Individual No Affiliation
       Filed Date: 10/13/2011
       Accession No: 20111013-5103
       Description:  Comment of Michael Mojica in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/13/2011.

257.   Filed By: Individual No Affiliation
       Filed Date: 10/13/2011
       Accession No: 20111013-5113
       Description:  Photos that Support Comments of Michael Mojica under CP11-515, Town of Minisink traffic ordinance re: truck weight limit. Contradicts Millennium's statement for Accession No. 20111011-5167.

53

| Record Item No. | Description |
| --- | --- |

258.    Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 10/14/2011
Accession No: 20111014-3004
Description:  Letter providing Notice of intent to prepare an
Environmental Assessment for the proposed Minisink Compressor
Project, request for comments on environmental issues, and notice of
Public Scoping Meeting re Millennium Pipeline Co, LLC under
CP11-515.

259.    Filed By: Individual No Affiliation
Filed Date: 10/14/2011
Accession No: 20111014-5001
Description:  Comments of Christina E. Sirico in Docket(s)/Project(s)
CP11-515. Submission Date: 10/13/2011.

260.    Filed By: Individual No Affiliation
Filed Date: 10/14/2011
Accession No: 20111014-5003
Description:  Comments of Marcy Brown in Docket(s)/Project(s)
CP11-515. Submission Date: 10/13/2011.

261.    Filed By: Individual No Affiliation
Filed Date: 10/14/2011
Accession No: 20111014-5006
Description:  Comments of Leonard & Rose Frattellone in
Docket(s)/Project(s) CP11-515. Submission Date: 10/14/2011.

262.    Filed By: Individual No Affiliation
Filed Date: 10/14/2011
Accession No: 20111014-5027
Description:  Comment of charles neustadt in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/14/2011.

54

| **Record Item No.** | **Description** |
| --- | --- |

263.    Filed By: Millennium Pipeline Company, LLC
Filed Date: 10/14/2011
Accession No: 20111014-5102
Description:  Millennium Pipeline Company, LLC's Response to
Certain FERC Staff Data Requests Dated September 21, 2011 under
CP11-515.

264.    Filed By: Individual No Affiliation
Filed Date: 10/17/2011
Accession No: 20111017-5000
Description:  Comment of Barbara Liedtke in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/14/2011.

265.    Filed By: Individual No Affiliation
Filed Date: 10/17/2011
Accession No: 20111017-5004
Description:  Comment of Karen Gartenberg in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/14/2011.

266.    Filed By: Individual No Affiliation
Filed Date: 10/17/2011
Accession No: 20111017-5005
Description:  Comment of Karen Gartenberg in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/14/2011.

267.    Filed By: Individual No Affiliation
Filed Date: 10/17/2011
Accession No: 20111017-5006
Description:  Comment of Karen Gartenberg in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/14/2011.

55

| Record Item No. | Description |
|---|---|

**268.**  Filed By: Individual No Affiliation
Filed Date: 10/17/2011
Accession No: 20111017-5009
Description:  Comment of Michael Mojica in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/16/2011.

**269.**  Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 10/17/2011
Accession No: 20111017-5078
Description:  Millennium Pipeline Company, L.L.C.'s Response to
FERC Staff Data Requests Dated October 11, 2011, under Docket No.
CP11-515.

**270.**  Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 10/17/2011
Accession No: 20111017-5079
Description:  Millennium Pipeline Company, L.L.C.'s Response to
FERC Staff Data Requests Dated October 11, 2011, under Docket No.
CP11-515.

**271.**  Filed By: Individual No Affiliation
Filed Date: 10/18/2011
Accession No: 20111018-5004
Description:  Report / Form of DENISE SLETTENE under CP11-515.

**272.**  Filed By: Individual No Affiliation
Filed Date: 10/18/2011
Accession No: 20111018-5036
Description:  Comment of Christina E. Sirico in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/18/2011.

56

| Record Item No. | Description |
|---|---|

**273.**  Filed By: Individual No Affiliation
Filed Date: 10/18/2011
Accession No: 20111018-5041
Description:  New York State Senator Tony Avella Comment on
Minisink Compressor - FERC Docket No. CP11-515.

**274.**  Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 10/18/2011
Accession No: 20111018-5043
Description:  Millennium Pipeline Company, L.L.C.'s Copy of
Request for Tree Clearing Window Extension, under Docket No.
CP11-515.

**275.**  Filed By: Individual No Affiliation
Filed Date: 10/18/2011
Accession No: 20111018-5069
Description:  Comment of mike keenan in Docket(s)/Project(s) CP11-
515-000 Submission Date: 10/18/2011.

**276.**  Filed By: Individual No Affiliation
Filed Date: 10/18/2011
Accession No: 20111018-5088
Description:  Comment of Christina E. Sirico in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/18/2011.

**277.**  Filed By: Individual No Affiliation
Filed Date: 10/19/2011
Accession No: 20111019-5001
Description:  Comment of Michael Mojica in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/18/2011.

57

| **Record Item No.** | **Description** |
|---|---|

278.     Filed By: Individual No Affiliation
          Filed Date: 10/19/2011
          Accession No: 20111019-5002
          Description:  Comment of Melissa Decker in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 10/18/2011.

279.     Filed By: Individual No Affiliation
          Filed Date: 10/19/2011
          Accession No: 20111019-5003
          Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
          515-000 Submission Date: 10/18/2011.

280.     Filed By: Individual No Affiliation
          Filed Date: 10/19/2011
          Accession No: 20111019-5004
          Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
          515-000 Submission Date: 10/19/2011.

281.     Filed By: Individual No Affiliation
          Filed Date: 10/19/2011
          Accession No: 20111019-5016
          Description:  Report / Form of DENISE SLETTENE under CP11-515.

282.     Filed By: Individual No Affiliation
          Filed Date: 10/19/2011
          Accession No: 20111019-5046
          Description:  Comment of deirdre walsh in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 10/19/2011.

283.     Filed By: Individual No Affiliation
          Filed Date: 10/20/2011
          Accession No: 20111020-5005
          Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
          515-000 Submission Date: 10/19/2011.

58

**Record
Item No.**     **Description**

284.     Filed By: Individual No Affiliation
         Filed Date: 10/20/2011
         Accession No: 20111020-5006
         Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
         515-000 Submission Date: 10/20/2011.

285.     Filed By: Individual No Affiliation
         Filed Date: 10/20/2011
         Accession No: 20111020-5007
         Description:  Comment of Jennifer Weber in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/20/2011.

286.     Filed By: Individual No Affiliation
         Filed Date: 10/20/2011
         Accession No: 20111020-5037
         Description:  Comment of Leanne Baum in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/20/2011.

287.     Filed By: Individual No Affiliation
         Filed Date: 10/20/2011
         Accession No: 20111020-5060
         Description:  Comment of Christina E. Sirico in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/20/2011.

288.     Filed By: Individual No Affiliation
         Filed Date: 10/20/2011
         Accession No: 20111020-5079
         Description:  Comment of Annamarie Odland in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 10/20/2011.

59

| Record Item No. | Description |
|---|---|

**289.**    Filed By: Individual No Affiliation
Filed Date: 10/21/2011
Accession No: 20111021-5004
Description:  Comment of Anna marie Odland in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/20/2011.

**290.**    Filed By: Individual No Affiliation
Filed Date: 10/21/2011
Accession No: 20111021-5007
Description:  Comment of Carolyn Petschler in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/20/2011.

**291.**    Filed By: Individual No Affiliation
Filed Date: 10/21/2011
Accession No: 20111021-5084
Description:  Comment of Leanne Baum in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/21/2011.

**292.**    Filed By: Individual No Affiliation
Filed Date: 10/21/2011
Accession No: 20111021-5149
Description:  Comments of Michael Mojica under 20110629-0017 are
being resubmitted in docket number CP11-515.

**293.**    Filed By: SENATOR
Filed Date: 10/24/2011
Accession No: 20111024-0020
Description:  Comments of Senate Tony Avella re the Minisink
Compressor Project under CP11-515.

60

| Record Item No. | Description |
|---|---|

294.    Filed By: Individual No Affiliation
        Filed Date: 10/24/2011
        Accession No: 20111024-5003
        Description:  Comment of Danny Stafford in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 10/22/2011.

295.    Filed By: Individual No Affiliation
        Filed Date: 10/24/2011
        Accession No: 20111024-5005
        Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 10/22/2011.

296.    Filed By: Individual No Affiliation
        Filed Date: 10/24/2011
        Accession No: 20111024-5008
        Description:  Comment of Daniel Stafford in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 10/22/2011.

297.    Filed By: Individual No Affiliation
        Filed Date: 10/24/2011
        Accession No: 20111024-5013
        Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 10/23/2011.

298.    Filed By: Individual No Affiliation
        Filed Date: 10/24/2011
        Accession No: 20111024-5027
        Description:  Comment of Laurie A Arias Alternative site suggestion
        at the existing Wagoner compressor station, currently owned by
        Millennium in Sparrowbush, NY. under CP11-515.

61

**Record
Item No.**        **Description**

299.        Filed By: Individual No Affiliation
            Filed Date: 10/24/2011
            Accession No: 20111024-5028
            Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 10/24/2011.

300.        Filed By: Individual No Affiliation
            Filed Date: 10/24/2011
            Accession No: 20111024-5054
            Description:  Comment of Geoffrey Howard in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 10/24/2011.

301.        Filed By: Millennium Pipeline Company, L.L.C.
            Filed Date: 10/24/2011
            Accession No: 20111024-5107
            Description:  Supplemental Information to Millennium Pipeline
            Company, L.L.C.'s Response to FERC Staff Data Request No. 1
            Dated September 22, 2011 under CP11-515.

302.        Filed By: Millennium Pipeline Company, L.L.C.
            Filed Date: 10/24/2011
            Accession No: 20111024-5108
            Description:  Supplemental Information to Millennium Pipeline
            Company, L.L.C.'s Response to FERC Staff Data Request No. 1
            Dated September 22, 2011 under CP11-515.

303.        Filed By: Individual No Affiliation
            Filed Date: 10/24/2011
            Accession No: 20111024-5109
            Description:  Comment of Lyle Gerbracht in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 10/24/2011.

62

**Record
Item No.**     **Description**

304.        Filed By: Individual No Affiliation
            Filed Date: 10/25/2011
            Accession No: 20111025-5001
            Description:  Comment of Janet Stonick in Docket(s)/Project(s) CP11-
            515. Submission Date: 10/24/2011.

305.        Filed By: Individual No Affiliation
            Filed Date: 10/25/2011
            Accession No: 20111025-5027
            Description:  Comment of Linda Scrima in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 10/25/2011.

306.        Filed By: Town of Minisink
            Filed Date: 10/26/2011
            Accession No: 20111026-5119
            Description:  Comment of Town of Minisink under CP11-515.

307.        Filed By: Individual No Affiliation
            Filed Date: 10/27/2011
            Accession No: 20111027-5004
            Description:  Comments of Janet Stonick in Docket(s)/Project(s)
            CP11-515. Submission Date: 10/26/2011.

308.        Filed By: Individual No Affiliation
            Filed Date: 10/27/2011
            Accession No: 20111027-5006
            Description:  Comments of John Odland in Docket(s)/Project(s)
            CP11-515. Submission Date: 10/26/2011.

309.        Filed By: Individual No Affiliation
            Filed Date: 10/27/2011
            Accession No: 20111027-5125
            Description:  Comment of Melanie Candra in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 10/27/2011.

63

| Record Item No. | Description |
|---|---|

310.    Filed By: Individual No Affiliation
        Filed Date: 10/27/2011
        Accession No: 20111027-5129
        Description:  Comment of Edna I. Rodriguez in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 10/27/2011.

311.    Issued By: ENERGY PROJECTS, OFFICE OF
        Filed Date: 10/28/2011
        Accession No: 20111028-3009
        Description:  Letter requesting Millennium Pipeline Company, LLC
        to provide the Data Request information to assist in FERC's analysis
        of Millennium proposed application under CP11-515.

312.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 10/28/2011
        Accession No: 20111028-5082
        Description:  Notice of Intent -- SPDES General Permit For Storm
        Water Discharges GP-0-10-001 and NYSDEC Acknowledgement for
        Notice of Intent For Coverage Under General Permit of Millennium
        Pipeline Company, L.L.C. under CP11-515.

313.    Filed By: Individual No Affiliation
        Filed Date: 10/28/2011
        Accession No: 20111028-5100
        Description:  Comment of Karen Gartenberg in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 10/28/2011.

314.    Filed By: Individual No Affiliation
        Filed Date: 10/28/2011
        Accession No: 20111028-5112
        Description:  Comment of Robert Baum in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 10/28/2011.

64

**Record
Item No.**      **Description**

315.        Filed By: Individual No Affiliation
            Filed Date: 10/28/2011
            Accession No: 20111028-5168
            Description:  Comment of Ross Koondel in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 10/28/2011.

316.        Filed By: INDIVIDUAL
            Filed Date: 10/29/2011
            Accession No: 20111101-0044
            Description:  Comments of Benoist Drut and 176 Individuals re the
            Minisink Compressor Project under CP11-515.

317.        Filed By: ORANGE COUNTY, NY
            Filed Date: 10/31/2011
            Accession No: 20111031-0046
            Description:  Motion to Intervene and Comments of Orange County re
            Millennium Pipeline, LLC's Minisink Compressor Project under
            CP11-515.

318.        Filed By: Individual No Affiliation
            Filed Date: 10/31/2011
            Accession No: 20111031-5009
            Description:  Comment of Janice Nappo in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 10/28/2011.

319.        Filed By: Individual No Affiliation
            Filed Date: 10/31/2011
            Accession No: 20111031-5015
            Description:  Comment of evelyn hasanoeddin in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 10/29/2011.

65

**Record
Item No.**    **Description**

320.    Filed By: Individual No Affiliation
Filed Date: 10/31/2011
Accession No: 20111031-5023
Description:  Comment of raul morales in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/29/2011.

321.    Filed By: Individual No Affiliation
Filed Date: 10/31/2011
Accession No: 20111031-5041
Description:  Comment of Cecile Lawremce in Docket(s)/Project(s) CP11-515-000, CP11-56-000, PF10-17-000 Submission Date: 10/30/2011.

322.    Filed By: Individual No Affiliation
Filed Date: 10/31/2011
Accession No: 20111031-5044
Description:  Comment of Stephan A Keppler in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/30/2011.

323.    Filed By: Individual No Affiliation
Filed Date: 10/31/2011
Accession No: 20111031-5053
Description:  Comment of Ernest F Stonick in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/30/2011.

324.    Filed By: Individual No Affiliation
Filed Date: 10/31/2011
Accession No: 20111031-5057
Description:  Comment of Ernest F Stonick in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/30/2011.

66

| **Record Item No.** | **Description** |
| --- | --- |

325.    Filed By: Individual No Affiliation
Filed Date: 10/31/2011
Accession No: 20111031-5058
Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
CP11-515-000, CP11-515-000 Submission Date: 10/30/2011.

326.    Filed By: Individual No Affiliation
Filed Date: 10/31/2011
Accession No: 20111031-5058
Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
CP11-515-000, CP11-515-000 Submission Date: 10/30/2011.

327.    Filed By: Individual No Affiliation
Filed Date: 10/31/2011
Accession No: 20111031-5378
Description:  Comment of Michael Mojica in Docket(s)/Project(s)
CP11-515-000 Submission Date: 10/31/2011.

328.    Filed By: INDIVIDUAL
Filed Date: 11/1/2011
Accession No: 20111101-0030
Description:  Comments of Nancy Hadden and 172 Individuals re the
Minisink Compressor Project under CP11-515.

329.    Filed By: INDIVIDUAL
Filed Date: 11/1/2011
Accession No: 20111103-0018
Description:  Comments of Eric Albert and 34 individuals requesting
that FERC reject the Compressor Station Application in Minisink, NY
under CP11-515.

67

**Record
Item No.**      **Description**

330.        Filed By: INDIVIDUAL
            Filed Date: 11/2/2011
            Accession No: 20111102-0045
            Description:  Comments of Janice and Kevin O'Keeffe re Millennium
            Pipeline, LLC's Minisink Compressor Project under CP11-515.

331.        Filed By: Individual No Affiliation
            Filed Date: 11/2/2011
            Accession No: 20111102-5010
            Description:  Comment of Daniel Edzenga in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/1/2011.

332.        Filed By: Individual No Affiliation
            Filed Date: 11/2/2011
            Accession No: 20111102-5018
            Description:  Report of Michael Mojica under CP11-515, Alternative
            Proposal to Resource Report 10.

333.        Filed By: Individual No Affiliation
            Filed Date: 11/2/2011
            Accession No: 20111102-5092
            Description:  Report of Michael Mojica under CP11-515, Response to
            Resource Report 10.3.1 Existing Systems.

334.        Filed By: Individual No Affiliation
            Filed Date: 11/2/2011
            Accession No: 20111102-5158
            Description:  Comment of Carolyn Petschler in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/2/2011.

68

**Record
Item No.**      **Description**

335.      Filed By: Individual No Affiliation
          Filed Date: 11/3/2011
          Accession No: 20111103-5036
          Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 11/3/2011.

336.      Filed By: Individual No Affiliation
          Filed Date: 11/3/2011
          Accession No: 20111103-5045
          Description:  Comment of Nancy Russo in Docket(s)/Project(s) CP11-
          515-000 Submission Date: 11/3/2011.

337.      Filed By: Individual No Affiliation
          Filed Date: 11/3/2011
          Accession No: 20111103-5054
          Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 11/3/2011.

338.      Filed By: Individual No Affiliation
          Filed Date: 11/3/2011
          Accession No: 20111103-5155
          Description:  Comment of Asha A Canalos under CP11-515, Letter of
          Opposition.

339.      Filed By: Individual No Affiliation
          Filed Date: 11/3/2011
          Accession No: 20111103-5156
          Description:  Comment of Yorke E Flynn under CP11-515-000.
          Letter of Opposition.

| Record Item No. | Description |
| --- | --- |

340.     Filed By: Individual No Affiliation
         Filed Date: 11/4/2011
         Accession No: 20111104-5007
         Description: Comments of Kevin O'Keeffe in Docket(s)/Project(s)
         CP11-515. Submission Date: 11/3/2011.

341.     Filed By: Individual No Affiliation
         Filed Date: 11/4/2011
         Accession No: 20111104-5018
         Description: Michael Mojica Resource Report 8 ? Land Use and
         Aesthetics - Responses (including pictures) under CP11-515.

342.     Filed By: Individual No Affiliation
         Filed Date: 11/4/2011
         Accession No: 20111104-5041
         Description: Comment of Melanie Candra in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/4/2011.

343.     Filed By: Millennium Pipeline Company, L.L.C.
         Filed Date: 11/4/2011
         Accession No: 20111104-5159
         Description: Response of Millennium Pipeline Company, L.L.C. to
         FERC Staff Data Requests Dated October 28, 2011 under CP11-515.

344.     Filed By: Millennium Pipeline Company, L.L.C.
         Filed Date: 11/4/2011
         Accession No: 20111104-5160
         Description: Response of Millennium Pipeline Company, L.L.C. to
         FERC Staff Data Requests Dated October 28, 2011 under CP11-515.

