# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 12-1481** | **September Term, 2012** |
| | **FERC-CP11-515** |
| | **Filed On: May 13, 2013** [1435748] |

Minisink Residents for Environmental Preservation and Safety, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Millennium Pipeline Company, L.L.C.,
      Intervenor

------------------------------

Consolidated with 13-1018

## O R D E R

Upon consideration of respondent's unopposed motion for a schedule setting a sixty-day briefing interval for respondent, it is

**ORDERED** that the motion be granted.  It is

**FURTHER ORDERED** that the following briefing schedule will apply in these cases:

| | |
|---|---|
| Petitioners' Brief | July 17, 2013 |
| Respondent's Brief | September 16, 2013 |
| Intervenor for Respondent's Brief | October 1, 2013 |
| Petitioners' Reply Brief | October 15, 2013 |
| Deferred Appendix | October 22, 2013 |
| Final Briefs | November 5, 2013 |

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-1481**                              **September Term, 2012**

All issues and arguments must be raised by petitioners in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

BY:    /s/
           Michael C. McGrail
           Deputy Clerk