70

| Record Item No. | Description |
|---|---|

345.     Filed By: Millennium Pipeline Company, L.L.C.
         Filed Date: 11/4/2011
         Accession No: 20111104-5213
         Description:  Supplemental Information Regarding the Minisink
         Compressor Project of Millennium Pipeline Company, L.L.C. under
         CP11-515.

346.     Filed By: Individual No Affiliation
         Filed Date: 11/7/2011
         Accession No: 20111107-5001
         Description:  Comments of Nicholas J Russo in Docket(s)/Project(s)
         CP11-515. Submission Date: 11/4/2011.

347.     Filed By: Individual No Affiliation
         Filed Date: 11/7/2011
         Accession No: 20111107-5002
         Description:  Comments of Deborah Lain in Docket(s)/Project(s)
         CP11-515. Submission Date: 11/4/2011.

348.     Filed By: Individual No Affiliation
         Filed Date: 11/7/2011
         Accession No: 20111107-5004
         Description:  Comments of Christina E. Sirico in Docket(s)/Project(s)
         CP11-515. Submission Date: 11/4/2011.

349.     Filed By: Individual No Affiliation
         Filed Date: 11/7/2011
         Accession No: 20111107-5006
         Description:  Comments of Deborah Lain in Docket(s)/Project(s)
         CP11-515. Submission Date: 11/5/2011.

71

**Record
Item No.**        **Description**

350.        Filed By: Individual No Affiliation
            Filed Date: 11/7/2011
            Accession No: 20111107-5007
            Description:  Comments of Christina M Forino in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/5/2011.

351.        Filed By: Individual No Affiliation
            Filed Date: 11/7/2011
            Accession No: 20111107-5008
            Description:  Comments of Christina M Forino in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/5/2011.

352.        Filed By: Individual No Affiliation
            Filed Date: 11/7/2011
            Accession No: 20111107-5009
            Description:  Comments of Nicholas J Russo in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/5/2011.

353.        Filed By: Individual No Affiliation
            Filed Date: 11/7/2011
            Accession No: 20111107-5010
            Description:  Commentsof Marie Coluccio in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/5/2011.

354.        Filed By: Individual No Affiliation
            Filed Date: 11/7/2011
            Accession No: 20111107-5013
            Description:  Comments of John Odland in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/6/2011.

72

**Record
Item No.**          **Description**

355.          Filed By: Individual No Affiliation
              Filed Date: 11/7/2011
              Accession No: 20111107-5014
              Description:  Comments of Leonard Frattellone in
              Docket(s)/Project(s) CP11-515. Submission Date: 11/6/2011.

356.          Filed By: Individual No Affiliation
              Filed Date: 11/7/2011
              Accession No: 20111107-5016
              Description:  Comment of Rose Frattellone in Docket(s)/Project(s)
              CP11-515-000 Submission Date: 11/6/2011.

357.          Filed By: Individual No Affiliation
              Filed Date: 11/7/2011
              Accession No: 20111107-5018
              Description:  Comment of Martha Ann Lain in Docket(s)/Project(s)
              CP11-515-000 Submission Date: 11/6/2011.

358.          Filed By: Individual No Affiliation
              Filed Date: 11/7/2011
              Accession No: 20111107-5019
              Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
              CP11-515-000 Submission Date: 11/6/2011.

359.          Filed By: Individual No Affiliation
              Filed Date: 11/7/2011
              Accession No: 20111107-5020
              Description:  Comment of Carolyn Petschler in Docket(s)/Project(s)
              CP11-515-000 Submission Date: 11/7/2011.

73

**Record
Item No.**     **Description**

360.     Filed By: Individual No Affiliation
Filed Date: 11/7/2011
Accession No: 20111107-5029
Description:  Report of Michael Mojica under CP11-515, Millennium
Looping-Replacement Response to FERC Issue.

361.     Filed By: Individual No Affiliation
Filed Date: 11/7/2011
Accession No: 20111107-5046
Description:  Comment of Dolores Lombardo in Docket(s)/Project(s)
CP11-515-000 Submission Date: 11/7/2011.

362.     Filed By: Individual No Affiliation
Filed Date: 11/7/2011
Accession No: 20111107-5048
Description:  Comments of Alex Lombardo in Docket(s)/Project(s)
CP11-515. Submission Date: 11/7/2011.

363.     Filed By: INDIVIDUAL
Filed Date: 11/8/2011
Accession No: 20111108-0042
Description:  Comments of Marianne Wallin and 14 individuals
expressing opposition to the New Jersey - New York Expansion
Project under CP11-515.

364.     Filed By: Individual No Affiliation
Filed Date: 11/8/2011
Accession No: 20111108-5002
Description:  Comments of Jerry Zimmerman in Docket(s)/Project(s)
CP11-515. Submission Date: 11/7/2011.

74

**Record
Item No.     Description**

365.     Filed By: Individual No Affiliation
Filed Date: 11/8/2011
Accession No: 20111108-5005
Description:  Comments of Janet Zimmerman in Docket(s)/Project(s)
CP11-515. Submission Date: 11/7/2011.

366.     Filed By: Individual No Affiliation
Filed Date: 11/8/2011
Accession No: 20111108-5006
Description:  Comments of John Odland in Docket(s)/Project(s)
CP11-515. Submission Date: 11/7/2011.

367.     Filed By: Individual No Affiliation
Filed Date: 11/8/2011
Accession No: 20111108-5070
Description:  Comment of Rob Baum in Docket(s)/Project(s) CP11-
515-000 Submission Date: 11/8/2011.

368.     Filed By: Individual No Affiliation
Filed Date: 11/8/2011
Accession No: 20111108-5115
Description:  Comment of Karen Gartenberg in Docket(s)/Project(s)
CP11-515-000 Submission Date: 11/8/2011.

369.     Filed By: INDIVIDUAL
Filed Date: 11/9/2011
Accession No: 20111109-0045
Description:  Comments of Vincent Biodollilo expressing concerns re
Millennium Gas Co's proposal to build a gas compressor station under
CP11-515.

75

**Record
Item No.**      **Description**

370.      Filed By: Individual No Affiliation
          Filed Date: 11/10/2011
          Accession No: 20111110-5018
          Description:  Comments of Leanne Baum re the Minisink Compressor
          Station proposal by Millennium Pipeline under CP11-515.

371.      Filed By: Individual No Affiliation
          Filed Date: 11/10/2011
          Accession No: 20111110-5024
          Description:  Comments of Deborah Lain in Docket(s)/Project(s)
          CP11-515. Submission Date: 11/10/2011.

372.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5003
          Description:  Comments of Sean Casey in Docket(s)/Project(s) CP11-
          515. Submission Date: 11/10/2011.

373.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5004
          Description:  Comments of Marion J. I. Guerriero in
          Docket(s)/Project(s) CP11-515. Submission Date: 11/10/2011.

374.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5005
          Description:  Comments of Montana Leonard in Docket(s)/Project(s)
          CP11-515. Submission Date: 11/10/2011.

76

**Record
Item No.**      **Description**

375.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5008
            Description:  Comment of Pat Almonrode in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/11/2011.

376.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5010
            Description:  Comment of Linda Francis in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/11/2011.

377.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5011
            Description:  Comment of Jonathan Leonard in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/11/2011.

378.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5013
            Description:  Comment of Lory Henning in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/11/2011.

379.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5017
            Description:  Comment of Selena Marquez in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/11/2011.

| Record Item No. | Description |
|---|---|

380.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5018
         Description:  Comment of stardust atkeson in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/11/2011.

381.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5019
         Description:  Comment of jared albert in Docket(s)/Project(s) CP11-
         515-000 Submission Date: 11/11/2011.

382.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5022
         Description:  Comment of Dan Canalos in Docket(s)/Project(s) CP11-
         515-000 Submission Date: 11/11/2011.

383.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5025
         Description:  Comment of Shannon Coulter in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/11/2011.

384.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5031
         Description:  Comment of Whitney Hall in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/12/2011.

78

| Record Item No. | Description |
|---|---|

385.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5032
        Description:  Comment of heidi coppola in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 11/12/2011.

386.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5033
        Description:  Comment of JD Leonard in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 11/12/2011.

387.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5034
        Description:  Comment of Kirsten Travers in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 11/12/2011.

388.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5035
        Description:  Comment of Amanda Matles in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 11/12/2011.

389.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5036
        Description:  Comment of ryan robbins in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 11/12/2011.

79

| Record Item No. | Description |
|---|---|

390.     Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5037
        Description:  Comment of michael gazal in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 11/12/2011.

391.     Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5039
        Description:  Comment of Phyllis Lain in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 11/12/2011.

392.     Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5040
        Description:  Comment of Arthur Lain in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 11/12/2011.

393.     Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5042
        Description:  Comment of Forrest Gray in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 11/12/2011.

394.     Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5043
        Description:  Comment of Karen Gartenberg in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 11/12/2011.

80

| **Record Item No.** | **Description** |
|---|---|

395.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5044
Description:  Comments of Karen Gartenberg in Docket(s)/Project(s) CP11-515. Submission Date: 11/12/2011.

396.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5045
Description:  Comment of Karen Gartenberg in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/12/2011.

397.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5047
Description:  Comments of Kathleen Squeeze-Canalos in Docket(s)/Project(s) CP11-515. Submission Date: 11/12/2011.

398.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5048
Description:  Comments of Gelah Penn in Docket(s)/Project(s) CP11-515. Submission Date: 11/12/2011.

399.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5050
Description:  Comment of Anna Levi in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/12/2011.

**Record
Item No.**        **Description**

400.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5052
            Description:  Comments of Purva Cullman in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/12/2011.

401.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5053
            Description:  Comments of Betsy Strong in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/12/2011.

402.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5054
            Description:  Commentsof Kathy Wilder Bichler in
            Docket(s)/Project(s) CP11-515. Submission Date: 11/13/2011.

403.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5055
            Description:  Comments of Anne Hunter in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/13/2011.

404.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5056
            Description:  Comment of LAUREN SCOTT in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/13/2011.

82

**Record
Item No.**     **Description**

405.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5057
         Description:  Comments of Joachim Kearns in Docket(s)/Project(s)
         CP11-515. Submission Date: 11/13/2011.

406.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5058
         Description:  Comments of Jamie Baker in Docket(s)/Project(s) CP11-
         515. Submission Date: 11/13/2011.

407.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5059
         Description:  Comments of Arlynn Liebster in Docket(s)/Project(s)
         CP11-515. Submission Date: 11/13/2011.

408.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5060
         Description:  Comments of chrys papadopoulos in
         Docket(s)/Project(s) CP11-515. Submission Date: 11/13/2011.

409.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5061
         Description:  Comments of Thomas Salamone in Docket(s)/Project(s)
         CP11-515. Submission Date: 11/13/2011.

**Record
Item No.**          **Description**

410.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5062
              Description:  Comments of Yssa Bobrow in Docket(s)/Project(s)
              CP11-515-. Submission Date: 11/13/2011.

411.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5063
              Description:  Comments of Beth king in Docket(s)/Project(s) CP11-
              515. Submission Date: 11/13/2011.

412.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5064
              Description:  Comment of Marcy Lynn in Docket(s)/Project(s) CP11-
              515. Submission Date: 11/13/2011.

413.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5067
              Description:  Comments of Mary Makofske in Docket(s)/Project(s)
              CP11-515. Submission Date: 11/13/2011.

414.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5068
              Description:  Comments of Sara Lain in Docket(s)/Project(s) CP11-
              515. Submission Date: 11/13/2011.

84

**Record**
**Item No.**      **Description**

415.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5069
          Description:  Comments of William Makofske in Docket(s)/Project(s)
          CP11-515. Submission Date: 11/13/2011.

416.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5070
          Description:  Comments of Susan Brauser in Docket(s)/Project(s)
          CP11-515. Submission Date: 11/13/2011.

417.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5072
          Description:  Comments of Maegan Dolan in Docket(s)/Project(s)
          CP11-515. Submission Date: 11/13/2011.

418.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5073
          Description:  Comments of Geoffrey Howard in Docket(s)/Project(s)
          CP11-515. Submission Date: 11/13/2011.

419.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5074
          Description:  Comments of Chris Keller in Docket(s)/Project(s) CP11-
          515. Submission Date: 11/13/2011.

85

| Record Item No. | Description |
|---|---|

420.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5075
        Description:  Comment of Annamarie Odland in Docket(s)/Project(s)
        CP11-515. Submission Date: 11/13/2011.

421.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5076
        Description:  Comments of Amanda Mathis in Docket(s)/Project(s)
        CP11-515. Submission Date: 11/13/2011.

422.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5079
        Description:  Comments of Carmiya in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 11/13/2011.

423.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5083
        Description:  Comments of Ernest F Stonick in Docket(s)/Project(s)
        CP11-515. Submission Date: 11/13/2011.

424.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5084
        Description:  Comments of Vanessa Harmon in Docket(s)/Project(s)
        CP11-515. Submission Date: 11/13/2011.

86

**Record
Item No.**     **Description**

425.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5085
          Description:  Comments of Ira P Higgins in Docket(s)/Project(s)
          CP11-515. Submission Date: 11/13/2011.

426.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5086
          Description:  Comment of Keisha Eder in Docket(s)/Project(s) CP11-
          515. Submission Date: 11/13/2011.

427.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5087
          Description:  Comments of Elizabeth Thomas in Docket(s)/Project(s)
          CP11-515. Submission Date: 11/13/2011.

428.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5088
          Description:  Comments of Chin Li in Docket(s)/Project(s) CP11-515.
          Submission Date: 11/13/2011.

429.      Filed By: Individual No Affiliation
          Filed Date: 11/14/2011
          Accession No: 20111114-5114
          Description:  Comment of Vera Scroggins in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 11/14/2011.

87

**Record
Item No.**      **Description**

430.       Filed By: Individual No Affiliation
           Filed Date: 11/14/2011
           Accession No: 20111114-5118
           Description:  Comment of ALexander Lines under CP11-515.

431.       Filed By: Individual No Affiliation
           Filed Date: 11/14/2011
           Accession No: 20111114-5139
           Description:  Report of DENISE SLETTENE under CP11-515.

432.       Filed By: Individual No Affiliation
           Filed Date: 11/14/2011
           Accession No: 20111114-5163
           Description:  Comment of Megan Teeters in Docket(s)/Project(s)
           CP11-515-000 Submission Date: 11/14/2011.

433.       Filed By: Individual No Affiliation
           Filed Date: 11/14/2011
           Accession No: 20111114-5164
           Description:  Comment of Janet Stonick in Docket(s)/Project(s) CP11-
           515-000 Submission Date: 11/14/2011.

434.       Filed By: Individual No Affiliation
           Filed Date: 11/14/2011
           Accession No: 20111114-5167
           Description:  Comment of Janet Stonick in Docket(s)/Project(s) CP11-
           515-000 Submission Date: 11/14/2011.

435.       Filed By: Individual No Affiliation
           Filed Date: 11/14/2011
           Accession No: 20111114-5183
           Description:  Comments of Eliza Stamps in Docket(s)/Project(s)
           CP11-515. Submission Date: 11/14/2011.

88

| Record Item No. | Description |
|---|---|

436.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5201
        Description:  Comment of Ethan Swan in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/14/2011.

437.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5220
        Description:  Michael Mojica Open Issues to Millennium's Geological Resource Reports 2 & 6 under CP11-515.

438.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5221
        Description:  Comment of Deborah Lain in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/14/2011.

439.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5222
        Description:  Comment of Deborah Lain in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/14/2011.

440.    Filed By: Individual No Affiliation
        Filed Date: 11/14/2011
        Accession No: 20111114-5224
        Description:  Comment of Patricia Sweetman in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/14/2011.

89

| **Record Item No.** | **Description** |
| --- | --- |

441.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5225
Description:  Comment of deirdre walsh in Docket(s)/Project(s)
CP11-515-000 Submission Date: 11/14/2011.

442.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5248
Description:  Comment of Michael Edelstein & Kathy Skafidas,
Orange Environment in Docket(s)/Project(s) CP11-515-000
Submission Date: 11/14/2011.

443.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5252
Description:  (doc-less) Motion to Intervene and Comments (Part 1 of
2) of Margaret Wood under CP11-515.

444.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5256
Description:  Report of Michael Mojica under CP11-515, \Responses
to Millennium's Resource Report 9 - Air and Noise Quality.

445.    Filed By: Individual No Affiliation
Filed Date: 11/14/2011
Accession No: 20111114-5257
Description:  Comments of Jenice Cuccovia in Docket(s)/Project(s)
CP11-515. Submission Date: 11/14/2011.

90

**Record
Item No.**        **Description**

446.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5259
            Description:  (doc-less) Motion to Intervene and Comments (Part 2 of
            2) of Margaret Wood under CP11-515.

447.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5261
            Description:  Comment of Milton Arthur Lain in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/14/2011.

448.        Filed By: Lakeland Unitarian Universalist Fellowship, Wayne, NJ
            Filed Date: 11/14/2011
            Accession No: 20111114-5268
            Description:  (doc-less) Motion to Intervene of Lakeland Unitarian
            Universalist Fellowship, Wayne, NJ under CP11-515, This
            compressor station supports a fractured gas industry that violates the
            seventh principle due to it's extreme global warming production.

449.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5289
            Description:  Comment of Julie A Edgar in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/14/2011.

450.        Filed By: Individual No Affiliation
            Filed Date: 11/14/2011
            Accession No: 20111114-5296
            Description:  Comment of Erica Stafford in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/14/2011.

**Record
Item No.**          **Description**

451.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5297
              Description:  Comment of Catherine Okby in Docket(s)/Project(s)
              CP11-515-000 Submission Date: 11/14/2011.

452.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5326
              Description:  Comment of Jessie Henson in Docket(s)/Project(s)
              CP11-515-000 Submission Date: 11/14/2011.

453.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5327
              Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
              CP11-515-000 Submission Date: 11/14/2011.

454.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5328
              Description:  Carolyn Petschler submits Concerns in regards to
              proposed Minisink compressor station under CP11-515.

455.          Filed By: Individual No Affiliation
              Filed Date: 11/14/2011
              Accession No: 20111114-5339
              Description:  Comments of Asha A Canalos and Yorke Flynn,
              Affidavit stating that Millenium Pipeline failed to notify us of their
              project as required by law under CP11-515.

92

**Record
Item No.**     **Description**

456.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5378
         Description:  Comment of Ty W. Lain in Docket(s)/Project(s) CP11-
         515-000 Submission Date: 11/14/2011.

457.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5398
         Description:  Comments of Michael Mojica, Why Is Millennium So
         Attracted To 107 Jacobs Road? under CP11-515.

458.     Filed By: Individual No Affiliation
         Filed Date: 11/14/2011
         Accession No: 20111114-5404
         Description:  Comment of Deborah Lain under CP11-515.

459.     Filed By: Individual No Affiliation
         Filed Date: 11/15/2011
         Accession No: 20111115-5000
         Description:  Comment of Karen Gartenberg in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/14/2011.

460.     Filed By: Individual No Affiliation
         Filed Date: 11/15/2011
         Accession No: 20111115-5001
         Description:  Comment of Karen Gartenberg in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/14/2011.

461.     Filed By: Individual No Affiliation
         Filed Date: 11/15/2011
         Accession No: 20111115-5002
         Description:  Comment of Karen Gartenberg in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/14/2011.

93

**Record
Item No.**     **Description**

462.     Filed By: Individual No Affiliation
         Filed Date: 11/15/2011
         Accession No: 20111115-5004
         Description:  Comment of Pamilla Malik in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/14/2011.

463.     Filed By: Individual No Affiliation
         Filed Date: 11/15/2011
         Accession No: 20111115-5007
         Description:  Comment of Stacey Kroposki in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/14/2011.

464.     Filed By: Individual No Affiliation
         Filed Date: 11/15/2011
         Accession No: 20111115-5009
         Description:  Comment of Diana Lain in Docket(s)/Project(s) CP11-
         515-000 Submission Date: 11/14/2011.

465.     Filed By: Individual No Affiliation
         Filed Date: 11/15/2011
         Accession No: 20111115-5010
         Description:  Comment of Adrienne Bubbins in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 11/14/2011.

466.     Filed By: Individual No Affiliation
         Filed Date: 11/15/2011
         Accession No: 20111115-5013
         Description:  Comment of Jordan Davis in Docket(s)/Project(s) CP11-
         515-000 Submission Date: 11/14/2011.

94

**Record
Item No.    Description**

467.        Filed By: Individual No Affiliation
            Filed Date: 11/15/2011
            Accession No: 20111115-5014
            Description:  Comment of Laurie Arias in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 11/15/2011.

468.        Filed By: Individual No Affiliation
            Filed Date: 11/15/2011
            Accession No: 20111115-5015
            Description:  Comment of Sam Cullman in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/15/2011.

469.        Filed By: Individual No Affiliation
            Filed Date: 11/15/2011
            Accession No: 20111115-5016
            Description:  Report of Karen Gartenberg under CP11-515.

470.        Filed By: Individual No Affiliation
            Filed Date: 11/15/2011
            Accession No: 20111115-5017
            Description:  Report of Laurie A Arias under CP11-515.

471.        Filed By: Millennium Pipeline Company, L.L.C.
            Filed Date: 11/15/2011
            Accession No: 20111115-5043
            Description:  Supplemental Information of Millennium Pipeline
            Company, L.L.C. under CP11-515.

472.        Filed By: Individual No Affiliation
            Filed Date: 11/15/2011
            Accession No: 20111115-5061
            Description:  Comment of Pamilla Malik in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/15/2011.

| Record Item No. | Description |
|---|---|

473.     Filed By: Individual No Affiliation
Filed Date: 11/15/2011
Accession No: 20111115-5063
Description:  Comment of John Odland in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/15/2011.

474.     Filed By: Individual No Affiliation
Filed Date: 11/15/2011
Accession No: 20111115-5086
Description:  Comment of Janice Okeeffe in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/15/2011.

475.     Filed By: Individual No Affiliation
Filed Date: 11/15/2011
Accession No: 20111115-5169
Description:  Comment of Shanna Holmes in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/15/2011.

476.     Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 11/16/2011
Accession No: 20111116-3054
Description:  Letter requesting Millennium Pipeline Company, LLC to file a within 5 days the Data Request information to assist in FERC's analysis of Millennium's proposed application re the Minisink Compressor Project under CP11-515.

477.     Filed By: Individual No Affiliation
Filed Date: 11/16/2011
Accession No: 20111116-5023
Description:  Comment of Melanie Candra in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/16/2011.

96

**Record
Item No.      Description**

478.      Filed By: Individual No Affiliation
          Filed Date: 11/16/2011
          Accession No: 20111116-5066
          Description:  Comment of Barbara Liedtke in Docket(s)/Project(s)
          CP11-515-000 Submission Date: 11/16/2011.

479.      Issued By: FERC
          Filed Date: 11/18/2011
          Accession No: 20111118-0015
          Description:  Telephone Record dated 11/16/11 of William Lane
          expressing concerns about the Minnisink Compressor Project re
          Millennium Pipeline Co, LLC under CP11-515.

480.      Issued By: OFFICE OF EXTERNAL AFFAIRS
          Filed Date: 11/18/2011
          Accession No: 20111118-0016
          Description:  Email dated 11/14/11 providing comments re the
          application to build a compressor station in Minisink, NY in Orange
          County under CP11-515.

481.      Filed By: Millennium Pipeline Company, L.L.C.
          Filed Date: 11/18/2011
          Accession No: 20111118-5197
          Description:  Supplemental Information Regarding The Minisink
          Compressor Project of Millennium Pipeline Company, L.L.C. under
          CP11-515.

482.      Filed By: Millennium Pipeline Company, L.L.C.
          Filed Date: 11/18/2011
          Accession No: 20111118-5211
          Description:  Response of Millennium Pipeline Company, L.L.C. to
          FERC Staff Data Requests Dated November 16, 2011 under CP11-
          515.

97

**Record
Item No.**        **Description**

483.        Filed By: Individual No Affiliation
            Filed Date: 11/21/2011
            Accession No: 20111121-5000
            Description:  Comments of Rosemarie Privitera in
            Docket(s)/Project(s) CP11-515. Submission Date: 11/18/2011.

484.        Filed By: Individual No Affiliation
            Filed Date: 11/21/2011
            Accession No: 20111121-5002
            Description:  Comments of Elizabeth Leonard in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/18/2011.

485.        Filed By: Individual No Affiliation
            Filed Date: 11/21/2011
            Accession No: 20111121-5006
            Description:  Comments of John Odland in Docket(s)/Project(s)
            CP11-515. Submission Date: 11/19/2011.

486.        Filed By: Individual No Affiliation
            Filed Date: 11/21/2011
            Accession No: 20111121-5026
            Description:  Tara J Finneran Call for Independent health and long
            term Environmental Impact study, Re: proposed Minisink Compressor
            Station under CP11-515.

487.        Filed By: Individual No Affiliation
            Filed Date: 11/21/2011
            Accession No: 20111121-5210
            Description:  Comment of Tracy Neal in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 11/21/2011.

98

| **Record Item No.** | **Description** |
| --- | --- |

488.    Issued By: ENERGY PROJECTS, OFFICE OF
        Filed Date: 11/22/2011
        Accession No: 20111122-3010
        Description:  Letter requesting Millennium Pipeline Company, LLC
        to provide within 5 days the Data Request information to assist in
        FERC's analysis of Millennium proposed application under CP11-
        515.

489.    Issued By: ENERGY PROJECTS, OFFICE OF
        Filed Date: 11/23/2011
        Accession No: 20111123-3022
        Description:  Letter requesting Millennium Pipeline Company, LLC
        to file within 15 days the Environmental Information Request to assist
        in FERC's analysis of Millennium Pipeline certificate application
        under CP11-515.

490.    Filed By: Individual No Affiliation
        Filed Date: 11/23/2011
        Accession No: 20111123-5006
        Description:  Comments of Nancy Neal in Docket(s)/Project(s) CP11-
        515. Submission Date: 11/22/2011.

491.    Filed By: Individual No Affiliation
        Filed Date: 11/28/2011
        Accession No: 20111128-5006
        Description:  Comment of Rose Frattellone in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 11/26/2011.

492.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 11/28/2011
        Accession No: 20111128-5190
        Description:  Response to FERC Staff Data Requests Dated
        November 22, 2011 of Millennium Pipeline Company, L.L.C. under
        CP11-515.

99

| Record Item No. | Description |
|---|---|

493.    Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 11/28/2011
Accession No: 20111128-5191
Description:  Response to FERC Staff Data Requests Dated November 22, 2011 of Millennium Pipeline Company, L.L.C. under CP11-515.

494.    Filed By: Individual No Affiliation
Filed Date: 11/30/2011
Accession No: 20111130-5001
Description:  Comments of Michael Mojica in Docket(s)/Project(s) CP11-515. Submission Date: 11/29/2011.

495.    Filed By: Individual No Affiliation
Filed Date: 12/1/2011
Accession No: 20111201-5014
Description:  Comment of Nicholas J Russo in Docket(s)/Project(s) CP11-515-000 Submission Date: 11/30/2011.

496.    Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 12/2/2011
Accession No: 20111202-5153
Description:  Supplemental Information of Millennium Pipeline Company, L.L.C. under CP11-515.

497.    Filed By: Individual No Affiliation
Filed Date: 12/2/2011
Accession No: 20111202-5158
Description:  Comment of Gerard Cook in Docket(s)/Project(s) CP11-515-000 Submission Date: 12/2/2011.

100

| **Record Item No.** | **Description** |
|---|---|

498.    Filed By: Individual No Affiliation
        Filed Date: 12/5/2011
        Accession No: 20111205-5006
        Description:  Comment of kathleen canalos in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 12/4/2011.

499.    Filed By: Individual No Affiliation
        Filed Date: 12/5/2011
        Accession No: 20111205-5008
        Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 12/4/2011.

500.    Filed By: Individual No Affiliation
        Filed Date: 12/5/2011
        Accession No: 20111205-5013
        Description:  Comment of Asha A Canalos, regarding Bald Eagle
        sightings on & near Jacobs Rd., under CP11-515.

501.    Filed By: Individual No Affiliation
        Filed Date: 12/5/2011
        Accession No: 20111205-5063
        Description:  Comment of Gerard Cook in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 12/5/2011.

502.    Filed By: Individual No Affiliation
        Filed Date: 12/6/2011
        Accession No: 20111206-5012
        Description:  Comment of Laurie A Arias in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 12/5/2011.

101

**Record
Item No.**　　**Description**

503.　　Filed By: Individual No Affiliation
　　　　Filed Date: 12/6/2011
　　　　Accession No: 20111206-5013
　　　　Description:  Comment of Laurie A Arias in Docket(s)/Project(s)
　　　　CP11-515-000 Submission Date: 12/5/2011.

504.　　Filed By: Individual No Affiliation
　　　　Filed Date: 12/6/2011
　　　　Accession No: 20111206-5016
　　　　Description:  Comment of Christina E. Sirico in Docket(s)/Project(s)
　　　　CP11-515-000 Submission Date: 12/5/2011.

505.　　Filed By: Individual No Affiliation
　　　　Filed Date: 12/6/2011
　　　　Accession No: 20111206-5017
　　　　Description:  Report of Carolyn Petschler under CP11-515, Comment
　　　　"Phase 2".

506.　　Filed By: Individual No Affiliation
　　　　Filed Date: 12/6/2011
　　　　Accession No: 20111206-5018
　　　　Description:  Report / Form of Laurie A Arias under CP11-515-000.

507.　　Filed By: Individual No Affiliation
　　　　Filed Date: 12/6/2011
　　　　Accession No: 20111206-5028
　　　　Description:  Comments of Leanne Baum re Millennium pipeline
　　　　proposed Compressor Station under CP11-515.

508.　　Filed By: Individual No Affiliation
　　　　Filed Date: 12/6/2011
　　　　Accession No: 20111206-5031
　　　　Description:  Comment of Laurie A Arias under CP11-515.

102

| Record Item No. | Description |
|---|---|

**509.**    Issued By: OFFICE OF ENERGY MARKET REGULATION
Filed Date: 12/7/2011
Accession No: 20111207-3035
Description:  Letter requesting Millennium Pipeline Company, LLC
to file within 5 days the Environmental Information Request to assist
in FERC's analysis of Millennium certificate application under CP11-515.

**510.**    Filed By: Individual No Affiliation
Filed Date: 12/7/2011
Accession No: 20111207-5017
Description:  Report of Carolyn Petschler under CP11-515 Comments
about data request 10 responses.

**511.**    Filed By: Individual No Affiliation
Filed Date: 12/7/2011
Accession No: 20111207-5082
Description:  Michael Mojica Audio and Transcript of a portion of
Nov 30 2011 Minisink Planning Board Meeting with Millennium
under CP11-515.

**512.**    Filed By: US FISH AND WILDLIFE SERVICE
Filed Date: 12/7/2011
Accession No: 20111208-0013
Description:  Correspondence from US Fish and Wildlife Service to
Hatch Mott Macdonald re Millennium Pipeline's Northeast-07 Natural
Gas Pipeline Project under CP11-515.

**513.**    Filed By: Individual No Affiliation
Filed Date: 12/8/2011
Accession No: 20111208-5002
Description:  Comment of John Odland in Docket(s)/Project(s) CP11-515-000 Submission Date: 12/7/2011.

103

| Record Item No. | Description |
|---|---|

514.      Filed By: Individual No Affiliation
Filed Date: 12/8/2011
Accession No: 20111208-5007
Description:  Report / Form of Karen Gartenberg under CP11-515.

515.      Filed By: Individual No Affiliation
Filed Date: 12/8/2011
Accession No: 20111208-5013
Description:  Report of Michael Mojica under CP11-515, Unofficial Northeast (NE)-12 Expansion Project.

516.      Filed By: Individual No Affiliation
Filed Date: 12/8/2011
Accession No: 20111208-5022
Description:  Comment of Christina E. Sirico in Docket(s)/Project(s) CP11-515-000 Submission Date: 12/8/2011.

517.      Filed By: Individual No Affiliation
Filed Date: 12/8/2011
Accession No: 20111208-5039
Description:  Comment of John Odland in Docket(s)/Project(s) CP11-515-000 Submission Date: 12/8/2011.

518.      Filed By: Individual No Affiliation
Filed Date: 12/8/2011
Accession No: 20111208-5043
Description:  Comment of Maria Racz in Docket(s)/Project(s) CP11-515-000 Submission Date: 12/8/2011.

519.      Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 12/8/2011
Accession No: 20111208-5080
Description:  Supplemental Information / Request of Millennium Pipeline Company, L.L.C. under CP11-515.

104

| Record Item No. | Description |
|---|---|

520.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 12/8/2011
        Accession No: 20111208-5094
        Description:  Supplemental Information of Millennium Pipeline
        Company, L.L.C. under CP11-515.

521.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 12/8/2011
        Accession No: 20111208-5095
        Description:  Supplemental Information of Millennium Pipeline
        Company, L.L.C. under CP11-515.

522.    Filed By: Individual No Affiliation
        Filed Date: 12/8/2011
        Accession No: 20111208-5126
        Description:  Comments of Michael Mojica under CP11-515. Wider
        Expansion Projects Exclude FERC Participation.

523.    Filed By: Individual No Affiliation
        Filed Date: 12/9/2011
        Accession No: 20111209-5002
        Description:  Comments of Michael Mojica in Docket(s)/Project(s)
        CP11-515. Submission Date: 12/8/2011.

524.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 12/9/2011
        Accession No: 20111209-5081
        Description:  Corrected Supplemental Information of Millennium
        Pipeline Company, L.L.C. under CP11-515.

105

**Record
Item No.**      **Description**

525.         Filed By: Millennium Pipeline Company, L.L.C.
             Filed Date: 12/9/2011
             Accession No: 20111209-5204
             Description:  Supplemental Information of Millennium Pipeline
             Company, L.L.C. under CP11-515.

526.         Filed By: Millennium Pipeline Company, L.L.C.
             Filed Date: 12/9/2011
             Accession No: 20111209-5205
             Description:  Supplemental Information of Millennium Pipeline
             Company, L.L.C. under CP11-515.

527.         Filed By: Individual No Affiliation
             Filed Date: 12/12/2011
             Accession No: 20111212-5015
             Description:  Report of Michael Mojica under CP11-515, On The
             Feasibility of the Alternate Plan.

528.         Filed By: Individual No Affiliation
             Filed Date: 12/12/2011
             Accession No: 20111212-5016
             Description:  Report of Michael Mojica under CP11-515, The Pros
             and Cons of Neversink Segment Replacement.

529.         Filed By: Millennium Pipeline Company, L.L.C.
             Filed Date: 12/12/2011
             Accession No: 20111212-5096
             Description:  Supplemental Information of Millennium Pipeline
             Company, L.L.C. under CP11-515.

106

| Record Item No. | Description |
|---|---|

530.    Filed By: Individual No Affiliation
        Filed Date: 12/12/2011
        Accession No: 20111212-5106
        Description:  Comment of Jill Lindner under CP11-515.

531.    Filed By: Individual No Affiliation
        Filed Date: 12/13/2011
        Accession No: 20111213-5063
        Description:  Comment of Gerard Cook in Docket(s)/Project(s) CP11-515-000 Submission Date: 12/13/2011.

532.    Filed By: Individual No Affiliation
        Filed Date: 12/13/2011
        Accession No: 20111213-5152
        Description:  Pamilla Malik submits letter from NY SHPO reversing their approval of the Minisink Compressor Project under CP11-515.

533.    Filed By: INDIVIDUAL
        Filed Date: 12/14/2011
        Accession No: 20111214-0015
        Description:  Comments of Janice O'Keeffe re the Natural Gas Compressor Station the Millennium plans to build etc under CP11-515.

534.    Filed By: INDIVIDUAL
        Filed Date: 12/14/2011
        Accession No: 20111214-0016
        Description:  Comments of Individual re Millennium Pipeline's Northeast-07 Natural Gas Pipeline Project under CP11-515.

107

| Record Item No. | Description |
| --- | --- |

535.    Filed By: Individual No Affiliation
Filed Date: 12/14/2011
Accession No: 20111214-5006
Description:  Comment of John Odland re Possible Eagle nests in
CP11-515.

536.    Filed By: Individual No Affiliation
Filed Date: 12/14/2011
Accession No: 20111214-5089
Description:  Report / Form of Michael Mojica under CP11-515-000.
Self-serving Responses and Lift and Lay It.

537.    Filed By: Individual No Affiliation
Filed Date: 12/15/2011
Accession No: 20111215-5005
Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
CP11-515-000 Submission Date: 12/14/2011.

538.    Filed By: Individual No Affiliation
Filed Date: 12/15/2011
Accession No: 20111215-5009
Description:  Comment of THOMAS SALAMONE in
Docket(s)/Project(s) CP11-515-000 Submission Date: 12/14/2011.

539.    Filed By: Individual No Affiliation
Filed Date: 12/15/2011
Accession No: 20111215-5021
Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
515-000 Submission Date: 12/14/2011.

540.    Filed By: Individual No Affiliation
Filed Date: 12/15/2011
Accession No: 20111215-5041
Description:  Comment of thomas salamone under CP11-515.

108

| Record Item No. | Description |
|---|---|

541.    Filed By: Individual No Affiliation
        Filed Date: 12/15/2011
        Accession No: 20111215-5044
        Description:  Comment of John Odland re American bald eagle in
        CP11-515.

542.    Filed By: Individual No Affiliation
        Filed Date: 12/15/2011
        Accession No: 20111215-5060
        Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 12/15/2011.

543.    Filed By: Individual No Affiliation
        Filed Date: 12/15/2011
        Accession No: 20111215-5153
        Description:  Comment of Janice Okeeffe in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 12/15/2011.

544.    Filed By: Individual No Affiliation
        Filed Date: 12/15/2011
        Accession No: 20111215-5240
        Description:  Michael Mojica Lower Replacement Cost: Use Lift and
        Lay Method under CP11-515.

545.    Filed By: Individual No Affiliation
        Filed Date: 12/16/2011
        Accession No: 20111216-5022
        Description:  Comment of Laurie A Arias under CP11-515.

546.    Filed By: Individual No Affiliation
        Filed Date: 12/16/2011
        Accession No: 20111216-5067
        Description:  Comment of Leanne Baum under CP11-515.

109

**Record
Item No.**        **Description**

547.        Filed By: Individual No Affiliation
            Filed Date: 12/16/2011
            Accession No: 20111216-5087
            Description:  Response of Michael Mojica in re Was Corning Ever
            Viable? under CP11-515.

548.        Filed By: Individual No Affiliation
            Filed Date: 12/19/2011
            Accession No: 20111219-5014
            Description:  Report of Michael Mojica under CP11-515, More
            Expansion: Drip, Drip, Drip.

549.        Filed By: Individual No Affiliation
            Filed Date: 12/19/2011
            Accession No: 20111219-5019
            Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 12/19/2011.

550.        Filed By: Individual No Affiliation
            Filed Date: 12/19/2011
            Accession No: 20111219-5020
            Description:  Report / Form of Karen Gartenberg under CP11-515-
            000.

551.        Filed By: Individual No Affiliation
            Filed Date: 12/19/2011
            Accession No: 20111219-5209
            Description:  Comment of Gerard P Cook under CP11-515-000.

110

| Record Item No. | Description |
|---|---|

**552.**    Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 12/22/2011
Accession No: 20111222-4001
Description:  Letter to parties with property identified as being potentially afftected by the construction of an alternative to Millennium Pipeline Company LLC, Minisink Compressor Project under CP11-515.

**553.**    Filed By: Individual No Affiliation
Filed Date: 12/29/2011
Accession No: 20111229-5004
Description:  Comments of Vincent & Malena Coluccio in Docket(s)/Project(s) CP11-515. Submission Date: 12/28/2011.

**554.**    Filed By: Individual No Affiliation
Filed Date: 12/29/2011
Accession No: 20111229-5165
Description:  Comment of flavia Bacarella in Docket(s)/Project(s) CP11-515-000 Submission Date: 12/29/2011.

**555.**    Filed By: Individual No Affiliation
Filed Date: 1/3/2012
Accession No: 20120103-5001
Description:  Comment of Kevin Okeeffe in Docket(s)/Project(s) CP11-515-000 Submission Date: 1/1/2012.

**556.**    Filed By: Individual No Affiliation
Filed Date: 1/3/2012
Accession No: 20120103-5017
Description:  Comment of Peter Cook ( adjoining property owner )re Wagoner/Neversink Alternative under CP11-515.

111

| **Record** | |
|---|---|
| **Item No.** | **Description** |

557.    Filed By: INDIVIDUAL
Filed Date: 1/3/2012
Accession No: 20120104-0008
Description:  Comments of Shawn Bennett et al re the natural gas
compressor station under CP11-515.

558.    Filed By: Southwestern Energy Services Company
Filed Date: 1/4/2012
Accession No: 20120104-5024
Description:  Comments in Support of Minisink Compressor Project
and Request for Prompt Action of Southwestern Energy Services
Company under CP11-515.

559.    Filed By: Southwestern Energy Services Company
Filed Date: 1/4/2012
Accession No: 20120104-5025
Description:  Comments in Support of Minisink Compressor Project
and Request for Prompt Action of Southwestern Energy Services
Company under CP11-515.

560.    Filed By: Individual No Affiliation
Filed Date: 1/4/2012
Accession No: 20120104-5123
Description:  Report of Michael Mojica under CP11-515, Response to
Southwestern Energy Services Company (with audio file).

561.    Filed By: Individual No Affiliation
Filed Date: 1/5/2012
Accession No: 20120105-5047
Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
CP11-515-000 Submission Date: 1/5/2012.

112

| **Record Item No.** | **Description** |
| --- | --- |

562.    Filed By: WPX Energy Marketing, LLC
        Filed Date: 1/5/2012
        Accession No: 20120105-5083
        Description:  Comments of WPX Energy Marketing, LLC under
        CP11-515.

563.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 1/5/2012
        Accession No: 20120105-5128
        Description:  Supplemental Information of Millennium Pipeline
        Company, L.L.C. Regarding Minisink Compressor Project under
        CP11-515.

564.    Filed By: Individual No Affiliation
        Filed Date: 1/6/2012
        Accession No: 20120106-5047
        Description:  Comment of Robert Baum in Docket(s)/Project(s) CP11-
        515-000 Submission Date: 1/6/2012.

565.    Filed By: Individual No Affiliation
        Filed Date: 1/6/2012
        Accession No: 20120106-5049
        Description:  Comment of antonio in Docket(s)/Project(s) CP11-515-
        000 Submission Date: 1/6/2012.

566.    Filed By: Individual No Affiliation
        Filed Date: 1/6/2012
        Accession No: 20120106-5097
        Description:  Report of Carolyn Petschler under CP11-515 E-
        comment.

113

| **Record Item No.** | **Description** |
| --- | --- |

567.       Filed By: Millennium Pipeline Company, L.L.C.
           Filed Date: 1/6/2012
           Accession No: 20120106-5201
           Description:  Comments Of Millennium Pipeline Company, L.L.C.
           And Motion For Prompt Issuance Of Environmental Assessment And
           Certificate Order under CP11-515.

568.       Filed By: Individual No Affiliation
           Filed Date: 1/9/2012
           Accession No: 20120109-5005
           Description:  Comments of Danny Stafford in Docket(s)/Project(s)
           CP11-515. Submission Date: 1/7/2012.

569.       Filed By: Individual No Affiliation
           Filed Date: 1/9/2012
           Accession No: 20120109-5006
           Description:  Comments of Mabelle Seawright in Docket(s)/Project(s)
           CP11-515. Submission Date: 1/8/2012.

570.       Filed By: Individual No Affiliation
           Filed Date: 1/9/2012
           Accession No: 20120109-5008
           Description:  Comments of James Seawright in Docket(s)/Project(s)
           CP11-515. Submission Date: 1/8/2012.

571.       Filed By: Individual No Affiliation
           Filed Date: 1/9/2012
           Accession No: 20120109-5059
           Description:  Report / Form of Laurie A Arias and Carolyn Petschler
           under CP11-515.

114

| Record Item No. | Description |
|---|---|

572.     Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 1/9/2012
Accession No: 20120109-5100
Description: Supplemental Information of Millennium Pipeline Company, L.L.C. under CP11-515.

573.     Filed By: INDIVIDUAL
Filed Date: 1/10/2012
Accession No: 20120110-0024
Description: Comments of Patrick Oles re the Millenium Pipeline Company Natural Gas Compressor Station proposed for Jacobs Road in the Town of Minisink Orange County, NY under CP11-515.

574.     Filed By: Individual No Affiliation
Filed Date: 1/11/2012
Accession No: 20120111-5000
Description: Comments of Keith Stewart in Docket(s)/Project(s) CP11-515. Submission Date: 1/10/2012.

575.     Filed By: Individual No Affiliation
Filed Date: 1/12/2012
Accession No: 20120112-5001
Description: Comments of Deborah Lain in Docket(s)/Project(s) CP11-515. Submission Date: 1/11/2012.

576.     Filed By: Individual No Affiliation
Filed Date: 1/13/2012
Accession No: 20120113-5160
Description: Comments Of Michael Mojica And Answer In Opposition To Motion For Prompt Issuance Of Environmental Assessment And Certificate Order Under CP11-515.

115

| Record Item No. | Description |
|---|---|

577.  Filed By: Individual No Affiliation
Filed Date: 1/13/2012
Accession No: 20120113-5290
Description:  Comment of Carolyn Petschler and Laurie A Arias
under CP11-515.

578.  Filed By: New York State Office of Parks, Recreation and Historic
Pres
Filed Date: 1/17/2012
Accession No: 20120117-0022
Description:  New York State Office of Parks, Recreation and Historic
Preservation submits comments re the Minisink Compressor Station
and Wagoner/Neversink Alt - Millennium Pipeline under CP11-515.

579.  Filed By: Individual No Affiliation
Filed Date: 1/17/2012
Accession No: 20120117-5003
Description:  Comments of Nicholas J Russo in Docket(s)/Project(s)
CP11-515. Submission Date: 1/14/2012.

580.  Filed By: Individual No Affiliation
Filed Date: 1/17/2012
Accession No: 20120117-5161
Description:  Report of Michael Mojica under CP11-515, How Far
Can Project Segmentation Go?

581.  Filed By: NYS Department of Agriculture and Markets
Filed Date: 1/18/2012
Accession No: 20120118-5031
Description:  Comment of NYS Department of Agriculture and
Markets under CP11-515.

116

**Record
Item No.**        **Description**

582.        Filed By: Individual No Affiliation
            Filed Date: 1/18/2012
            Accession No: 20120118-5081
            Description:  Opposition of Karen Gartenberg under CP11-515.

583.        Filed By: Individual No Affiliation
            Filed Date: 1/18/2012
            Accession No: 20120118-5088
            Description:  Comments of Michael Mojica on NYS Route 209
            Bridge Replacement On Neversink under CP11-515.

584.        Filed By: Individual No Affiliation
            Filed Date: 1/19/2012
            Accession No: 20120119-5052
            Description:  Comment of jared albert in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 1/19/2012.

585.        Filed By: Individual No Affiliation
            Filed Date: 1/19/2012
            Accession No: 20120119-5109
            Description:  Comment of Marcy Brown in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 1/19/2012.

586.        Filed By: Individual No Affiliation
            Filed Date: 1/20/2012
            Accession No: 20120120-5041
            Description:  Comment of Town of Deerpark in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 1/20/2012.

587.        Filed By: Individual No Affiliation
            Filed Date: 1/20/2012
            Accession No: 20120120-5045
            Description:  Comment of Maureen Halahan in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 1/20/2012.

117

**Record
Item No.**     **Description**

588.    Filed By: Individual No Affiliation
        Filed Date: 1/20/2012
        Accession No: 20120120-5073
        Description:  Michael Mojica Town of Deerpark Resolution Was
        Anticipated under CP11-515.

589.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 1/20/2012
        Accession No: 20120120-5189
        Description:  Supplemental Information of Millennium Pipeline
        Company, L.L.C. under CP11-515.

590.    Filed By: Hudson Valley Building and Construction Trades Council
        Filed Date: 1/20/2012
        Accession No: 20120120-5230
        Description:  Comments of Hudson Valley Building and Construction
        Trades Council under CP11-515.

591.    Filed By: Individual No Affiliation
        Filed Date: 1/23/2012
        Accession No: 20120123-5011
        Description:  Comments of Nicholas J Russo in Docket(s)/Project(s)
        CP11-515. Submission Date: 1/21/2012.

592.    Filed By: Individual No Affiliation
        Filed Date: 1/23/2012
        Accession No: 20120123-5012
        Description:  Comments of Marcy Brown in Docket(s)/Project(s)
        CP11-515. Submission Date: 1/21/2012.

118

| Record Item No. | Description |
|---|---|

**593.**    Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5013
Description:  Comments of Janice O'Keeffe in Docket(s)/Project(s)
CP11-515. Submission Date: 1/21/2012.

**594.**    Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5014
Description:  Comments of Christina Forino in Docket(s)/Project(s)
CP11-515. Submission Date: 1/22/2012.

**595.**    Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5016
Description:  Comments of Janet Stonick in Docket(s)/Project(s)
CP11-515. Submission Date: 1/23/2012.

**596.**    Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5022
Description:  Comment of Asha A Canalos under CP11-515-000 in
Support of the Neversink Alternative.

**597.**    Filed By: MMGS Inc.
Filed Date: 1/23/2012
Accession No: 20120123-5023
Description:  Comment of MMGS Inc. on Proposed Alternative under
Docket No. CP11-515-000.

**598.**    Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5042
Description:  Comments of Karen Gartenberg under CP11-515-000.

119

| **Record Item No.** | **Description** |
|---|---|

599.  Filed By: Laborers' Local 17
Filed Date: 1/23/2012
Accession No: 20120123-5076
Description:  Comment of Laborers' Local 17 under CP11-515.

600.  Filed By: Town of Minisink
Filed Date: 1/23/2012
Accession No: 20120123-5177
Description:  Comment of Town of Minisink under CP11-515.

601.  Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5186
Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
CP11-515-000 Submission Date: 1/23/2012.

602.  Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5189
Description:  Comment of Darren Suarez in Docket(s)/Project(s)
CP11-515-000 Submission Date: 1/23/2012.

603.  Filed By: Advance Testing Company, Inc.
Filed Date: 1/23/2012
Accession No: 20120123-5218
Description:  Comments of Advance Testing Company, Inc. regarding
application of Millennium Pipeline Company, LLC for a certificate of
public convenience and necessity. Docket No. CP11-515-000.

604.  Filed By: Ridgeview Partners LLC
Filed Date: 1/23/2012
Accession No: 20120123-5255
Description:  (doc-less) Motion to Intervene of Ridgeview Partners
LLC under CP11-515-000.

120

| Record Item No. | Description |
|---|---|

605.     Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5277
Description:  Comment of Shawn Cahill in Docket(s)/Project(s)
CP11-515-000 Submission Date: 1/23/2012.

606.     Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5281
Description:  Comment of Carolyn Petschler in Docket(s)/Project(s)
CP11-515-000 Submission Date: 1/23/2012.

607.     Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5283
Description:  Report of John Landrio under CP11-515, Comment on a
filing.

608.     Filed By: Individual No Affiliation
Filed Date: 1/23/2012
Accession No: 20120123-5296
Description:  Report of Michael Mojica under CP11-515, Summary of
Minisink Compressor Station vs Wagoner/Neversink Alternative.

609.     Filed By: TOWN OF MINSINK
Filed Date: 1/23/2012
Accession No: 20120124-0005
Description:  Comments of Town of Minisink re Millennium
Pipeline's Northeast-07 Natural Gas Pipeline Project under CP11-515.

121

| Record Item No. | Description |
|---|---|

**610.**    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5002
Description:  Comment of Nancy Giuga in Docket(s)/Project(s) CP11-515-000 Submission Date: 1/23/2012.

**611.**    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5023
Description:  Comment of Thomas salamone in Docket(s)/Project(s) CP11-515-000 Submission Date: 1/24/2012.

**612.**    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5025
Description:  Comment of Thomas Salamone in Docket(s)/Project(s) CP11-515-000 Submission Date: 1/24/2012.

**613.**    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5029
Description:  Comment of Thomas Salamone in Docket(s)/Project(s) CP11-515-000, CP11-515-000 Submission Date: 1/23/2012.

**614.**    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5030
Description:  Comment of Dolores Lombardo in Docket(s)/Project(s) CP11-515-000, CP11-515-000, CP11-515-000 Submission Date: 1/23/2012.

122

**Record
Item No.**    <u>Description</u>

615.    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5030
Description:  Comment of Dolores Lombardo in Docket(s)/Project(s)
CP11-515-000, CP11-515-000, CP11-515-000 Submission Date:
1/23/2012.

616.    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5030
Description:  Comment of Dolores Lombardo in Docket(s)/Project(s)
CP11-515-000, CP11-515-000, CP11-515-000 Submission Date:
1/23/2012.

617.    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5034
Description:  Comment of Thomas Salamone in Docket(s)/Project(s)
CP11-515-000 Submission Date: 1/23/2012.

618.    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5035
Description:  Comment of Thomas Salamone in Docket(s)/Project(s)
CP11-515-000 Submission Date: 1/23/2012.

619.    Filed By: Individual No Affiliation
Filed Date: 1/24/2012
Accession No: 20120124-5129
Description:  Comment of Laurie A Arias under CP11-515-000
regarding Millennium's Jan 20, 2012 supplemental information.
Specifically, their assertions of 42 acres of tree clearing for the
Alternative.

123

| **Record Item No.** | **Description** |
|---|---|

620.     Filed By: Individual No Affiliation
         Filed Date: 1/24/2012
         Accession No: 20120124-5140
         Description: Laurie A. Arias comments regarding filed by local
         unions and trade organizations under CP11-515.

621.     Filed By: Individual No Affiliation
         Filed Date: 1/25/2012
         Accession No: 20120125-5000
         Description: Comments of Thomas salamone in Docket(s)/Project(s)
         CP11-515. Submission Date: 1/24/2012.

622.     Filed By: Individual No Affiliation
         Filed Date: 1/25/2012
         Accession No: 20120125-5001
         Description: Comment of Michael Sirico in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 1/24/2012.

623.     Filed By: Individual No Affiliation
         Filed Date: 1/25/2012
         Accession No: 20120125-5002
         Description: Comment of Danny Stafford in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 1/24/2012.

624.     Filed By: Individual No Affiliation
         Filed Date: 1/25/2012
         Accession No: 20120125-5046
         Description: Comment of Desmond Ryan in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 1/25/2012.

124

**Record
Item No.**        **Description**

625.        Filed By: Individual No Affiliation
            Filed Date: 1/25/2012
            Accession No: 20120125-5079
            Description:  Comment of Roc in Docket(s)/Project(s) CP11-515-000
            Submission Date: 1/25/2012.

626.        Filed By: Individual No Affiliation
            Filed Date: 1/25/2012
            Accession No: 20120125-5082
            Description:  Comment of Roc in Docket(s)/Project(s) CP11-515-000,
            CP11-515-000 Submission Date: 1/25/2012.

627.        Filed By: Individual No Affiliation
            Filed Date: 1/25/2012
            Accession No: 20120125-5082
            Description:  Comment of Roc in Docket(s)/Project(s) CP11-515-000,
            CP11-515-000 Submission Date: 1/25/2012.

628.        Filed By: Individual No Affiliation
            Filed Date: 1/25/2012
            Accession No: 20120125-5110
            Description:  Comment of Peter Cook under CP11-515.

629.        Filed By: Individual No Affiliation
            Filed Date: 1/25/2012
            Accession No: 20120125-5140
            Description:  Comment of Deborah Lain in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 1/25/2012.

630.        Filed By: Individual No Affiliation
            Filed Date: 1/25/2012
            Accession No: 20120125-5215
            Description:  Comment of Deborah Lain in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 1/25/2012.

125

| **Record** | |
| :-- | :-- |
| **Item No.** | **Description** |

631.     Issued By: OFFICE OF ENERGY MARKET REGULATION
         Filed Date: 1/26/2012
         Accession No: 20120126-3033
         Description:  Notice of schedule for environmental review of the
         Millennium Pipeline Company, LLC's Minisink Compressor Project
         under CP11-515.

632.     Filed By: Individual No Affiliation
         Filed Date: 1/26/2012
         Accession No: 20120126-5022
         Description:  Comments of Pamilla Malik re the Cadillac Compressor
         Station under CP11-515.

633.     Filed By: Individual No Affiliation
         Filed Date: 1/26/2012
         Accession No: 20120126-5031
         Description:  motion to in opposition to millenium's request for an
         expidited review motion to reject milleniums application on the
         grounds of illegal segmentation in CP11-515.

634.     Filed By: Individual No Affiliation
         Filed Date: 2/2/2012
         Accession No: 20120202-5081
         Description:  Comment of Orange County AFPB in
         Docket(s)/Project(s) CP11-515-000 Submission Date: 2/2/2012.

635.     Filed By: Individual No Affiliation
         Filed Date: 2/6/2012
         Accession No: 20120206-5003
         Description:  Comments of Frank and Elizabeth DiMarco in
         Docket(s)/Project(s) CP11-515. Submission Date: 2/4/2012.

126

| **Record Item No.** | **Description** |
|---|---|

636.  Filed By: Individual No Affiliation
Filed Date: 2/6/2012
Accession No: 20120206-5054
Description:  Report of Michael Mojica under CP11-515, What Is The Proper Role of The Commission.

637.  Filed By: Individual No Affiliation
Filed Date: 2/6/2012
Accession No: 20120206-5055
Description:  Report of Michael Mojica under CP11-515, On-going Low-frequency Problems.

638.  Filed By: Individual No Affiliation
Filed Date: 2/6/2012
Accession No: 20120206-5122
Description:  Comments of Michael Mojica/Millennium Agrees, under CP11-515.

639.  Filed By: New York Public Service Commission
Filed Date: 2/7/2012
Accession No: 20120207-5019
Description:  Informational Filing of New York Public Service Commission under CP11-515.

640.  Filed By: Individual No Affiliation
Filed Date: 2/7/2012
Accession No: 20120207-5020
Description:  Report of Michael Mojica under CP11-515, Can You See Clifford?

127

| Record Item No. | Description |
| --- | --- |

**641.**   Filed By: Individual No Affiliation
Filed Date: 2/8/2012
Accession No: 20120208-5106
Description:  Comment of Thomas Salamone in Docket(s)/Project(s)
CP11-515-000 Submission Date: 2/8/2012.

**642.**   Filed By: Individual No Affiliation
Filed Date: 2/10/2012
Accession No: 20120210-5015
Description:  Comments of Karen Gartenberg in re Who protects the
children under CP11-515.

**643.**   Filed By: Individual No Affiliation
Filed Date: 2/10/2012
Accession No: 20120210-5026
Description:  Michael Mojica Recommending The Adoption Of An
Alternative under CP11-515.

**644.**   Filed By: Individual No Affiliation
Filed Date: 2/13/2012
Accession No: 20120213-5027
Description:  Comments of Thomas Salamone under CP11-515.

**645.**   Filed By: Individual No Affiliation
Filed Date: 2/14/2012
Accession No: 20120214-5076
Description:  Comment of Rob and Leanne Baum under CP11-515.

**646.**   Filed By: Individual No Affiliation
Filed Date: 2/16/2012
Accession No: 20120216-5076
Description:  Comment of jared albert in Docket(s)/Project(s) CP11-
515-000 Submission Date: 2/16/2012.

128

| Record Item No. | Description |
|---|---|

**Record**
**Item No.**     **Description**

647.       Filed By: Individual No Affiliation
           Filed Date: 2/16/2012
           Accession No: 20120216-5111
           Description:  Report / Form of John P Odland under CP11-515-000.
           Four Endangered Species Myth.

648.       Filed By: Individual No Affiliation
           Filed Date: 2/21/2012
           Accession No: 20120221-5080
           Description:  Comment of Dean Ford under CP11-515.

649.       Filed By: Individual No Affiliation
           Filed Date: 2/21/2012
           Accession No: 20120221-5237
           Description:  Comment of Rob and Leanne Baum under CP11-515.

650.       Filed By: ORANGE COUNTY AGRICULTURAL AND
           FARMLAND PROTECTION BOARD
           Filed Date: 2/22/2012
           Accession No: 20120222-0037
           Description:  Comments of Orange County Agricultural and Farmland
           Protection Board regarding the Minisink Compressor Station project
           proposed in the Town of Minisink in New York under CP11-515.

651.       Filed By: Individual No Affiliation
           Filed Date: 2/22/2012
           Accession No: 20120222-5002
           Description:  Comments of Nicholas J Russo in Docket(s)/Project(s)
           CP11-515. Submission Date: 2/21/2012.

129

| Record<br>Item No. | Description |
| --- | --- |

652.     Filed By: Individual No Affiliation
         Filed Date: 2/27/2012
         Accession No: 20120227-5129
         Description:  Comments of Deborah Lain in Docket(s)/Project(s)
         CP11-515. Submission Date: 2/27/2012.

653.     Issued By: ENERGY PROJECTS, OFFICE OF
         Filed Date: 2/29/2012
         Accession No: 20120229-4003
         Description:  Environmental Assessment for Millennium Pipeline Co,
         LLC's Minisink Compressor Project under CP11-515. (missing
         section F; see 20120229-4005 for complete EA).

654.     Issued By: ENERGY PROJECTS, OFFICE OF
         Filed Date: 2/29/2012
         Accession No: 20120229-4005
         Description:  Environmental Assessment for Millennium Pipeline Co,
         LLC's Minisink Compressor Project under CP11-515.

655.     Issued By: SECRETARY OF THE COMMISSION, FERC
         Filed Date: 3/2/2012
         Accession No: 20120302-3000
         Description:  Notice of availabilty of the environmental assessement
         for the proposed Minisink Compressor Project re Milliennium
         Pipeline Company, LLC under CP11-515.

656.     Filed By: Individual No Affiliation
         Filed Date: 3/5/2012
         Accession No: 20120305-5001
         Description:  Comments of John P. Odland in Docket(s)/Project(s)
         CP11-515. Submission Date: 3/3/2012.

130

| Record Item No. | Description |
|---|---|

**657.**     Filed By: Individual No Affiliation
Filed Date: 3/6/2012
Accession No: 20120306-5008
Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
CP11-515-000 Submission Date: 3/5/2012.

**658.**     Filed By: Individual No Affiliation
Filed Date: 3/6/2012
Accession No: 20120306-5092
Description:  (doc-less) Motion to Intervene of Leanne Baum under
CP11-515.

**659.**     Filed By: Individual No Affiliation
Filed Date: 3/6/2012
Accession No: 20120306-5129
Description:  Comment of thomas salamone in Docket(s)/Project(s)
CP11-515-000 Submission Date: 3/6/2012.

**660.**     Filed By: Individual No Affiliation
Filed Date: 3/6/2012
Accession No: 20120306-5130
Description:  (doc-less) Motion to Intervene of Robert Baum under
CP11-515.

**661.**     Filed By: Individual No Affiliation
Filed Date: 3/6/2012
Accession No: 20120306-5131
Description:  (doc-less) Motion to Intervene of Barbara Liedtke under
CP11-515.

131

**Record
Item No.**          **Description**

662.          Filed By: Individual No Affiliation
              Filed Date: 3/6/2012
              Accession No: 20120306-5137
              Description:  (doc-less) Motion to Intervene of Roc Solo under CP11-
              515.

663.          Filed By: Individual No Affiliation
              Filed Date: 3/6/2012
              Accession No: 20120306-5141
              Description:  (doc-less) Motion to Intervene of thomas salamone
              under CP11-515.

664.          Filed By: Individual No Affiliation
              Filed Date: 3/6/2012
              Accession No: 20120306-5142
              Description:  Comment of Richard J. Koprowski in
              Docket(s)/Project(s) CP11-515-000 Submission Date: 3/6/2012.

665.          Filed By: Individual No Affiliation
              Filed Date: 3/6/2012
              Accession No: 20120306-5153
              Description:  Comment of Christina E. Sirico in Docket(s)/Project(s)
              CP11-515-000 Submission Date: 3/6/2012.

666.          Filed By: Individual No Affiliation
              Filed Date: 3/6/2012
              Accession No: 20120306-5158
              Description:  (doc-less) Motion to Intervene of Shawn Cahill under
              CP11-515.

132

| Record Item No. | Description |
| --- | --- |

667.     Filed By: Individual No Affiliation
         Filed Date: 3/6/2012
         Accession No: 20120306-5189
         Description:  (doc-less) Motion to Intervene of Asha A Canalos under CP11-515.

668.     Filed By: Individual No Affiliation
         Filed Date: 3/6/2012
         Accession No: 20120306-5193
         Description:  (doc-less) Motion to Intervene of Yorke E Flynn under CP11-515.

669.     Issued By: ENERGY PROJECTS, OFFICE OF
         Filed Date: 3/7/2012
         Accession No: 20120307-3000
         Description:  Letter to U.S. Fish and Wildlife Service requesting concurrence regarding Section 7 Consultation for the Minisink Compressor Project under CP11-515.

670.     Filed By: Individual No Affiliation
         Filed Date: 3/7/2012
         Accession No: 20120307-5007
         Description:  Comments of Nicholas J Russo in Docket(s)/Project(s) CP11-515. Submission Date: 3/6/2012.

671.     Filed By: Individual No Affiliation
         Filed Date: 3/7/2012
         Accession No: 20120307-5013
         Description:  (doc-less) Motion to Intervene of Richard J Koprowski under CP11-515.

133

**Record
Item No.**      **Description**

672.        Filed By: Individual No Affiliation
            Filed Date: 3/7/2012
            Accession No: 20120307-5022
            Description:  (doc-less) Motion to Intervene of Ety Salamone under
            CP11-515.

673.        Filed By: Individual No Affiliation
            Filed Date: 3/7/2012
            Accession No: 20120307-5023
            Description:  (doc-less) Motion to Intervene of John P Odland under
            CP11-515.

674.        Filed By: Individual No Affiliation
            Filed Date: 3/7/2012
            Accession No: 20120307-5024
            Description:  (doc-less) Motion to Intervene of Annamarie Odland
            under CP11-515.

675.        Filed By: Individual No Affiliation
            Filed Date: 3/7/2012
            Accession No: 20120307-5025
            Description:  (doc-less) Motion to Intervene of Daniel E Stafford
            under CP11-515.

676.        Filed By: Individual No Affiliation
            Filed Date: 3/7/2012
            Accession No: 20120307-5052
            Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 3/7/2012.

134

| Record Item No. | Description |
|---|---|

677.    Filed By: Individual No Affiliation
        Filed Date: 3/7/2012
        Accession No: 20120307-5061
        Description:  Comment of John Odland in Docket(s)/Project(s) CP11-515-000 Submission Date: 3/7/2012.

678.    Filed By: Individual No Affiliation
        Filed Date: 3/7/2012
        Accession No: 20120307-5082
        Description:  (doc-less) Motion to Intervene of Erica Stafford under CP11-515.

679.    Filed By: Individual No Affiliation
        Filed Date: 3/7/2012
        Accession No: 20120307-5106
        Description:  (doc-less) Motion to Intervene of Carolyn Petschler under CP11-515.

680.    Filed By: Individual No Affiliation
        Filed Date: 3/7/2012
        Accession No: 20120307-5109
        Description:  Comment of Dawn M Manta in Docket(s)/Project(s) CP11-515-000 Submission Date: 3/7/2012.

681.    Filed By: Individual No Affiliation
        Filed Date: 3/7/2012
        Accession No: 20120307-5116
        Description:  (doc-less) Motion to Intervene of Ricardo A Arias under CP11-515.

135

| Record Item No. | Description |
| --- | --- |

**682.**     Filed By: Individual No Affiliation
Filed Date: 3/7/2012
Accession No: 20120307-5135
Description:  Comment of Roc Solo under CP11-515-000. Proof of Air and Environmental damage. FERC MUST deny this application!

**683.**     Filed By: Individual No Affiliation
Filed Date: 3/7/2012
Accession No: 20120307-5138
Description:  Comments of Roc Solo under CP11-515. Proof of Air and Environmental damage.

**684.**     Filed By: Individual No Affiliation
Filed Date: 3/7/2012
Accession No: 20120307-5149
Description:  (doc-less) Motion to Intervene of antonio c pinheiro under CP11-515.

**685.**     Filed By: Individual No Affiliation
Filed Date: 3/8/2012
Accession No: 20120308-5000
Description:  (doc-less) Motion to Intervene of Nicholas J Russo under CP11-515, I wish to protest the Minisink Compressor Station EA.

**686.**     Filed By: Individual No Affiliation
Filed Date: 3/8/2012
Accession No: 20120308-5001
Description:  (doc-less) Motion to Intervene of Suzanne Samse under CP11-515.

136

**Record
Item No.**        **Description**

687.        Filed By: Individual No Affiliation
            Filed Date: 3/8/2012
            Accession No: 20120308-5002
            Description:  (doc-less) Motion to Intervene of JOHN A SALVATO
            under CP11-515.

688.        Filed By: Individual No Affiliation
            Filed Date: 3/8/2012
            Accession No: 20120308-5029
            Description:  (doc-less) Motion to Intervene of Donna Biondollilo
            under CP11-515.

689.        Filed By: Individual No Affiliation
            Filed Date: 3/8/2012
            Accession No: 20120308-5031
            Description:  (doc-less) Motion to Intervene of Elaina Burton under
            CP11-515.

690.        Filed By: Individual No Affiliation
            Filed Date: 3/8/2012
            Accession No: 20120308-5037
            Description:  (doc-less) Motion to Intervene of Vincent Biondollilo
            under CP11-515.

691.        Filed By: Individual No Affiliation
            Filed Date: 3/8/2012
            Accession No: 20120308-5038
            Description:  (doc-less) Motion to Intervene of Leanora Fallon under
            CP11-515.

692.        Filed By: Individual No Affiliation
            Filed Date: 3/8/2012
            Accession No: 20120308-5043
            Description:  Comments of Roc Solo under CP11-515.

137

| Record Item No. | Description |
|---|---|

693.    Filed By: Individual No Affiliation
        Filed Date: 3/8/2012
        Accession No: 20120308-5057
        Description:  (doc-less) Motion to Intervene of Brian Pattay under
        CP11-515.

694.    Filed By: Individual No Affiliation
        Filed Date: 3/8/2012
        Accession No: 20120308-5066
        Description:  (doc-less) Motion to Intervene of Michele Stoveken
        under CP11-515.

695.    Filed By: Individual No Affiliation
        Filed Date: 3/8/2012
        Accession No: 20120308-5072
        Description:  Comment of thomas salamone in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 3/8/2012.

696.    Filed By: Individual No Affiliation
        Filed Date: 3/8/2012
        Accession No: 20120308-5079
        Description:  Comment of Roc Solo under CP11-515 Millennium
        cannot build on Jacobs Road.

697.    Filed By: Individual No Affiliation
        Filed Date: 3/8/2012
        Accession No: 20120308-5084
        Description:  (doc-less) Motion to Intervene of Amy J Koprowski
        under CP11-515.

138

**Record
Item No.**          **Description**

698.          Filed By: Individual No Affiliation
              Filed Date: 3/8/2012
              Accession No: 20120308-5092
              Description:  (doc-less) Motion to Intervene of Michael J
              Razukiewicz under CP11-515.

699.          Filed By: Individual No Affiliation
              Filed Date: 3/8/2012
              Accession No: 20120308-5135
              Description:  (doc-less) Motion to Intervene of Maria Racz under
              CP11-515.

700.          Filed By: Individual No Affiliation
              Filed Date: 3/9/2012
              Accession No: 20120309-5006
              Description:  Comments of Yin Cahill in Docket(s)/Project(s) CP11-
              515. Submission Date: 3/8/2012.

701.          Filed By: Individual No Affiliation
              Filed Date: 3/9/2012
              Accession No: 20120309-5007
              Description:  (doc-less) Motion to Intervene of Emily L Donleavy
              under CP11-515.

702.          Filed By: Individual No Affiliation
              Filed Date: 3/9/2012
              Accession No: 20120309-5008
              Description:  (doc-less) Motion to Intervene of James Beck under
              CP11-515.

139

**Record
Item No.**      **Description**

703.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5009
            Description:  (doc-less) Motion to Intervene of Yin Cahill under
            CP11-515.

704.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5010
            Description:  (doc-less) Motion to Intervene of Gail T Grove under
            CP11-515.

705.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5012
            Description:  (doc-less) Motion to Intervene of Nicholas J Giordano
            under CP11-515.

706.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5013
            Description:  (doc-less) Motion to Intervene of Frank L DiMarco
            under CP11-515.

707.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5014
            Description:  (doc-less) Motion to Intervene of David Varian, JR
            under CP11-515.

140

**Record
Item No.**        **Description**

708.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5024
            Description:  (doc-less) Motion to Intervene of Melanie Candra under
            CP11-515.

709.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5031
            Description:  (doc-less) Motion to Intervene of Lisa Alliegro under
            CP11-515.

710.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5035
            Description:  (doc-less) Motion to Intervene of Jenice Cuccovia under
            CP11-515. `

711.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5039
            Description:  (doc-less) Motion to Intervene of Peter J Cuccovia under
            CP11-515.

712.        Filed By: Individual No Affiliation
            Filed Date: 3/9/2012
            Accession No: 20120309-5052
            Description:  (doc-less) Motion to Intervene of jared albert under
            CP11-515.

141

**Record**
**Item No.**    **Description**

713.    Filed By: Individual No Affiliation
Filed Date: 3/9/2012
Accession No: 20120309-5068
Description:  Comment of Stephen M Denman in Docket(s)/Project(s)
CP11-515-000 Submission Date: 3/9/2012

714.    Filed By: Individual No Affiliation
Filed Date: 3/9/2012
Accession No: 20120309-5069
Description:  (doc-less) Motion to Intervene of George Racz under
CP11-515.

715.    Filed By: Individual No Affiliation
Filed Date: 3/9/2012
Accession No: 20120309-5087
Description:  Comment of Carolyn Petschler in Docket(s)/Project(s)
CP11-515-000 Submission Date: 3/9/2012

716.    Filed By: Individual No Affiliation
Filed Date: 3/9/2012
Accession No: 20120309-5106
Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
515-000 Submission Date: 3/9/2012

717.    Filed By: Individual No Affiliation
Filed Date: 3/9/2012
Accession No: 20120309-5116
Description:  Comment of John Odland in Docket(s)/Project(s) CP11-
515-000 Submission Date: 3/9/2012

142

**Record**
**Item No.**      **Description**

718.       Filed By: Individual No Affiliation
           Filed Date: 3/9/2012
           Accession No: 20120309-5117
           Description:  Comment of Rob Baum in Docket(s)/Project(s) CP11-
           515-000 Submission Date: 3/9/2012

719.       Filed By: Individual No Affiliation
           Filed Date: 3/9/2012
           Accession No: 20120309-5126
           Description:  Comment of Elias Marvinney in Docket(s)/Project(s)
           CP11-515-000 Submission Date: 3/9/2012

720.       Filed By: Individual No Affiliation
           Filed Date: 3/9/2012
           Accession No: 20120309-5169
           Description:  Comments of Michael Mojica in Response to EA: One
           More Time FERC Sandbags Residents under CP11-515.

721.       Filed By: INDIVIDUAL
           Filed Date: 3/12/2012
           Accession No: 20120312-0027
           Description:  Comments of Diana Lakes re the Minisink Compressor
           Project under CP11-515.

722.       Filed By: Individual No Affiliation
           Filed Date: 3/12/2012
           Accession No: 20120312-5000
           Description:  Comments of Laina Mason in CP11-515.

723.       Filed By: Individual No Affiliation
           Filed Date: 3/12/2012
           Accession No: 20120312-5001
           Description:  Commentsof Deborah Lain in Docket(s)/Project(s)
           CP11-515. Submission Date: 3/9/2012.

143

| Record Item No. | Description |
| --- | --- |

724.  Filed By: Individual No Affiliation
      Filed Date: 3/12/2012
      Accession No: 20120312-5003
      Description: Comments of Larry V. Snider in Docket(s)/Project(s)
      CP11-515. Submission Date: 3/9/2012.

725.  Filed By: Individual No Affiliation
      Filed Date: 3/12/2012
      Accession No: 20120312-5004
      Description: Comments of Daniel Stafford in Docket(s)/Project(s)
      CP11-515. Submission Date: 3/9/2012.

726.  Filed By: Individual No Affiliation
      Filed Date: 3/12/2012
      Accession No: 20120312-5005
      Description: Comments of Danny Stafford in Docket(s)/Project(s)
      CP11-515. Submission Date: 3/9/2012.

727.  Filed By: Individual No Affiliation
      Filed Date: 3/12/2012
      Accession No: 20120312-5011
      Description: (doc-less) Motion to Intervene of Deborah Lain under
      CP11-515.

728.  Filed By: Individual No Affiliation
      Filed Date: 3/12/2012
      Accession No: 20120312-5012
      Description: (doc-less) Motion to Intervene of Janice Okeeffe under
      CP11-515.

144

**Record
Item No.**  **Description**

729.        Filed By: Individual No Affiliation
            Filed Date: 3/12/2012
            Accession No: 20120312-5013
            Description:  (doc-less) Motion to Intervene of Kevin Okeeffe under
            CP11-515.

730.        Filed By: Individual No Affiliation
            Filed Date: 3/12/2012
            Accession No: 20120312-5017
            Description:  (doc-less) Motion to Intervene of John j huldie under
            CP11-515.

731.        Filed By: Individual No Affiliation
            Filed Date: 3/12/2012
            Accession No: 20120312-5018
            Description:  (doc-less) Motion to Intervene of Cara C McGinnis
            under CP11-515.

732.        Filed By: Individual No Affiliation
            Filed Date: 3/12/2012
            Accession No: 20120312-5072
            Description:  Comment of Deborah Lain in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 3/12/2012

733.        Filed By: Individual No Affiliation
            Filed Date: 3/12/2012
            Accession No: 20120312-5076
            Description:  Comment of Thomas Salamone under CP11-515.

734.        Filed By: Individual No Affiliation
            Filed Date: 3/12/2012
            Accession No: 20120312-5103
            Description:  (doc-less) Motion to Intervene of Laura M Putnam under
            CP11-515.

145

**Record
Item No.**     **Description**

735.        Filed By: Individual No Affiliation
            Filed Date: 3/13/2012
            Accession No: 20120313-5013
            Description:  (doc-less) Motion to Intervene of Joseph R McGinnis
            under CP11-515.

736.        Filed By: Individual No Affiliation
            Filed Date: 3/14/2012
            Accession No: 20120314-5003
            Description:  (doc-less) Motion to Intervene of Denise M Davis under
            CP11-515.

737.        Filed By: Individual No Affiliation
            Filed Date: 3/14/2012
            Accession No: 20120314-5013
            Description:  Comment of John P. Odland in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 3/14/2012.

738.        Filed By: Individual No Affiliation
            Filed Date: 3/14/2012
            Accession No: 20120314-5017
            Description:  A Botched EA Protest of John P Odland under CP11-
            515.

739.        Filed By: Individual No Affiliation
            Filed Date: 3/14/2012
            Accession No: 20120314-5044
            Description:  Protest of John P Odland. Request for comment period
            extension under CP11-515.

740.        Filed By: Individual No Affiliation
            Filed Date: 3/14/2012
            Accession No: 20120314-5052
            Description:  Comment of Asha A Canalos under CP11-515.

146

| Record Item No. | Description |
| --- | --- |

741.  Filed By: Individual No Affiliation
Filed Date: 3/15/2012
Accession No: 20120315-5000
Description:  (doc-less) Motion to Intervene of Vincent Coluccio
under CP11-515.

742.  Filed By: Individual No Affiliation
Filed Date: 3/15/2012
Accession No: 20120315-5003
Description:  (doc-less) Motion to Intervene of Marie Coluccio under
CP11-515.

743.  Filed By: Individual No Affiliation
Filed Date: 3/15/2012
Accession No: 20120315-5011
Description:  Motion to Intervene of Karen S. Gartenberg under
CP11-515.

744.  Filed By: Individual No Affiliation
Filed Date: 3/15/2012
Accession No: 20120315-5039
Description:  Comment of Robin Freund in Docket(s)/Project(s)
CP11-515-000 Submission Date: 3/15/2012.

745.  Filed By: MMGS Inc.
Filed Date: 3/16/2012
Accession No: 20120316-5033
Description:  Notice of Substitution of Counsel for MMGS Inc. under
Docket No. CP11-515.

| Record Item No. | Description |
| --- | --- |

746.    Filed By: Individual No Affiliation
Filed Date: 3/19/2012
Accession No: 20120319-5003
Description:  Comments of Jennifer Weber in Docket(s)/Project(s)
CP11-515. Submission Date: 3/16/2012.

747.    Filed By: Individual No Affiliation
Filed Date: 3/19/2012
Accession No: 20120319-5004
Description:  Comments of Thomas Lieber in Docket(s)/Project(s)
CP11-515. Submission Date: 3/17/2012.

748.    Filed By: Individual No Affiliation
Filed Date: 3/19/2012
Accession No: 20120319-5005
Description:  (doc-less) Motion to Intervene of Salavatore Salamone
under CP11-515, As affected land owner.

749.    Filed By: Individual No Affiliation
Filed Date: 3/19/2012
Accession No: 20120319-5006
Description:  (doc-less) Motion to Intervene of Thomas G Lieber
under CP11-515.

750.    Filed By: Individual No Affiliation
Filed Date: 3/19/2012
Accession No: 20120319-5007
Description:  (doc-less) Motion to Intervene of Madeline Power under
CP11-515.

148

| **Record Item No.** | **Description** |
|---|---|

751.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5013
        Description:  (doc-less) Motion to Intervene of Jeff Chiocchi under
        CP11-515.

752.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5029
        Description:  Protest--Requesting an extension of time for 30 day
        comment period in CP11-515.

753.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5036
        Description:  Protest of Thomas Salamone in re Bald Eagle Evidence
        under CP11-515.

754.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5049
        Description:  Complaint Against Director O'Donnell under CP11-515.

755.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5056
        Description:  Protest of Thomas Salamone under CP11-515.

756.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5059
        Description:  Extension of time to Protest of John P Odland under
        CP11-515.

| Record Item No. | Description |
|---|---|

757.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5064
        Description:  Protest of thomas salamone under CP11-515, Request
        for 30 Day Extension of Time and Comment Period due to FOIA
        request .

758.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5080
        Description:  Manipulation Complaint of Mr. John P. Odland under
        CP11-515.

759.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5172
        Description:  Comment of Roc Solo under CP11-515, Request for 30
        Day Extension of Time and Comment Period due to FOIA request .

760.    Filed By: Individual No Affiliation
        Filed Date: 3/19/2012
        Accession No: 20120319-5179
        Description:  Comment of Roc Solo under CP11-515-000. Request for
        30 Day Extension of Time and Comment Period due to actions of
        Director O'Donnell under CP11-515.

761.    Filed By: Individual No Affiliation
        Filed Date: 3/20/2012
        Accession No: 20120320-5004
        Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
        CP11-515-000 Submission Date: 3/19/2012.

150

| Record Item No. | Description |
|---|---|

762.  Filed By: Individual No Affiliation
Filed Date: 3/20/2012
Accession No: 20120320-5005
Description:  Comment of Nicholas J Russo in Docket(s)/Project(s) CP11-515-000, CP11-515-000 Submission Date: 3/19/2012.

763.  Filed By: Individual No Affiliation
Filed Date: 3/20/2012
Accession No: 20120320-5005
Description:  Comment of Nicholas J Russo in Docket(s)/Project(s) CP11-515-000, CP11-515-000 Submission Date: 3/19/2012.

764.  Filed By: Individual No Affiliation
Filed Date: 3/20/2012
Accession No: 20120320-5010
Description:  (doc-less) Motion to Intervene of Eric M Petschler under CP11-515.

765.  Filed By: Individual No Affiliation
Filed Date: 3/21/2012
Accession No: 20120321-5015
Description:  Protest of John Odland in CP11-515. REMEMBERING PETER L. FREUND 9-11-01.

766.  Filed By: Individual No Affiliation
Filed Date: 3/21/2012
Accession No: 20120321-5016
Description:  Request for 30 day extension of time in CP11-515.

151

| **Record Item No.** | **Description** |
| --- | --- |

767.     Filed By: Individual No Affiliation
         Filed Date: 3/21/2012
         Accession No: 20120321-5017
         Description:  Protest of thomas salamone under CP11-515, Dear
         Commissioner John Norris in response to Nomination speech
         statements.

768.     Filed By: Individual No Affiliation
         Filed Date: 3/21/2012
         Accession No: 20120321-5068
         Description:  Comment of Deborah Lain in Docket(s)/Project(s)
         CP11-515-000 Submission Date: 3/21/2012.

769.     Filed By: Individual No Affiliation
         Filed Date: 3/21/2012
         Accession No: 20120321-5070
         Description:  Protest of Karen Gartenberg under CP11-515.

770.     Issued By: SECRETARY OF THE COMMISSION, FERC
         Filed Date: 3/22/2012
         Accession No: 20120322-3038
         Description:  Notice of extenison of time re Millennium Pipeline
         Company, LLC under CP11-515.

771.     Filed By: Individual No Affiliation
         Filed Date: 3/22/2012
         Accession No: 20120322-5004
         Description:  Extension of time to Comment in CP11-515.

772.     Filed By: Individual No Affiliation
         Filed Date: 3/22/2012
         Accession No: 20120322-5005
         Description:  Perjury investigation request in CP11-515.

152

| **Record Item No.** | **Description** |
|---|---|

773.    Filed By: Individual No Affiliation
        Filed Date: 3/22/2012
        Accession No: 20120322-5022
        Description:  (doc-less) Motion to Intervene of Ernest F Stonick under
        CP11-515.

774.    Filed By: Individual No Affiliation
        Filed Date: 3/22/2012
        Accession No: 20120322-5059
        Description:  Comments of Melanie Candra in Docket(s)/Project(s)
        CP11-515. Submission Date: 3/22/2012.

775.    Filed By: Consolidated Edison Company of New York, Inc.
        Filed Date: 3/22/2012
        Accession No: 20120322-5099
        Description:  (doc-less) Out-of-Time Motion to Invervene of
        Consolidated Edison Company of New York, Inc. under CP11-515.

776.    Filed By: Individual No Affiliation
        Filed Date: 3/23/2012
        Accession No: 20120323-5018
        Description:  Response to Con Ed and Perjury investigation request of
        under CP11-515.

777.    Filed By: Individual No Affiliation
        Filed Date: 3/26/2012
        Accession No: 20120326-5065
        Description:  Comments of John P. Odland under CP11-515.

778.    Filed By: Individual No Affiliation
        Filed Date: 3/26/2012
        Accession No: 20120326-5072
        Description:  (doc-less) Motion to Intervene of john c gildea under
        CP11-515.

153

| Record Item No. | Description |
|---|---|

779.    Filed By: Individual No Affiliation
Filed Date: 3/27/2012
Accession No: 20120327-5044
Description:  (doc-less) Motion to Intervene of Paul C Kraengel under CP11-515.

780.    Filed By: Individual No Affiliation
Filed Date: 3/28/2012
Accession No: 20120328-5011
Description:  Protest of Leanne Baum regarding bald eagles under CP11-515.

781.    Filed By: Individual No Affiliation
Filed Date: 3/29/2012
Accession No: 20120329-5202
Description:  Comment of Maria Racz in Docket(s)/Project(s) CP11-515-000 Submission Date: 3/29/2012.

782.    Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5006
Description:  Comment of Nicholas J Russo in Docket(s)/Project(s) CP11-515-000 Submission Date: 3/29/2012.

783.    Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5123
Description:  (doc-less) Motion to Intervene of Stacey L Kroposki under CP11-515.

784.    Filed By: Individual No Affiliation
Filed Date: 3/30/2012
Accession No: 20120330-5451
Description:  Motion of Evelyn Preuss to intervene under CP11-515.

154

| Record Item No. | Description |
|---|---|

**Record
Item No.**     **Description**

785.        Filed By: Individual No Affiliation
            Filed Date: 4/2/2012
            Accession No: 20120402-5017
            Description:  (doc-less) Motion to Intervene of Jordan Davis under
            CP11-515.

786.        Filed By: Individual No Affiliation
            Filed Date: 4/2/2012
            Accession No: 20120402-5155
            Description:  (doc-less) Motion to Intervene of Kristina Albert under
            CP11-515.

787.        Filed By: Individual No Affiliation
            Filed Date: 4/2/2012
            Accession No: 20120402-5186
            Description:  Comment of David Makepeace in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 4/2/2012.

788.        Filed By: Individual No Affiliation
            Filed Date: 4/2/2012
            Accession No: 20120402-5204
            Description:  Protest of Karen Gartenberg under CP11-515.

789.        Filed By: Individual No Affiliation
            Filed Date: 4/2/2012
            Accession No: 20120402-5265
            Description:  Comments of John Odland in re Evidence of Eagles
            under CP11-515.

790.        Filed By: Individual No Affiliation
            Filed Date: 4/3/2012
            Accession No: 20120403-5002
            Description:  Comments of Carolee S. Powers in Docket(s)/Project(s)
            CP11-515. Submission Date: 4/2/2012.

155

| **Record Item No.** | **Description** |
| --- | --- |

791.     Filed By: Individual No Affiliation
         Filed Date: 4/3/2012
         Accession No: 20120403-5018
         Description:  Comment of Asha A Canalos under CP11-515,
         regarding Bald eagle presence in Minisink.

792.     Filed By: Individual No Affiliation
         Filed Date: 4/4/2012
         Accession No: 20120404-5169
         Description:  (doc-less) Motion to Intervene of Michael Keenan under
         CP11-515.

793.     Filed By: Millennium Pipeline Company, L.L.C.
         Filed Date: 4/4/2012
         Accession No: 20120404-5213
         Description:  Comments of Millennium Pipeline Company, L.L.C.
         Regarding Environmental Assessment for the Minisink Compressor
         Project under CP11-515.

794.     Filed By: Individual No Affiliation
         Filed Date: 4/5/2012
         Accession No: 20120405-5024
         Description:  Response to Millennium's Letter/Noise Concern.

795.     Filed By: Individual No Affiliation
         Filed Date: 4/5/2012
         Accession No: 20120405-5101
         Description:  John P. Odland Request for Extension of Time for
         Comment Period under CP11-515.

156

| Record Item No. | Description |
|---|---|

796.    Filed By: Individual No Affiliation
        Filed Date: 4/5/2012
        Accession No: 20120405-5141
        Description:  Thomas Salamone Request for 30day extension, due to
        April 4th 2012 New Air and Noise Submission for EA under CP11-
        515.

797.    Filed By: Individual No Affiliation
        Filed Date: 4/5/2012
        Accession No: 20120405-5180
        Description:  Request of Roc Soto for an Extension of time to file
        comments under CP11-515-000.

798.    Filed By: Individual No Affiliation
        Filed Date: 4/5/2012
        Accession No: 20120405-5194
        Description:  Formal Complaint of Thomas Salamone of activity on
        morning of April 5th 2012 at Westtown Metering Station operated by
        Millennium Pipeline/Columbia Gas in Orange County Westtown New
        York 10998 under CP11-515.

799.    Filed By: Individual No Affiliation
        Filed Date: 4/6/2012
        Accession No: 20120406-5057
        Description:  Comment of Roc Solo in regards to any pre-building
        construction under CP11-515.

800.    Filed By: Individual No Affiliation
        Filed Date: 4/9/2012
        Accession No: 20120409-5006
        Description:  Comments of Ernest F Stonick in Docket(s)/Project(s)
        CP11-515. Submission Date: 4/7/2012.

157

| **Record Item No.** | **Description** |
|---|---|

801.    Filed By: Individual No Affiliation
Filed Date: 4/9/2012
Accession No: 20120409-5061
Description:  Comment of nicholas Russo in Docket(s)/Project(s)
CP11-515-000 Submission Date: 4/9/2012.

802.    Filed By: Individual No Affiliation
Filed Date: 4/9/2012
Accession No: 20120409-5072
Description:  Comment of Roc Solo regarding corruption under CP11-515.

803.    Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 4/9/2012
Accession No: 20120409-5078
Description:  Answer of Millennium Pipeline Company, L.L.C.
Opposing Requests For Extension of EA Comment Period under
CP11-515.

804.    Filed By: Individual No Affiliation
Filed Date: 4/9/2012
Accession No: 20120409-5089
Description:  Comment of Roc Solo in regards to Millenniums
Manure and request for an extension of time (30) days under CP11-515.

805.    Filed By: Individual No Affiliation
Filed Date: 4/10/2012
Accession No: 20120410-5004
Description:  Comment of Ernest F Stonick in Docket(s)/Project(s)
CP11-515-000 Submission Date: 4/9/2012.

158

| **Record Item No.** | **Description** |
|---|---|

806.  Filed By: Individual No Affiliation
Filed Date: 4/10/2012
Accession No: 20120410-5018
Description:  Eagle/Request for extension of Time in CP11-515.

807.  Filed By: Individual No Affiliation
Filed Date: 4/10/2012
Accession No: 20120410-5019
Description:  FOIA requests still not available. Request 30 day extension in CP11-515.

808.  Filed By: Individual No Affiliation
Filed Date: 4/10/2012
Accession No: 20120410-5022
Description:  Response to Millennium's Opposition Letter to comment period in CP11-515.

809.  Filed By: Individual No Affiliation
Filed Date: 4/10/2012
Accession No: 20120410-5024
Description:  Answer to Pleading/Motion and request for extension of comment period of Robert and Leanne Baum under CP11-515.

810.  Filed By: Individual No Affiliation
Filed Date: 4/10/2012
Accession No: 20120410-5025
Description:  Answer to Pleading/Motion of Thomas Salamone under CP11-515.

811.  Filed By: Individual No Affiliation
Filed Date: 4/11/2012
Accession No: 20120411-5014
Description:  Protest of Robert and Leanne Baum regarding FERC and Millennium's number of residences under CP11-515.

159

| **Record Item No.** | **Description** |
|---|---|

812.    Filed By: Individual No Affiliation
Filed Date: 4/11/2012
Accession No: 20120411-5015
Description:  Comments of John P. Odlund on Extension of Time for
FOIA Request in CP11-515.

813.    Filed By: Individual No Affiliation
Filed Date: 4/11/2012
Accession No: 20120411-5037
Description:  Protest of Robert and Leanne Baum under CP11-515.

814.    Filed By: Individual No Affiliation
Filed Date: 4/11/2012
Accession No: 20120411-5040
Description:  Comment of Deborah Lain in Docket(s)/Project(s)
CP11-515-000 Submission Date: 4/11/2012.

815.    Filed By: Individual No Affiliation
Filed Date: 4/12/2012
Accession No: 20120412-5006
Description:  Protest of Karen Gartenberg re the the draft
Environmental Assessment for the Minisink Compressor Project
under CP11-515.

816.    Filed By: Individual No Affiliation
Filed Date: 4/12/2012
Accession No: 20120412-5053
Description:  Comment of Stacey L Kroposki in Docket(s)/Project(s)
CP11-515-000 Submission Date: 4/12/2012.

160

| **Record Item No.** | **Description** |
|---|---|

817.     Filed By: Orange County Department of Planning
Filed Date: 4/12/2012
Accession No: 20120412-5063
Description:  Motion to Intervene of Orange County Department of Planning under CP11-515. ?(corrects service list to reflect motion to intervene filed Oct. 21, 2011, in 20111031-0046).

818.     Filed By: Individual No Affiliation
Filed Date: 4/13/2012
Accession No: 20120413-5003
Description:  Comments of Charles and Cheryl Mitchell in Docket(s)/Project(s) CP11-515. Submission Date: 4/12/2012.

819.     Filed By: Individual No Affiliation
Filed Date: 4/16/2012
Accession No: 20120416-5016
Description:  Protest of Laurie A Arias/Request for Time Extension in CP11-515.

820.     Filed By: Individual No Affiliation
Filed Date: 4/16/2012
Accession No: 20120416-5017
Description:  Protest of Karen Gartenberg under CP11-515.

821.     Filed By: Individual No Affiliation
Filed Date: 4/16/2012
Accession No: 20120416-5019
Description:  Protest of Karen Gartenberg under CP11-515.

822.     Filed By: Individual No Affiliation
Filed Date: 4/16/2012
Accession No: 20120416-5029
Description:  Counter Response to EA regarding emergencies in CP11-515.

161

**Record
Item No.**          **Description**

823.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5021
              Description:  Comment of Asha Canalos and Deborah Lain under
              CP11-515-000,regarding potential negative impacts on agricultural
              activities by the proposed Minisink Compressor, and the likely
              adverse effects this plan would have on the town's mostly agricultural
              economy.

824.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5034
              Description:  (doc-less) Out-of-Time Motion to Invervene of Shaheen
              Malick under CP11-515.

825.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5113
              Description:  Protest of Karen Gartenberg under CP11-515.

826.          Filed By: Orange County Department of Planning
              Filed Date: 4/16/2012
              Accession No: 20120416-5121
              Description:  Comment of Orange County Department of Planning
              under CP11-515.

827.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5220
              Description:  Comments of Michael Mojica under CP11-515. Weight
              Limit Data Is False!

162

**Record
Item No.**          **Description**

828.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5221
              Description:  Comments of Michael Mojica under CP11-515.
              Response to EA Noise Assessment.

829.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5223
              Description:  Comments of Michael Mojica under CP11-515.
              Incomplete EA Assessment.

830.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5226
              Description:  Comments of Michael Mojica under CP11-515.
              Millennium Hid the Wagoner Alternative from the Commission.

831.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5227
              Description:  Comments of Michael Mojica under CP11-515. EA
              Ignores Key Substantive Issues.

832.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5230
              Description:  EA Contradicts Current FERC Rulings. of Michael
              Mojica under CP11-515.

833.          Filed By: Individual No Affiliation
              Filed Date: 4/16/2012
              Accession No: 20120416-5259
              Description:  Protest of Karen Gartenberg under CP11-515-000.

163

| Record Item No. | Description |
| --- | --- |

**834.**   Filed By: MREPS
Filed Date: 4/16/2012
Accession No: 20120416-5262
Description:  Motion of the Minisink residents for environmental preservation and safety (mreps) for a hearing, oral argument or conference on Millenium's NGA section 7 cert. appl in CP11-515.

**835.**   Filed By: Individual No Affiliation
Filed Date: 4/16/2012
Accession No: 20120416-5264
Description:  Comment of Deborah Lain on Research relevant to effect of pollutants on agriculture in Minisink under CP11-515-000.

**836.**   Filed By: Individual No Affiliation
Filed Date: 4/16/2012
Accession No: 20120416-5272
Description:  NYSDEC Draft Air Permit.

**837.**   Filed By: MREPS
Filed Date: 4/16/2012
Accession No: 20120416-5292
Description:  Motion to Intervene of MREPS, Protest of Application & Comments on Environmental Assessment in CP11-515-000.

**838.**   Filed By: HOUSE OF REPRESENTATIVES
Filed Date: 4/16/2012
Accession No: 20120418-0027
Description:  House of Representatives submits comments deciding whether to issue a Certificate of Public Convenience and Necessity to Millennium Pipeline Company for the construction & operation of a compressor station re Minisink Compressor Project under CP11-515.

164

| Record Item No. | Description |
| --- | --- |

**839.**    Filed By: Individual No Affiliation
Filed Date: 4/17/2012
Accession No: 20120417-5000
Description:  Comments of Roc Solo on Environmental Assessment under CP11-515.

**840.**    Filed By: Individual No Affiliation
Filed Date: 4/17/2012
Accession No: 20120417-5003
Description:  Comments of Shaheen Malick in Docket(s)/Project(s) CP11-515. Submission Date: 4/16/2012.

**841.**    Filed By: Individual No Affiliation
Filed Date: 4/17/2012
Accession No: 20120417-5005
Description:  Protest of Pamilla Malik under CP11-515.

**842.**    Filed By: Individual No Affiliation
Filed Date: 4/17/2012
Accession No: 20120417-5006
Description:  Comments of Evelyn Preuss re Millennium Pipeline LLC's Minisink Compressor Project under CP11-515.

**843.**    Filed By: Individual No Affiliation
Filed Date: 4/17/2012
Accession No: 20120417-5057
Description:  John P. Odland submits comments in re Violation of Rights under CP11-515.

**844.**    Filed By: Individual No Affiliation
Filed Date: 4/17/2012
Accession No: 20120417-5080
Description:  Comment of Dawn Manta in Docket(s)/Project(s) CP11-515-000 Submission Date: 4/17/2012.

165

| Record Item No. | Description |
|---|---|

845.    Filed By: Individual No Affiliation
Filed Date: 4/17/2012
Accession No: 20120417-5192
Description:  Renewed Request of Roc Solo for Extension of Time under CP11-515-000.

846.    Filed By: UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
Filed Date: 4/18/2012
Accession No: 20120418-0014
Description:  United States Environmental Protection Agency discussing the environmental assessment submitted by FERC for the Millennium Pipeline Co under CP11-515.

847.    Filed By: Individual No Affiliation
Filed Date: 4/19/2012
Accession No: 20120419-5129
Description:  (doc-less) Motion to Intervene of Jerry Zimmerman under CP11-515.

848.    Filed By: Individual No Affiliation
Filed Date: 4/19/2012
Accession No: 20120419-5130
Description:  (doc-less) Motion to Intervene of Janet Zimmerman under CP11-515.

849.    Filed By: Individual No Affiliation
Filed Date: 4/20/2012
Accession No: 20120420-5007
Description:  (doc-less) Motion to Intervene of Teresa M Orton under CP11-515.

166

| **Record Item No.** | **Description** |
| --- | --- |

850.    Filed By: ORANGE COUNTY DEPARTMENT OF PLANNING
        Filed Date: 4/23/2012
        Accession No: 20120423-0033
        Description:  Orange County Department of Planning submits
        comments re the Minisink Compressor Project under CP11-515.

851.    Filed By: Individual No Affiliation
        Filed Date: 4/23/2012
        Accession No: 20120423-5006
        Description:  (doc-less) Motion to Intervene of Brittany P Schaum
        under CP11-515.

852.    Filed By: Individual No Affiliation
        Filed Date: 4/27/2012
        Accession No: 20120427-5066
        Description:  (doc-less) Motion to Intervene of Elaine McCann under
        CP11-515.

853.    Issued By: CHAIR AND IMMEDIATE STAFF (CHAIR)
        Filed Date: 4/27/2012
        Accession No: 20120507-0026
        Description:  Chairman Jon Wellinghoff's response to US
        Representative Nan Hayworth's 4/16/12 letter regarding the Minisink
        Compressor Project under CP11-515.

854.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 5/3/2012
        Accession No: 20120503-5101
        Description:  Answer of Millennium Pipeline Company, L.L.C. To
        Comments On The Environmental Assessment under CP11-515.

167

**Record
Item No.**      **Description**

855.        Filed By: Individual No Affiliation
            Filed Date: 5/7/2012
            Accession No: 20120507-5038
            Description:  Comments of John P. Odland in re Remembering Peter
            Freund and 911 First Responders under CP11-515.

856.        Filed By: MREPS
            Filed Date: 5/9/2012
            Accession No: 20120509-5147
            Description:  Motion of MREPS under CP11-515, to Compel FOIA
            Request Production & CEII & stay proceeding pending production.

857.        Filed By: Individual No Affiliation
            Filed Date: 5/15/2012
            Accession No: 20120515-5006
            Description:  Comment of John P Odland in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 5/14/2012.

858.        Filed By: Millennium Pipeline Company, L.L.C.
            Filed Date: 5/18/2012
            Accession No: 20120518-5028
            Description:  Comments from Town of Minisink Officials Regarding
            Millennium Pipeline Company, L.L.C. Plans under CP11-515.

859.        Filed By: Individual No Affiliation
            Filed Date: 6/6/2012
            Accession No: 20120606-5060
            Description:  Comments of Fealgood Foundation Regarding 911 First
            Responders under CP11-515.

168

| Record Item No. | Description |
|---|---|

860.     Filed By: Individual No Affiliation
         Filed Date: 6/14/2012
         Accession No: 20120614-5046
         Description:  Comment of Roc Solo showing that FERC has NO
         jurisdiction and local zoning laws do apply under CP11-515.

861.     Filed By: Millennium Pipeline Company, L.L.C.
         Filed Date: 6/15/2012
         Accession No: 20120615-5068
         Description:  Request of Millennium Pipeline Company, L.L.C. for
         Expedited Issuance of Certificate Order in CP11-515.

862.     Filed By: Individual No Affiliation
         Filed Date: 6/18/2012
         Accession No: 20120618-5014
         Description:  Comment of Roc Solo regarding lies and deceit under
         CP11-515.

863.     Filed By: Individual No Affiliation
         Filed Date: 6/18/2012
         Accession No: 20120618-5015
         Description:  Comment of Roc Solo urging FERC to deny issuance of
         permits under CP11-515.

864.     Filed By: WPX Energy Marketing, LLC
         Filed Date: 6/18/2012
         Accession No: 20120618-5118
         Description:  Comments in Support of Request for Expedited Issuance
         of Certificate Order of WPX Energy Marketing, LLC under CP11-
         515.

169

| **Record Item No.** | **Description** |
| --- | --- |

865.    Filed By: Southwestern Energy Services Company
        Filed Date: 6/19/2012
        Accession No: 20120619-5017
        Description:  Comments in Support of Request for Expedited Action
        of Southwestern Energy Services Company in CP11-515.

866.    Filed By: Individual No Affiliation
        Filed Date: 6/19/2012
        Accession No: 20120619-5043
        Description:  Comment of Roc Solo regarding Tree Clearing,
        Segmentation, and Alternate Plan under CP11-515.

867.    Filed By: MREPS
        Filed Date: 6/19/2012
        Accession No: 20120619-5044
        Description:  Opposition by MREPS of Millennium Expedited Relief
        Request under CP11-515.

868.    Filed By: Individual No Affiliation
        Filed Date: 6/19/2012
        Accession No: 20120619-5160
        Description:  Report of Michael Mojica under CP11-515. Answer to
        Millennium's Post-EA Comments including Opposition to Expedited
        Order Request.

869.    Filed By: Town of Minisink
        Filed Date: 6/25/2012
        Accession No: 20120625-0022
        Description:  Comments of Town of Minisink re the Minisink
        Compressor Project under CP11-515.

170

| Record Item No. | Description |
|---|---|

**870.**   Issued By: SECRETARY OF THE COMMISSION, FERC
Filed Date: 7/17/2012
Accession No: 20120717-3054
Description:  Order issuing certificate re Millennium Pipeline Company, L.L.C. under CP11-515. Chairman Wellinghoff, dissenting. Commissioner LaFleur dissenting. Commissioner Clark concurring with a separate statements attached.

**871.**   Filed By: MREPS
Filed Date: 7/20/2012
Accession No: 20120720-5181
Description:  Request for Errata Correction by MREPS under CP11-515.

**872.**   Filed By: Individual No Affiliation
Filed Date: 7/25/2012
Accession No: 20120725-5002
Description:  Comments of Bruce Murdock in Docket(s)/Project(s) CP11-515. Submission Date: 7/24/2012.

**873.**   Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 7/30/2012
Accession No: 20120730-5150
Description:  Supplemental Information Relating to Compliance With Environmental Condition No. 12 of Millennium Pipeline Company, L.L.C. under CP11-515.

**874.**   Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 7/30/2012
Accession No: 20120730-5151
Description:  Supplemental Information Relating to Compliance With Environmental Condition No. 12 of Millennium Pipeline Company, L.L.C. under CP11-515.

171

**Record
Item No.**      **Description**

875.          Filed By: Millennium Pipeline Company, L.L.C.
              Filed Date: 7/31/2012
              Accession No: 20120731-5199
              Description:  Acceptance of Certificate for the Minisink Compressor
              Project of Millennium Pipeline Company, L.L.C. under CP11-515.

876.          Filed By: Millennium Pipeline Company, L.L.C.
              Filed Date: 8/1/2012
              Accession No: 20120801-5158
              Description:  Minisink Compressor Project Compliance with
              Environmental Condition No. 6 Implementation Plan of Millennium
              Pipeline Company, L.L.C. under CP11-515.

877.          Filed By: Individual No Affiliation
              Filed Date: 8/15/2012
              Accession No: 20120815-5016
              Description:  Request for Rehearing of Karen Gartenberg of the July
              17, 2012 Order under CP11-515.

878.          Filed By: Individual No Affiliation
              Filed Date: 8/15/2012
              Accession No: 20120815-5141
              Description:  Request for Rehearing of the July 17, 2012 Order of
              Pramilla Malick under CP11-515.

879.          Filed By: Individual No Affiliation
              Filed Date: 8/15/2012
              Accession No: 20120815-5159
              Description:  Request for Rehearing of Michael Mojica for the July
              17, 2012 Order under CP11-515.

172

| Record Item No. | Description |
|---|---|

**Record
Item No.**     **Description**

880.     Filed By: MREPS
Filed Date: 8/15/2012
Accession No: 20120815-5160
Description:  Request for Rehearing of MREPS of Certificate for
Minisink Compressor Station of the July 17, 2012 Order under CP11-
515.

881.     Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 8/16/2012
Accession No: 20120816-5106
Description:  Supplemental Information Regarding the Minisink
Compressor Project of Millennium Pipeline Company, L.L.C. under
CP11-515.

882.     Filed By: Individual No Affiliation
Filed Date: 8/17/2012
Accession No: 20120817-5014
Description:  Request for Rehearing of Evelyn Preuss of the July 17,
2012 Order under CP11-515 (Rejected by FERC).

883.     Filed By: TOWN OF MINSINK
Filed Date: 8/24/2012
Accession No: 20120824-0009
Description:  Comments of the Town of Minisink et al re the
application of Millennium Pipeline Company, LLC under CP11-515.

884.     Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 8/24/2012
Accession No: 20120824-5025
Description:  Compliance with Certificate Order and Implementation
Plan and Request for Authorization to Construct by August 29, 2012
of Millennium Pipeline Company, L.L.C. under CP11-515.

173

| Record<br>Item No. | Description |
|---|---|

885.    Filed By: MREPS
        Filed Date: 8/28/2012
        Accession No: 20120828-5021
        Description:  Motion of MREPS for Stay under CP11-515.

886.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 8/29/2012
        Accession No: 20120829-5138
        Description:  Motion For Leave To Answer And Answer of
        Millennium Pipeline Company, L.L.C. To Requests For Rehearing
        under CP11-515.

887.    Issued By: ENERGY PROJECTS, OFFICE OF
        Filed Date: 8/30/2012
        Accession No: 20120830-0004
        Description:  Email dated 8/24/12 re the Revised Study Plan for Bat
        Roost Tree Exit Counts and Acoustical Monitoring for the
        Millennium Minisink Compressor Project under CP11-515.

888.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 8/30/2012
        Accession No: 20120830-5091
        Description:  Answer of Millennium Pipeline Company, L.L.C. to
        Motion For Stay and to Opposition to Request To Commence
        Construction under CP11-515.

889.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 9/4/2012
        Accession No: 20120904-5081
        Description:  Monthly Environmental Status Report for the Minisink
        Compressor Station for the Period Ending 9/1/12 of Millennium
        Pipeline Company, L.L.C. under CP11-515.

174

| Record Item No. | Description |
|---|---|

890.    Filed By: Individual No Affiliation
Filed Date: 9/13/2012
Accession No: 20120913-5023
Description:  Comments of John Feal of Fealgood Foundation under CP11-515.

891.    Issued By: SECRETARY OF THE COMMISSION, FERC
Filed Date: 9/13/2012
Accession No: 20120913-3037
Description:  Order granting rehearing for further consideration re Millennium Pipeline Company, L.L.C under CP11-515.

892.    Filed By: US FISH AND WILDLIFE SERVICE
Filed Date: 9/14/2012
Accession No: 20120914-4006
Description:  Comments of US Fish and Wildlife Service re the Minisink Compressor Project under CP11-515.

893.    Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 9/18/2012
Accession No: 20120918-3038
Description:  Letter order granting Millennium Pipeline Company, LLC's 8/24/12 request to commence construction activities for the Minisink Compressor Project under CP11-515.

894.    Filed By: MREPS
Filed Date: 9/19/2012
Accession No: 20120919-5013
Description:  Emergency Motion for Stay by MREPS under CP11-515.

| **Record Item No.** | **Description** |
|---|---|

895.    Filed By: SENATE, UNITED STATES
        Filed Date: 10/1/2012
        Accession No: 20121001-0045
        Description:  Senator Tony Avella of the State of New York submits comments re the Minisink Compressor Project under CP11-515.

896.    Filed By: Millennium Pipeline Company, L.L.C.
        Filed Date: 10/1/2012
        Accession No: 20121001-5287
        Description:  Monthly Status Report of Millennium Pipeline Company, L.L.C. For Construction of the Minisink Compressor Station under CP11-515.

897.    Filed By: NEW YORK STATE SENATE
        Filed Date: 10/9/2012
        Accession No: 20121010-0026
        Description:  Comments of New York State Senator Tony Avella re Millennium Pipeline Company, LLC's Minisink Compressor Project under CP11-515.

898.    Filed By: U.S. HOUSE OF REPRESENTATIVES
        Filed Date: 10/9/2012
        Accession No: 20121012-0033
        Description:  US Representative Nan Hayworth submits comments in support of the emergency motion filed with FERC requesting a stay pending disposition of a petition for rehearing regarding a Certificate of Public Convenience and Necessity, etc under CP11-515.

899.    Issued By: SECRETARY OF THE COMMISSION, FERC
        Filed Date: 10/9/2012
        Accession No: 20121009-3030
        Description:  Order denying stay re Millennium Pipeline Company, L.L.C under CP11-515.

176

| Record Item No. | Description |
|---|---|

**900.**     Filed By: Individual No Affiliation
Filed Date: 10/19/2012
Accession No: 20121019-5103
Description:  Comment of Michael Mojica in Docket(s)/Project(s) CP11-515-000 Submission Date: 10/19/2012.

**901.**     Filed By: Individual No Affiliation
Filed Date: 10/22/2012
Accession No: 20121022-5005
Description:  Comments of Shawn Cahill in Docket(s)/Project(s) CP11-515. Submission Date: 10/20/2012.

**902.**     Filed By: SENATE, UNITED STATES
Filed Date: 10/22/2012
Accession No: 20121026-0005
Description:  United States Senators Charles E. Schumer and Kirsten E. Gillibrand submit request for FERC to issue a determination on the rehearing request filed by the Minisink Residents for Environmental Preservation under CP11-515.

**903.**     Issued By: CHAIR AND IMMEDIATE STAFF (CHAIR)
Filed Date: 10/22/2012
Accession No: 20121026-0006
Description:  Chairman Jon Wellinghoff's response to U.S. House of Representative Nan Hayworth's 10/8/12 letter regarding the Minisink Compressor Project under CP1-515.

**904.**     Filed By: Individual No Affiliation
Filed Date: 10/24/2012
Accession No: 20121024-5113
Description:  Protest of Robert Baum under CP11-515-000, et. al.

177

| Record<br>Item No. | Description |
| --- | --- |

905.     Issued By: ENERGY PROJECTS, OFFICE OF
         Filed Date: 10/25/2012
         Accession No: 20121025-4009
         Description:  Construction Inspection Report for Millennium Pipeline
         Company, LLC's Minisink Compressor Project, conducted on October
         25, 2012 under CP11-515.

906.     Filed By: Individual No Affiliation
         Filed Date: 10/25/2012
         Accession No: 20121025-5080
         Description:  Comment of Carolyn Petschler in Docket(s)/Project(s)
         CP11-515-000, CP11-515-001 Submission Date: 10/25/2012.

907.     Filed By: Individual No Affiliation
         Filed Date: 10/25/2012
         Accession No: 20121025-5104
         Description:  Comments of Asha A Canalos in Docket(s)/Project(s)
         CP11-515. Submission Date: 10/25/2012.

908.     Filed By: Laborers' Local 17
         Filed Date: 10/25/2012
         Accession No: 20121025-5034
         Description:  Comment of Laborers' Local 17 under CP11-515.

909.     Filed By: Individual No Affiliation
         Filed Date: 10/25/2012
         Accession No: 20121025-5080
         Description:  Comment of Carolyn Petschler in Docket(s)/Project(s)
         CP11-515-000, CP11-515-001 Submission Date: 10/25/2012.

178

**Record
Item No.**        **Description**

910.        Filed By: Individual No Affiliation
            Filed Date: 10/25/2012
            Accession No: 20121025-5104
            Description:  Comments of Asha A Canalos in Docket(s)/Project(s)
            CP11-515. Submission Date: 10/25/2012.

911.        Filed By: Individual No Affiliation
            Filed Date: 10/29/2012
            Accession No: 20121029-5002
            Description:  Comment of Lisa Alliegro in Docket(s)/Project(s) CP11-
            515-000 Submission Date: 10/28/2012.

912.        Filed By: ORANGE COUNTY DEPARTMENT OF PLANNING
            Filed Date: 10/31/2012
            Accession No: 20121031-0043
            Description:  Comments of residents of Orange County re the
            Minisink Compressor Project under CP11-515.

913.        Filed By: Individual No Affiliation
            Filed Date: 11/2/2012
            Accession No: 20121102-5016
            Description:  Protest of Leanne Baum under CP11-515, et. al..

914.        Filed By: Individual No Affiliation
            Filed Date: 11/2/2012
            Accession No: 20121102-5071
            Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
            CP11-515-000 Submission Date: 11/2/2012.

915.        Filed By: Millennium Pipeline Company, L.L.C.
            Filed Date: 11/2/2012
            Accession No: 20121102-5159
            Description:  Monthly Environmental Status Report of Millennium
            Pipeline Company, L.L.C. under CP11-515.

| **Record Item No.** | **Description** |
|---|---|
| 916. | Filed By: Individual No Affiliation<br>Filed Date: 11/2/2012<br>Accession No: 20121102-5179<br>Description:  Comment of Nicholas J Russo in Docket(s)/Project(s) CP11-515-001 Submission Date: 11/2/2012. |
| 917. | Filed By: Individual No Affiliation<br>Filed Date: 11/5/2012<br>Accession No: 20121105-5005<br>Description:  Comment of John P. Odland in Docket(s)/Project(s) CP11-515-000, CP11-515-001 Submission Date: 11/2/2012. |
| 918. | Filed By: Individual No Affiliation<br>Filed Date: 11/5/2012<br>Accession No: 20121105-5030<br>Description:  Comments of Leanne Baum in re Video of loud Early Morning Work During Severe Fuel Shortage under CP11-515, et. al.. |
| 919. | Filed By: Individual No Affiliation<br>Filed Date: 11/5/2012<br>Accession No: 20121105-5130<br>Description:  Comment of Asha A Canalos in Docket(s)/Project(s) CP11-515-000, CP11-515-001 Submission Date: 11/5/2012. |
| 920. | Issued By: CHAIR AND IMMEDIATE STAFF (CHAIR)<br>Filed Date: 11/5/2012<br>Accession No: 20121119-0018<br>Description:  Response to Senator Kirsten E. Gillibrand's 10/22/12 letter regarding Millennium Pipeline Company LLC's Minisink Compressor Project under CP11-515. |

180

| Record Item No. | Description |
|---|---|

**921.**    Issued By: CHAIR AND IMMEDIATE STAFF (CHAIR)
Filed Date: 11/5/2012
Accession No: 20121119-0019
Description:  Letter to The Honorable Charles E Schumer US Senate acknowledging filing re Millennium Pipeline Company LLC for the Minisink Compressor Project under CP11-515.

**922.**    Filed By: Individual No Affiliation
Filed Date: 11/6/2012
Accession No: 20121106-5128
Description:  Comment of Roc Solo thanking FERC for allowing Millennium to ruin our lives in Minisink under CP11-515.

**923.**    Filed By: Individual No Affiliation
Filed Date: 11/6/2012
Accession No: 20121106-5092
Description:  Comment of Roc Solo thanking FERC for ruining our lives in Minisink under CP11-515.

**924.**    Filed By: Individual No Affiliation
Filed Date: 11/8/2012
Accession No: 20121108-5061
Description:  Comment of Shawn Cahill in Docket(s)/Project(s) CP11-515-000, CP11-515-001 Submission Date: 11/8/2012.

**925.**    Filed By: Individual No Affiliation
Filed Date: 11/8/2012
Accession No: 20121108-5111
Description:  Protest of Robert and Leanne Baum under CP11-515.

**926.**    Filed By: MREPS
Filed Date: 11/8/2012
Accession No: 20121108-5132
Description:  Request for Rehearing of MREPS under CP11-515.

181

| Record Item No. | Description |
|---|---|

**927.**   Filed By: Individual No Affiliation
Filed Date: 11/13/2012
Accession No: 20121113-5123
Description:  Formal Complaint of Mimi Cahill under CP11-515.

**928.**   Filed By: Individual No Affiliation
Filed Date: 11/13/2012
Accession No: 20121113-5139
Description:  Attached is short video of construction noise that starts on Jacobs Rd. at 7:30am every morning. Noise continues at least 10 hrs/day(Mon. to Sat.). Local law enforcement/Town Officials will not act to help mitigate noise. Who at Federal can intervene?

**929.**   Filed By: Individual No Affiliation
Filed Date: 11/13/2012
Accession No: 20121113-5015
Description:  Comment of Carolyn Petschler in Docket(s)/Project(s) CP11-515-001, CP11-515-002 Submission Date: 11/12/2012.

**930.**   Filed By: Individual No Affiliation
Filed Date: 11/14/2012
Accession No: 20121114-5166
Description:  Protest of Leanne Baum regarding safety concerns under CP11-515-000, et. al..

**931.**   Filed By: Individual No Affiliation
Filed Date: 11/15/2012
Accession No: 20121115-5073
Description:  Comment of jared albert in Docket(s)/Project(s) CP11-515-000, CP11-515-002 Submission Date: 11/15/2012.

182

| Record Item No. | Description |
|---|---|

**932.**      Filed By: Individual No Affiliation
Filed Date: 11/15/2012
Accession No: 20121115-5060
Description:  Comment of Deborah Lain in Docket(s)/Project(s)
CP11-515-002 Submission Date: 11/15/2012.

**933.**      Filed By: Individual No Affiliation
Filed Date: 11/16/2012
Accession No: 20121116-5153
Description:  Protest of Robert and Leanne Baum under CP11-515, et al.

**934.**      Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 11/16/2012
Accession No: 20121116-5176
Description:  Motion For Leave To Answer And Answer of
Millennium Pipeline Company, L.L.C. To Request For Rehearing
under CP11-515.

**935.**      Filed By: Individual No Affiliation
Filed Date: 11/19/2012
Accession No: 20121119-5001
Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
CP11-515-001 Submission Date: 11/16/2012.

**936.**      Filed By: Individual No Affiliation
Filed Date: 11/23/2012
Accession No: 20121123-5048
Description:  Comments of Stephen D. Kohlhase re the Millenium
Compressor Project under CP11-515, et al.

183

| Record Item No. | Description |
|---|---|

937.  Filed By: Individual No Affiliation
      Filed Date: 11/29/2012
      Accession No: 20121129-5060
      Description:  Comment of Deborah Lain in Docket(s)/Project(s)
      CP11-515-000, CP11-515-002 Submission Date: 11/29/2012.

938.  Filed By: Individual No Affiliation
      Filed Date: 11/29/2012
      Accession No: 20121129-5204
      Description:  Protest of Rob and Leanne Baum under CP11-515, et.
      al..

939.  Filed By: Individual No Affiliation
      Filed Date: 11/30/2012
      Accession No: 20121130-5204
      Description:  Comment of Maria and George Racz in
      Docket(s)/Project(s) CP11-515-000 Submission Date: 11/30/2012.

940.  Filed By: MREPS
      Filed Date: 11/30/2012
      Accession No: 20121130-5235
      Description:  Motion of MREPS to Reopen under CP11-515.

941.  Filed By: MREPS
      Filed Date: 11/30/2012
      Accession No: 20121130-5238
      Description:  Motion of MREPS Renewing Stay Request under CP11-
      515, et. al..

942.  Filed By: MREPS
      Filed Date: 11/30/2012
      Accession No: 20121130-5261
      Description:  Motion of MREPS under CP11-515-001.

184

| Record Item No. | Description |
| --- | --- |

943.       Filed By: MREPS
           Filed Date: 11/30/2012
           Accession No: 20121130-5262
           Description:  Motion of MREPS under CP11-515-001 (Denied by
           FERC).

944.       Filed By: MREPS
           Filed Date: 12/3/2012
           Accession No: 20121203-5076
           Description:  Motion of MREPS under CP11-515.

945.       Filed By: Millennium Pipeline Company, L.L.C.
           Filed Date: 12/4/2012
           Accession No: 20121204-5023
           Description:  Variance Request of Millennium Pipeline Company,
           L.L.C. under CP11-515.

946.       Filed By: Millennium Pipeline Company, L.L.C.
           Filed Date: 12/4/2012
           Accession No: 20121204-5029
           Description:  Monthly Status Report of Millennium Pipeline
           Company, L.L.C. For the Period Ending November 30, 2012 under
           CP11-515.

947.       Filed By: Individual No Affiliation
           Filed Date: 12/4/2012
           Accession No: 20121204-5073
           Description:  Comment of Nicholas J Russo in Docket(s)/Project(s)
           CP11-515-000 Submission Date: 12/4/2012.

185

| Record Item No. | Description |
|---|---|

948.    Filed By: Individual No Affiliation
Filed Date: 12/5/2012
Accession No: 20121205-5120
Description:  Report of Michael Mojica under CP11-515, Request
Stay of Construction - Vacate July 17 Order.

949.    Filed By: Individual No Affiliation
Filed Date: 12/5/2012
Accession No: 20121205-5123
Description:  Comment of Jared Albert in Docket(s)/Project(s) CP11-
515-001, CP11-515-002 Submission Date: 12/5/2012.

950.    Filed By: Individual No Affiliation
Filed Date: 12/5/2012
Accession No: 20121205-5182
Description:  Report of Vincent M Pedre, III under CP11-515,
Testimony and Letter written by Dr. Pedre who was part of the
beginning stages of the Mt. Sinai World Trade Center Screening
Program regarding the already comprised health of the responders.

951.    Filed By: Individual No Affiliation
Filed Date: 12/6/2012
Accession No: 20121206-5108
Description:  Comments of Shawn Cahill under CP11-515.

952.    Filed By: Individual No Affiliation
Filed Date: 12/6/2012
Accession No: 20121206-5179
Description:  Protest of Rob and Leanne Baum against Millennium's
variance request under CP11-515, et al.

186

| Record Item No. | Description |
|---|---|

953.     Filed By: Individual No Affiliation
         Filed Date: 12/6/2012
         Accession No: 20121206-5002
         Description:  Comment of Lisa Alliegro in Docket(s)/Project(s) CP11-515-000 Submission Date: 12/5/2012.

954.     Filed By: Individual No Affiliation
         Filed Date: 12/6/2012
         Accession No: 20121206-5003
         Description:  Comment of Linda Reik in Docket(s)/Project(s) CP11-515-002 Submission Date: 12/5/2012.

955.     Filed By: Individual No Affiliation
         Filed Date: 12/6/2012
         Accession No: 20121206-5042
         Description:  Report of Michael Mojica under CP11-515, Requesting Denial of Millennium Variance Request.

956.     Filed By: Individual No Affiliation
         Filed Date: 12/6/2012
         Accession No: 20121206-5108
         Description:  Comments of Shawn Cahill under CP11-515.

957.     Filed By: Individual No Affiliation
         Filed Date: 12/6/2012
         Accession No: 20121206-5153
         Description:  Michael Mojica Comments and Photos in re Minisink Station Construction under CP11-515.

958.     Filed By: Individual No Affiliation
         Filed Date: 12/6/2012
         Accession No: 20121206-5179
         Description:  Protest of Rob and Leanne Baum against Millennium's variance request under CP11-515, et. al..

187

| Record Item No. | Description |
|---|---|

959.     Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 12/7/2012
Accession No: 20121207-5014
Description:  Millennium Pipeline Company, L.L.C.'s Variance
Request with Previously Omitted Alignment Sheet and Photographs
under Docket No. CP11-515.

960.     Filed By: Individual No Affiliation
Filed Date: 12/7/2012
Accession No: 20121207-5085
Description:  Comment of Shawn Cahill under CP11-515, et al.

961.     Issued By: SECRETARY OF THE COMMISSION, FERC
Filed Date: 12/7/2012
Accession No: 20121207-3046
Description:  Order denying & dismissing requests for rehearing,
denying request to reopen & supplement the record, & denying
requests for stay re Millennium Pipeline Co, L.L.C. Chairman
Wellinghoff & Commissioner LaFleur are dissenting w/a joint
separate statement.

962.     Filed By: Individual No Affiliation
Filed Date: 12/10/2012
Accession No: 20121210-5012
Description:  Comment of Yin Cahill under CP11-515, A letter to
FERC Commissioners regarding docket CP11-515 decision

963.     Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 12/12/2012
Accession No: 20121212-3046
Description:  Letter order granting Millennium Pipeline Company,
LLC's 12/4/12 request to utilize an additional 0.22 acre of temporary
workspace within the property boundaries of the Minisink
Compressor Station in Orange County, New York under CP11-515.

188

| Record Item No. | Description |
|---|---|

**964.**   Issued By: ENERGY PROJECTS, OFFICE OF
Filed Date: 12/12/2012
Accession No: 20121219-3088
Description:  Environmental Inspection Report for Millennium
Pipeline Company, LLC's Minisink Compressor Project, conducted on
12/12/12 under CP11-515.

**965.**   Filed By: Individual No Affiliation
Filed Date: 12/12/2012
Accession No: 20121212-5151
Description:  Report of Karen Gartenberg under CP11-515, Neversink
Segment Unsafe.

**966.**   Filed By: MREPS
Filed Date: 12/19/2012
Accession No: 20121219-5168
Description:  Petition for Review in DC Circuit of MREPS under
CP11-515, et. al.

**967.**   Filed By: Individual No Affiliation
Filed Date: 1/4/2013
Accession No: 20130104-5003
Description:  Comment of Shawn Cahill in Docket(s)/Project(s)
CP11-515-000, CP11-515-001 Submission Date: 1/3/2013.

**968.**   Filed By: Individual No Affiliation
Filed Date: 1/4/2013
Accession No: 20130104-5012
Description:  Protest of Leanne Baum under CP11-515.

189

| **Record Item No.** | **Description** |
|---|---|

969.  Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 1/4/2013
Accession No: 20130104-5052
Description:  Monthly Environmental Status Report of Millennium Pipeline Company, L.L.C. under CP11-515, for the Period Ending 12/31/12.

970.  Filed By: MREPS
Filed Date: 1/7/2013
Accession No: 20130107-5130
Description:  Request For Expedited Rehearing by Michael Mojica of Denial of Commission December 7, 2012 Order Denying Rehearing and Denying Requests to Reopen the Record under CP11-515.

971.  Filed By: MREPS
Filed Date: 1/7/2013
Accession No: 20130107-5226
Description:  ERRATA Notice to Petition for Rehearing filed by Michael Mojica under CP11-515.

972.  Filed By: Individual No Affiliation
Filed Date: 1/8/2013
Accession No: 20130108-5081
Description:  Comment of Nicholas J Russo in Docket(s)/Project(s) CP11-515-000 Submission Date: 1/8/2013.

973.  Filed By: ORANGE COUNTY DEPARTMENT OF PLANNING
Filed Date: 1/14/2013
Accession No: 20130114-0013
Description:  Orange County Department of Planning submits comments re the Minisink Compressor Project under CP11-515.

190

| Record Item No. | Description |
|---|---|

974.    Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 1/15/2013
Accession No: 20130115-5016
Description:  Supplemental Information of Millennium Pipeline Company, L.L.C. in Response to Inquiries Regarding Work Schedule for the Minisink Compressor Project under CP11-515.

975.    Filed By: Millennium Pipeline Company, L.L.C.
Filed Date: 1/16/2013
Accession No: 20130116-5103
Description:  Motion For Leave To Answer And Answer of Millennium Pipeline Company, L.L.C. To Request For Rehearing under CP11-515.

976.    Filed By: Individual No Affiliation
Filed Date: 1/22/2013
Accession No: 20130122-5090
Description:  Comments of Karen Gartenberg under CP11-515.

191

**Record
Item No.**          **Description**


977.          Issued By: SECRETARY OF THE COMMISSION, FERC
              COMMISSIONERS & IMMEDIATE STAFF (THE COMMISSION)
              Filed Date: 1/31/2013
              Accession No: 20130131-3029
              Description:  Order denying rehearing re Millennium Pipeline
              Company, L.L.C. under CP11-515.




                              In witness whereof I have hereunto
                    subscribed and caused the seal of the Federal
                    Energy Regulatory Commission to be affixed this
                    11th day of March, 2013, at Washington, DC.




                    */s/ Kimberly D. Bose*
                    Kimberly D. Bose
                         Secretary

***Minisink Residents for Environmental***                    **Docket No. CP11-515**
  ***Preservation and Safety, et al.,***
**D.C. Cir. Nos. 12-1481 and 13-1018 (consolidated)**

# CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P.25(d), and the Court's Administrative

Order Regarding Electronic Case Filing, I hereby certify that I have, this 11th day

of March 2013, served the foregoing upon the counsel listed in the Service

Preference Report via email through the Court's CM/ECF system , as indicated

below:

Ryan James Collins                                          Email
Wright & Talisman, PC
1200 G Street, NW, Suite 600
Washington, DC 20005-1200

Carolyn Elefant                                             Email
Law Offices of Carolyn Elefant
1629 K Street, NW, Suite 300
Washington, DC 20006

Joseph Koury                                                Email
Wright & Talisman, PC
1200 G Street, NW, Suite 600
Washington, DC 20005-1200


                                        */s/ Karin L. Larson*
                                        Karin L. Larson
                                        Attorney

Federal Energy Regulatory
   Commission
Washington, DC  20426
Tel:  (202) 502-8236
Fax:  (202) 273-0901
Email:  karin.larson@ferc.gov